UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOLID 21, INC., <br><br> Plaintiff, <br><br> v. <br><br> BREITLING U.S.A., INC.; BREITLING SA; AND BREITLING AG, <br><br> Defendants. | Case No.: 3:19-cv-00514-MPS |

**JOINT MOTION TO SEEK LEAVE TO CONDUCT DEPOSITIONS BEYOND END OF DISCOVERY**

Plaintiff Solid 21, Inc. ("Solid 21" or "Plaintiff") and Defendants Breitling U.S.A., Inc. and Breitling SA (a/k/a Breitling AG) (collectively, "Breitling" or "Defendants") respectfully seek the Court's leave to conduct two expert witness depositions—Dr. Ronald Butters and Dr. Patrick Kennedy—beyond the end of discovery, up to and including April 1, 2021. This Court ordered that all discovery be completed by March 21, 2021.[1] Dkt. No. 89.

The Parties initially intended to conduct the deposition of Plaintiff's proffered expert Dr. Ronald Butters on March 12, 2021. Dr. Butters recently underwent surgery and will face difficulty sitting for deposition while in recovery. The Parties agreed to reschedule Dr. Butters' deposition to March 19, 2021. Leading up to that date, counsel for Plaintiff has been in constant contact with Dr. Butters on the status of his health. Earlier this week, counsel for Plaintiff concluded that Dr. Butters' health would not permit him to sit for deposition that day. Dr. Butters believes an additional week of recovery will be greatly beneficial in enabling him to sit for deposition.

---

[1] Currently pending before the Court is Plaintiff's Motion for Modification of Scheduling Order, which Defendants opposed. This is fully briefed. Dkt. Nos. 104-06, 110, 116.

1

The Parties initially intended to conduct the deposition of Defendants' proffered rebuttal damages expert Dr. Patrick Kennedy on March 19, 2021. Dr. Jennifer Vanderhart, Plaintiff's proffered affirmative damages expert, and Dr. Kennedy submitted amendments to their respective reports this past week, and the Parties believe additional time is warranted to prepare for and take Dr. Kennedy's deposition in order to allow the Parties to absorb the additional material, which involves voluminous and complex financial and accounting documents.

The Parties have agreed to conduct the deposition of Dr. Kennedy on March 25, 2021 and Dr. Butters on March 26, 2021.  The Parties request April 1, 2021 as an outside date to complete Dr. Butters' deposition in the event that he requires additional recovery time.

The Parties conferred and agreed to the requested relief prior to filing this motion.  This request is made in good faith and not for any improper purpose.  The Parties do not anticipate that this request will affect the case schedule in any way.

Dated: March 19, 2021                                     Respectfully Submitted,

                                                                 /s/ David L. Hecht
David L. Hecht
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
P: (212) 851-6821
dhecht@hechtpartners.com

Jeffrey W. Kennedy
Milano & Wanat LLC
471 East Main Street
Branford, Connecticut 06405
P: (203) 315-7000
jkennedy@mwllc.us

*Counsel for Plaintiff Solid 21, Inc.*

  /s/ Julia K. Whitelock
Thomas C. Blatchley (ct25892)
Craig J. Mariam (*pro hac vice*)

Hazel Mae B. Pangan (*pro hac vice*)
Julia K. Whitelock (*pro hac vice*)
Raymond J. Muro (*pro hac vice*)
Samuel B. Laughlin (*pro hac vice*)
Gordon Rees Scully Mansukhani, LLP
95 Glastonbury Blvd., Ste 206
Glastonbury, CT 06033
P: (860) 494-7525
tblatchley@grsm.com

*Counsel for Defendants/ Counterclaimants Breitling U.S.A., Inc. and Breitling SA (a/k/a Breitling AG)*

## CERTIFICATION OF SERVICE

I hereby certify that on March 19, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ David L. Hecht
David L. Hecht