# EXHIBIT C

# EXHIBIT C

This is Google's cache of https://eurweb.com/2021/05/08/jeweler-to-the-stars-chris-aire-scores-victory-over-breitling-in-infringement-case/. It is a snapshot of the page as it appeared on May 9, 2021 15:03:56 GMT. The current page could have changed in the meantime. Learn more.

**Full version**    Text-only version    View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Home › Living › Business

*BUSINESS*

# Jeweler to the Stars Chris Aire Scores Victory over Breitling in Infringement Case

 By **Fisher Jack**    May 8, 2021



The late, great Muhammad Ali & Chris Aire

*Solid 21, Inc., owned by jeweler-to-the-stars **Chris Aire** aka "The King of Bling," a Nigerian-born American, is currently litigating against Breitling, a Swiss company with its US operations headquartered in CT, due to their **alleged trademark infringement** of its RED GOLD® brand.

Solid 21's RED GOLD® brand has become known for its celebrity associations, with Solid 21 partnering up with celebrities such as the late Muhammad Ali for RED GOLD® co-promotions and ensuring that famous celebrities such as Naomi Campbell modeled RED GOLD® pieces in runway shows.

Solid 21's legal battle with Breitling has been going on for over a decade and is finally at the tail end of discovery.  However, during the discovery process, a federal judge found that Breitling failed to search its documents for relevant emails in what may be an attempt to hide information from Solid 21.

Recently, at a hearing on April 27, the Court described Breitling's conduct as **"disturbing"** and **"troubling."**

MORE NEWS ON EURWEB: A Report Card on Race in the Music Industry to be Released in June

While Breitling has partnered with other brands over the years, including companies like Bentley, the watch company has alleged willfully infringed the intellectual property of Solid 21 and its owner, Chris Aire, a preeminent African American watch and jewelry designer that competes in the market for high end timepieces.  Despite the fact that RED GOLD® is an incontestable trademark (and was recognized and substantiated by another famous watch company, Hublot, a subsidiary of LVMH, in a 2018 joint press release with Solid 21), Breitling has remained steadfast in its attempt to challenge the mark.

Solid 21's suit against Breitling isn't the first time the Swiss watch company has found itself in court.  Breitling USA's President, Thierry Prissert, was accused of being homophobic in another lawsuit.  Mr. Prissert has also stated that Breitling is a brand that likes to "take risks."  He is pictured here with his arm around a scantily-clad "Breitling girl" with the brand's winged logo emblazoned across her chest.

Solid 21 is pursuing an injunction preventing Breitling from using its trademark and attempting to benefit off of the cachet of the RED GOLD® brand, and disgorgement of any profits made by Breitling in connection with the trademark.

source: Hecht Partners

The Wayback Machine - http://web.archive.org/web/20210509025709/https://eurweb.com/2021/05/08/jeweler-to-the-stars-chr...

Home › Living › Business



**BUSINESS**

# Jeweler to the Stars Chris Aire Scores Victory over Breitling in Infringement Case

By **Fisher Jack**   May 8, 2021



*The late, great Muhammad Ali & Chris Aire*

\*Solid 21, Inc., owned by jeweler-to-the-stars **Chris Aire** aka "The King of Bling," a Nigerian-born American, is currently litigating against Breitling, a Swiss company with its US operations headquartered in CT, due to their **alleged trademark infringement** of its RED GOLD® brand.

Solid 21's RED GOLD® brand has become known for its celebrity associations, with Solid 21 partnering up with celebrities such as the late Muhammad Ali for RED GOLD® co-promotions and ensuring that famous celebrities such as Naomi Campbell modeled RED GOLD® pieces in runway shows.

Solid 21's legal battle with Breitling has been going on for over a decade and is finally at the tail end of discovery.  However, during the discovery process, a federal judge found that Breitling failed to search its documents for relevant emails in what may be an attempt to hide information from Solid 21.

Recently, at a hearing on April 27, the Court described Breitling's conduct as **"disturbing"** and **"troubling."**

**MORE NEWS ON EURWEB:** A Report Card on Race in the Music Industry to be Released in June

While Breitling has partnered with other brands over the years, including companies like Bentley, the watch company has alleged willfully infringed the intellectual property of Solid 21 and its owner, Chris Aire, a preeminent African American watch and jewelry designer that competes in the market for high end timepieces.  Despite the fact that RED GOLD® is an incontestable trademark (and was recognized and substantiated by another famous watch company, Hublot, a subsidiary of LVMH, in a 2018 joint press release with Solid 21), Breitling has remained steadfast in its attempt to challenge the mark.

Solid 21's suit against Breitling isn't the first time the Swiss watch company has found itself in court.  Breitling USA's President, Thierry Prissert, was accused of being homophobic in another lawsuit.  Mr. Prissert has also stated that Breitling is a brand that likes to "take risks."  He is pictured here with his arm around a scantily-clad "Breitling girl" with the brand's winged logo emblazoned across her chest.

Solid 21 is pursuing an injunction preventing Breitling from using its trademark and attempting to benefit off of the cachet of the RED GOLD® brand, and disgorgement of any profits made by Breitling in connection with the trademark.

source: Hecht Partners