UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SOLID 21, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BREITLING U.S.A., INC.; BREITLING SA;<br>AND BREITLING AG,<br><br>  Defendants. | Civil Action No. 19-cv-00514-MPS |

**DECLARATION OF DAVID L. HECHT IN SUPPORT OF PLAINTIFF
SOLID 21, INC.'S MOTION FOR RECONSIDERATION**

  I, David L. Hecht, am counsel for Plaintiff Solid 21, Inc., over 18 years of age and make this declaration based upon personal knowledge.  If called to testify as a witness, I could and would testify competently to the same.  I submit this declaration in support of Plaintiff Solid 21, Inc.'s ("Plaintiff" or "Solid 21") Motion for Reconsideration.

  1.  On June 11, 2021, Defendants Breitling U.S.A., Inc., and Breitling SA (collectively, "Defendants" or "Breitling") produced 46,683 documents totaling 518,073 pages.

  2.  Prior to June 11, 2021, Breitling had produced only 3,891 documents totaling 18,569 pages since this case began in 2019.

  3.  Attached hereto as Exhibit 1 is a true and correct copy of a letter dated April 2, 2021 sent to this Court regarding a discovery dispute.  The exhibits attached to the letter have been omitted.

  4.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Thierry Prissert, dated March 16, 2021.

5.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from an Excel sheet, specifically Row 948, produced by Defendants on June 11, 2021 bearing Bates Number B031085.

6.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from an Excel sheet, specifically Row 1640, produced by Defendants on June 11, 2021 bearing Bates Number B031085.

7.      Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from an Excel sheet, specifically Row 298, produced by Defendants on June 11, 2021 bearing Bates Number B028952.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a search for the Navitimer Automatic 38 watch performed on Breitling's US website on December 17, 2021 available at https://www.breitling.com/us-en/search/all/?q=navitimer%20automatic%2038.

9.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of a catalogue produced by Breitling bearing Bates Number B016561.

10.      Attached hereto as Exhibit 8 is a true and correct copy of a search for the Navitimer Automatic 35 watch performed on Breitling's US website on December 17, 2021 available at https://www.breitling.com/us-en/search/all/?q=navitimer%20automatic%2038.

11.      Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Expert Report of Duvall O'Steen, dated February 10, 2021

12.      Attached hereto as Exhibit 10 is a true and correct copy of a document bearing Bates Number RG_BR00038712.

13.      Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from Defendants First Response to Plaintiff's Interrogatories.

14.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the deposition of Tim Sayler, dated March 9, 2021.

15.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition of Lionel Hofsteter, dated March 11, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed in South Orange, New Jersey on December 17, 2021.


 */s/ David L. Hecht*                           
David L. Hecht