# Exhibit 2

PROVISIONALLY FILED UNDER SEAL