# Exhibit 3

PROVISIONALLY FILED UNDER SEAL