# Exhibit 4

# PROVISIONALLY FILED UNDER SEAL