# Exhibit 5

PROVISIONALLY FILED UNDER SEAL