# Exhibit 6

Ordering for the holidays? Virtual gifting still available for watch orders. Recipient can confirm or change the watch...



WATCHES    STRAPS    CARE    SUBSCRIPTION    SERVICE    STORES    SUSTAINABILITY    ABOUT

## SEARCH

navitimer automatic 38

YOUR RESULTS [20]    WATCHES [12]    STRAPS [0]    NEWS [8]    STORES [0]    CONTENTS [0]

### WE FOUND 12 WATCHES FOR YOU

Feedback



A17325241B1P1

#### NAVITIMER AUTOMATIC 38

Stainless Steel - Black



A17325211C1P1

#### NAVITIMER AUTOMATIC 38

Stainless Steel - Blue

USD 4,450 

PRE-ORDER NOW

USD 4,450 

PRE-ORDER NOW



U17325211G1U1

### NAVITIMER AUTOMATIC 38

Stainless Steel & 18k Red Gold - Silver
USD 8,700 

ADD TO BAG



A17325211C1P2

### NAVITIMER AUTOMATIC 38

Stainless Steel - Blue
USD 4,450 

PRE-ORDER NOW





 

U17325211G1A1

### NAVITIMER AUTOMATIC 38

Stainless Steel & 18k Red Gold - Silver

USD 6,400 

**ADD TO BAG**

A17325211C1A1

### NAVITIMER AUTOMATIC 38

Stainless Steel - Blue

USD 5,000 

**PRE-ORDER NOW**

 

A17325211C1P3

### NAVITIMER AUTOMATIC 38

U17325211G1P1

### NAVITIMER AUTOMATIC 38

Stainless Steel - Blue
USD 4,700 

Stainless Steel & 18k Red Gold - Silver
USD 5,900 

ADD TO BAG

ADD TO BAG





U17325211G1P2

### NAVITIMER AUTOMATIC 38

Stainless Steel & 18k Red Gold - Silver
USD 6,150 

A17325241B1P2

### NAVITIMER AUTOMATIC 38

Stainless Steel - Black
USD 4,700 

ADD TO BAG

PRE-ORDER NOW









A17325241B1A1

## NAVITIMER AUTOMATIC 38

Stainless Steel - Black

USD 5,000   ⓘ

**ADD TO BAG**

A17325211C1P4

## NAVITIMER AUTOMATIC 38

Stainless Steel - Blue

USD 4,700   ⓘ

**ADD TO BAG**

# WE FOUND 8 NEWS FOR YOU





## FUN AND EXOTIC



## IN THE SPOTLIGHT



## THE BREITLING NAVITIMER AUTOMATIC 35





## DIE SCHÖNSTEN BREITLING GESCHENKIDEEN



## THE BREITLING AVENGER COLLECTION



## THE BREITLING NAVITIMER AUTOMATIC 41





# BREITLING OPENS FIRST FLAGSHIP BOUTIQUE IN ASIA IN WF CENTRAL, BEIJING





## THE BREITLING NAVITIMER 1 AUTOMATIC 38

📞 +18666577670

MON-FRI 09:00-18:00, SAT 10:00-16:00 SUN: CLOSED

INFO.US@BREITLING.COM

Watches  .  Straps  .  Service  .  Stores  .  About  .  Contact  .  My Account  .

FAQS  .  Newsletter  .  Download The Catalog

🌐 UNITED STATES - ENGLISH

Terms of use    Press lounge    Career    Human Rights statement    Privacy policy

Terms & conditions    Impressum    Sitemap



[Accessibility Website](#)

© 2021 Breitling, All rights reserved.

