# Exhibit 7

# DISCOVER BREITLING'S IMPECCABLE TASTE AND PRECISE MOVEMENTS, DESIGNED FOR THE WATCH LOVER.

B0016561

# PURPOSE, ACTION, AND STYLE

The Chronomat is back! In its fullest and most stylish expression, just as it stunned the world in 1984. Just imagine this unapologetically functional chronograph shaking up the world of thin dress watches; its sheer shape and dimensions challenging the norms yet setting a new standard for casual elegance.

Today the Chronomat remains as disruptive and as relevant as it was then, from its purposeful bezel to its smooth Rouleaux bracelet. More than ever, the Chronomat is the ultimate all-purpose Breitling for men and women, with a dash of uniqueness that makes its wearer stand out in all circumstances.

Another founding line gets celebrated this year: the *Superocean Heritage* collection. In this Capsule Collection, the 42 mm diver sports its original concave bezel again, and can be found on the very same signature *Milanese* mesh bracelet as in 1957. The '57, as we call it, even pushes the boundaries with a daring and dashing rainbow livery, a sure head-turner.

Last but not least, the Navitimer now comes in a new offering dedicated to women for the very first time. At 35 mm, this expression retains the legendary slide rule and bezel while further emphasizing elegance and sophistication – as its diamond indexes can testify.

Enjoy this new *Chronolog* dedicated to Breitling icons past and future! In this same forward-looking spirit, you are now reading our most eco-friendly *Chronolog* ever! In line with our increasing investments in sustainability, each page you will turn is made of 100% recycled paper and printed with vegetable-based inks and varnishes. This is just one of the actions Breitling is taking to make a difference as a #SQUADONAMISSION.

**LEFT:**
The Breitling office,
Grenchen, Switzerland

B0016562

# CONTENTS

| | |
|---|---|
| 3 | **EDITORIAL** |
| 6 | **HISTORY IN THE MAKING** |
| 18 | **COLLECTIONS** |
| **20** | **PREMIER** |
| 24 | B01 CHRONOGRAPH 42 |
| 26 | B01 CHRONOGRAPH 42 BENTLEY |
| 28 | CHRONOGRAPH 42 |
| 30 | AUTOMATIC DAY & DATE 40 |
| 32 | AUTOMATIC 40 |
| **34** | **CHRONOMAT** |
| 38 | CHRONOMAT RIDER TABS |
| 40 | B01 42 |
| 42 | B01 42 BENTLEY |
| 43 | B01 42 FRECCE TRICOLORI LIMITED EDITION |
| 44 | B01 42 |
| 46 | AUTOMATIC 36 |
| 50 | 32 |
| **54** | **BREITLING AVIATOR 8** |
| 58 | AVI REF. 765 1953 RE-EDITION |
| 60 | AVI 1953 EDITION |
| 62 | B01 CHRONOGRAPH 43 |
| 64 | CHRONOGRAPH 43 |
| 66 | AUTOMATIC 41 |
| 68 | CURTISS WARHAWK |
| 70 | MOSQUITO |
| **72** | **NAVITIMER** |
| 76 | SLIDE RULE |
| 78 | REF. 806 1959 RE-EDITION |
| 80 | 1959 EDITION |
| 82 | CHRONOGRAPH 41 |
| 84 | B01 CHRONOGRAPH 43 |
| 86 | AIRLINE CAPSULE COLLECTION |
| 88 | B03 CHRONOGRAPH RATTRAPANTE 45 |
| 90 | B01 CHRONOGRAPH 46 |
| 92 | CHRONOGRAPH GMT 46 |
| 94 | AUTOMATIC 41 |
| 98 | AUTOMATIC 38 |
| 100 | AUTOMATIC 35 |
| **106** | **AVENGER** |
| 110 | SUPER AVENGER CHRONOGRAPH 48 |
| 112 | CHRONOGRAPH 45 |
| 114 | CHRONOGRAPH 43 |
| 116 | AUTOMATIC GMT 45/43 |
| 118 | AUTOMATIC 45 SEAWOLF |
| 120 | AUTOMATIC 43 |
| 122 | CHRONOGRAPH 45 SWISS AIR FORCE TEAM LIMITED EDITION |
| **124** | **SUPEROCEAN HERITAGE** |
| 128 | B01 CHRONOGRAPH 44 |
| 130 | CHRONOGRAPH 44 |
| 132 | B20 AUTOMATIC 46 |
| 134 | B20 AUTOMATIC 44 |
| 136 | B20 AUTOMATIC 42 |
| 140 | SUPEROCEAN HERITAGE '57 |
| 145 | SUPEROCEAN HERITAGE '57 OUTERKNOWN |
| **146** | **SUPEROCEAN** |
| 150 | AUTOMATIC 48 |
| 152 | AUTOMATIC 46 |
| 154 | AUTOMATIC 44 |
| 156 | OUTERKNOWN ECONYL® YARN NATO STRAPS |
| 158 | AUTOMATIC 42 |
| 160 | AUTOMATIC 36 |
| **162** | **PROFESSIONAL** |
| 166 | EMERGENCY |
| 168 | AEROSPACE |
| 170 | ENDURANCE PRO |
| 174 | **BREITLING CHRONOMÉTRIE** |
| 186 | **CUSTOMER SERVICE** |
| 192 | **BOUTIQUES** |

B0016563

# NAVITIMER
## AUTOMATIC 35





A17395211A1P1

*LEFT:*
*Yao Chen,*
*actress and*
*philanthropist*



**A17395211A1A1**
Stainless Steel and
Mother-of-Pearl

**U17395211A1U1**
Stainless Steel, 18k Red Gold,
and Mother-of-Pearl

**R17395211A1R1**
18k Red Gold and
Mother-of-Pearl

**Caliber** Breitling 17, approx. 38 hours of power reserve, 2-year warranty.
**Case** 35 mm, screwed-in caseback, water-resistant up to 3 bars. **Strap** Alligator leather,
7-row stainless-steel bracelet, stainless-steel and 18k red gold bracelet, or 18k red gold bracelet.