Ordering for the holidays? Virtual gifting still available for watch orders. Recipient can confirm or change the watch selection before delivery. Choose to check out with 4Gift.



WATCHES    STRAPS    CARE    SUBSCRIPTION    SERVICE    STORES    SUSTAINABILITY    ABOUT

# SEARCH

navitimer automatic 35

YOUR RESULTS [30]    WATCHES [26]    STRAPS [0]    NEWS [3]    STORES [0]    CONTENTS [1]

## WE FOUND 26 WATCHES FOR YOU



A17395211A1A1

### NAVITIMER AUTOMATIC 35



A17395F41G1A1

### NAVITIMER AUTOMATIC 35

Stainless Steel - Mother-Of-Pearl
USD 5,800 

Stainless Steel - Silver
USD 5,000 

**ADD TO BAG**

**ADD TO BAG**





A17395F41G1P2

U17395211A1U1

### NAVITIMER AUTOMATIC 35

### NAVITIMER AUTOMATIC 35

Stainless Steel - Silver
USD 4,700 

Stainless Steel & 18k Red Gold - Mother-Of-Pearl
USD 9,250 

**ADD TO BAG**

**ADD TO BAG**





 

U17395211A1P3

### NAVITIMER AUTOMATIC 35

Stainless Steel & 18k Red Gold - Mother-Of-Pearl
USD 6,500  

**PRE-ORDER NOW**

A17395211A1P4

### NAVITIMER AUTOMATIC 35

Stainless Steel - Mother-Of-Pearl
USD 5,500  

**PRE-ORDER NOW**

 

A17395211A1P2

NAVITIMER AUTOMATIC 35

A17395F41G1P4

NAVITIMER AUTOMATIC 35

NAVITIMER AUTOMATIC 35

Stainless Steel - Mother-Of-Pearl

USD 5,500 

ADD TO BAG

NAVITIMER AUTOMATIC 35

Stainless Steel - Silver

USD 4,700 

ADD TO BAG



A17395201K1P1

### NAVITIMER AUTOMATIC 35

Stainless Steel - Copper

USD 4,450 

PRE-ORDER NOW



A17395161C1A1

### NAVITIMER AUTOMATIC 35

Stainless Steel - Blue

USD 5,000 

ADD TO BAG







A17395161C1P2

**NAVITIMER AUTOMATIC 35**

Stainless Steel - Blue

USD 4,700  ⓘ

ADD TO BAG

A17395F41G1P3

**NAVITIMER AUTOMATIC 35**

Stainless Steel - Silver

USD 4,450  ⓘ

ADD TO BAG

MORE RESULTS

## WE FOUND 3 NEWS FOR YOU





## FUN AND EXOTIC



## IN THE SPOTLIGHT



### THE BREITLING NAVITIMER AUTOMATIC 35

### WE FOUND 1 CONTENTS FOR YOU



# BREITLING

Misc

📞 +18666577670

MON-FRI 09:00-18:00, SAT 10:00-16:00 SUN: CLOSED

INFO.US@BREITLING.COM





Accessibility Website

© 2021 Breitling, All rights reserved.

