Highly Confidential – Attorneys' Eyes Only

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOLID 21, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>BREITLING U.S.A., INC.; BREITLING SA; AND BREITLING AG;<br><br>  Defendants. | Case No.: 3:19-cv-00514-MPS |

**EXPERT REPORT OF DUVALL O'STEEN**

**FEBRUARY 10, 2021**

1

Highly Confidential – Attorneys' Eyes Only



64.     Solid 21's social media accounts are linked on the CAFJT website.  They include "chrisairebeverlyhills" on Instagram, which has as of the date of this report over 40,000 followers, and "chrisairefinejewelry" on Facebook, which has been followed by nearly 7,000 users (and "liked" by nearly 7,000 users).

65.     Solid 21 frequently uses the hashtag #REDGOLD on its social media to promote the RED GOLD® brand.  Hashtags have become a crucial part of social media marketing.[43]  Hashtags like #REDGOLD can increase brand awareness and increase shares of posts.

---

[43] https://mention.com/en/blog/hashtag-marketing-how-to-use-hashtags-for-better-marketing-campaigns/.

Highly Confidential – Attorneys' Eyes Only



80.     On social media, like Facebook and Instagram, Breitling has advertised using the #redgold hashtag--the same hashtag CAJFT has used to advertise the RED GOLD brand.



81.     Accordingly, Breitling's use of "Red Gold" is clearly identical to Solid 21's Red Gold® mark, and thus its unauthorized use contributes to a likelihood of confusion.

   **C.     Proximity of the Products Offered by Solid 21 and Breitling, and Their Competitiveness with Each Other**

38