# Exhibit 12

PROVISIONALLY FILED UNDER SEAL