```
                                                         Page 1

 1            UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 2    ------------------------------------x
      SOLID 21, INC.,
 3
                          Plaintiff,
 4
                -against-      Case No:
 5                             3:19-cv-00514-MPS
 6
 7    BREITLING U.S.A., INC., BREITLING
      SA; and BREITLING AG,
 8                        Defendants.
      ------------------------------------x
 9
10         EXAMINATION BEFORE TRIAL of LIONEL HOFSTETTER,
11    taken by the Plaintiff, pursuant to Subpoena, held via
12    Remote means, on March 11, 2021, at 7:09 a.m., before a
13    Notary Public of the State of New York.
14
      *******************************************
15
16
17
18
19
20
21
22
23
24
25
```

1         LIONEL HOFSTETTER
2    going to be deposing you.  Solid 21 and its counsel is
3    going to be deposing you.  Do you understand that?
4    A.     Sorry that was too fast.
5    Q.     Sorry.  This is a notice that Solid 21 and its
6    counsel will be deposing you.  Do you understand that?
7    A.     Yes, I understand that.
8    Q.     Do you also understand that you're being put up
9    as what's called a 30(b)(6) or a corporate witness?
10   A.     I do understand that, yes.
11   Q.     And you're familiar with some topics that you
12   were designated on?
13   A.     Can you define some topics.
14              MR. HECHT:  Yeah, and actually for the
15         record, Hazel on this one, on this deposition
16         again, I don't think we received a formal list
17         of what Mr. Hofstetter is being designated as
18         corporate representative on.  And I know that
19         you said that he is co-representative with Mr.
20         Sayler.  But I wasn't sure if it's all of the
21         same topics or if there is anything that Mr.
22         Hofstetter is not designated on.
23              MS. PANGAN:  No, I think he can speak
24         to all of the same topics that Mr. Sayler was
25         designated on.

1            LIONEL HOFSTETTER
2    men's product before 2017, before the new management.
3    But since then, we have a new company -- it's not a
4    mission statement, but it's something like a brand
5    statement where we say we're a generic, generalistic
6    (sic) watch brand for men and women.  So we specifically
7    want to reach out to men and women, and not men only.
8    Q.      Now, we've been talking about the phrase red
9    gold.  Have you seen other phrases used interchangeably
10   with red gold, for example, rose gold and pink gold?
11               MS. PANGAN:  Objection.  Lacks
12         foundation.
13   A.      Can you please specify.
14   Q.      Yeah, have you seen others in the industry --
15   have you seen any third parties use rose gold
16   interchangeably with red gold?
17   A.      No, I haven't.
18   Q.      Have you seen pink gold used interchangeably
19   with red gold outside of Breitling?
20   A.      No, I haven't.
21   Q.      Do you know if Breitling wanted to use red gold
22   to convey masculinity?
23               MS. PANGAN:  Objection vague,
24         ambiguous.
25   A.      I don't understand the question.