UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SOLID 21, INC.

    v.      CASE NO. 3:19CV514(MPS)

BREITLING USA, INC
BREITLING SA
BREITLING AG
CVC CAPITAL PARTNERS SICAV-FIS, S.A.

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Michael P. Shea, United States District Judge and,

The court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on January 24, 2022 granting the motion as to all remaining claims; and

Further, claims against CVV Capital were dismissed on August 12, 2019;  it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 27th day of January 2022.

                DINAH MILTON KINNEY, Clerk

                By _____/s/_____
                Devorah Johnson
                Deputy Clerk

EOD   1/27/22

Case 3:19-cv-00514-MPS   Document 219   Filed 01/27/22   Page 2 of 2