IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOLID 21, INC., <br>     Plaintiff, <br> <br> v. <br> <br> BREITLING U.S.A., INC.; BREITLING SA; <br> AND BREITLING AG, <br>     Defendants. | : <br> : <br> : C.A. NO. 3:19-CV-00514-MPS <br> : <br> : <br> : <br> : February 10, 2022 <br> : <br> : |

### DEFENDANTS AND COUNTERCLAIMANTS BREITLING U.S.A., INC. AND BREITLING SA'S (A/K/A BREITLING AG) MOTION FOR ATTORNEYS' FEES AND COSTS

Defendants and counterclaimants Breitling U.S.A., Inc. and Breitling SA (a/k/a Breitling AG) (collectively, "Breitling") respectfully move this Honorable Court under Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a), Fed. R. of Civ. P. 54, and Local Rule 54, for an award of prevailing party reasonable attorneys' fees and expenses incurred in connection with the defense against this lawsuit. For the reasons set forth in the accompanying Memorandum of Law, Breitling is entitled to recover its attorneys' fees and costs in the wake of the Court's grant of its Motion for Summary Judgment and in light of Plaintiff's pattern of unreasonable conduct stemming from its pursuit of dubious trademark claims over the generic and descriptive term "red gold"—a term used for centuries as a generic or descriptive reference to a gold alloy, which is precisely the only way that Breitling has ever used the term. The undisputed facts show that Breitling never used this term in reference to Plaintiff or its alleged brand, which were unknown to Breitling until Plaintiff's filing of suit. And the case was venomously litigated, as this Court is aware.

Thus, respectfully, this Court should exercise its discretion and award Breitling its attorneys' fees and costs because this case qualifies as "exceptional" under 15 U.S.C. section 1117(a) and the cases decided thereunder.

WHEREFORE, for the reasons stated herein and as detailed in the concurrently-filed supporting Memorandum of Law, Breitling hereby respectfully requests that this Honorable Court award Breitling its attorneys' fees and costs.

> Respectfully submitted,
>
> GORDON REES SCULLY MANSUKHANI, LLP
>
> By  */s/ Craig J. Mariam*
> Thomas C. Blatchley (ct25892)
> Craig J. Mariam (*pro hac vice*)
> Hazel Mae B. Pangan (*pro hac vice*)
> 95 Glastonbury Blvd., Ste. 206
> Glastonbury, CT 06033
> Phone: (860) 494-7525
> Fax: (860) 560-0185
> Email: tblatchley@grsm.com
>
> Attorneys for Defendants and Counterclaimants
> Breitling U.S.A., Inc. and
> Breitling SA (a/k/a Breitling AG)

## CERTIFICATION OF SERVICE

I hereby certify that on February 10, 2022, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

> By  */s/ Craig J. Mariam*
> Craig J. Mariam

1198309/64771761v.1

DEFENDANTS AND COUNTERCLAIMANTS BREITLING U.S.A., INC. AND
BREITLING SA'S (a/k/a BREITLING AG) MOTION FOR ATTORNEYS' FEES AND COSTS    PAGE 2 OF 2