IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOLID 21, INC., | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 3:19-CV-00514-MPS |
| | : | |
| v. | : | |
| | : | |
| BREITLING U.S.A., INC.; BREITLING SA; AND BREITLING AG, | : | February 10, 2022 |
| | : | |
| Defendants. | : | |

## DECLARATION OF MICHAEL R. HEIMBOLD IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES

I, Michael R. Heimbold, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney with the law firm Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin"), former counsel for defendants and counterclaimants Breitling U.S.A., Inc., Breitling SA (a/k/a Breitling AG) (collectively, "Defendants" or "Breitling") in the above-captioned case.

2. I am over the age of eighteen and make this declaration based on personal knowledge, except those matters stated on information and belief, and, as to those matters, I believe them to be true. If called as a witness, I could and would competently testify to the same. Any report, compilation, or document relied upon me in this declaration was created, made and maintained in the regular course of business, at or near the time of the act, condition or event so referenced.

3. I submit this declaration in support of Defendants' Motion for Attorneys' Fees and Costs.

4. I am a partner with Sheppard Mullin, where I represent clients in complex business and intellectual property matters, including cases involving trademark and copyright infringement and licensing, shareholder and partnership disputes, misappropriation of trade secrets and unfair competition, patent infringement, securities and fiduciary litigation, and real estate litigation. I received my B.S. from California State University, Long Beach in 1988 and my J.D. from Loyola Law School in 1994.

5. I, along with my partner, Jill M. Pietrini, associate Benjamin O. Aigboboh, and special counsel Paul A. Bost, represented Breitling in this matter from April 2019 until March 2020, when Breitling retained Gordon & Rees as counsel and we filed a motion to substitute. My firm also represented Defendant CVC Capital Partners SICAV-FIS S.A. ("CVC-SIF") until it was dismissed from this case in August 2019.

6. Ms. Pietrini received her B.A. from the University of California, Berkeley in 1983, and her J.D. from Santa Clara University School of Law in 1988. She is an intellectual property lawyer who focuses on trademarks, dilution, trade name, trade dress, copyright, right of publicity, unfair competition, patent litigation, and appellate practice. Her clients include Summit Entertainment, Gwen Stefani, Cafe Press, Metallica, and Will Smith.

7. Mr. Aigboboh received his B.A. from the University of California, Los Angeles in 2005 and his J.D. from Stanford University in 2009. He is an intellectual property lawyer who specializes in intellectual property and commercial litigation, particularly in trademark litigation. His intellectual property practice includes the representation of several national and international companies in trademark matters in federal courts and the Trademark Trial and Appeal Board.

8. Mr. Bost received his B.A. from Pepperdine University and his J.D. from Vanderbilt University School of Law. He specializes in intellectual property law and his practice

includes the management of all aspects of trademark prosecution and federal and state court litigation of trademark, copyright, and right of publicity actions.

9. Sheppard Mullin conducted an initial case analysis, prepared and filed an answer and counterclaims on behalf of Breitling, prepared and filed a motion to dismiss on behalf of CVC-SIF, negotiated a dismissal of CVC-SIF, prepared and propounded discovery requests, and prepared and served discovery responses and documents for production. We also performed work related to the transition of this case to Gordon & Rees.

10. In connection with the firm's representation of Breitling and CVC-SIF, Sheppard Mullin kept track of its time in multiples of tenths of hours using a computer program in which we entered our time on a regular basis. Those time entries were personally reviewed by me, Ms. Pietrini, and/or other attorneys who were involved with this matter to ensure accuracy. The firm's billing team then created invoices for the clients from the approved entries.

11. Attached hereto as <u>Exhibit A</u> are true and correct copies of the invoices from my firm in this matter, as well as three invoices from local counsel, Updike, Kelly & Spellacy, P.C. ("Updike") in Connecticut. The invoices have been redacted to preserve privilege and confidential information, but Sheppard Mullin will submit un-redacted invoices to the Court for *in camera* review if requested.

12. For purposes of this matter, the firm billed attorney time at its normal rates, but then applied a ten-percent discount to the hours of each bill, resulting in effective rates below each attorney's applicable standard rates in most cases. Having practiced before various state and federal courts, including this Court and other federal courts, I am familiar with rates charged by other attorneys from comparable firms for like work before federal courts. It is my opinion that

the rates charged by Sheppard Mullin and Updike are reasonable, customary, and usual for a case of this type and magnitude.

13. In total, $300,232.26 in fees and $2,988.33 in costs were incurred by Sheppard Mullin and Updike in this matter. Below is a table summarizing the amounts billed and paid to date (not including the costs itemized in each invoice, which are detailed below).

| Firm | Invoice No. | Invoice Date | Original | Paid |
|---|---|---|---|---|
| Sheppard Mullin | 250073620 | 04/30/19 | $8,546.40 | $8,546.40 |
| Sheppard Mullin | 250073621 | 05/31/19 | $25,211.25 | $25,211.25 |
| Sheppard Mullin | 250070690 | 07/31/19 | $73,701.50 | $73,701.50 |
| Sheppard Mullin | 250072868 | 07/31/19 | $33,011.10 | $33,011.10 |
| Sheppard Mullin | 250074094 | 09/30/19 | $48,883.86 | $48,883.86 |
| Sheppard Mullin | 250075088 | 10/31/19 | $22,771.35 | $22,771.35 |
| Sheppard Mullin | 250077238 | 11/30/19 | $35,906.40 | $35,906.40 |
| Sheppard Mullin | 250078238 | 12/19/19 | $5,400.00 | $5,400.00 |
| Sheppard Mullin | 250079733 | 01/29/20 | $1,940.40 | $1,940.40 |
| Sheppard Mullin | 250084655 | 02/21/20 | $26,303.85 | $26,303.85 |
| Sheppard Mullin | 250084654 | 03/31/20 | $3,849.30 | $3,849.30 |
| Sheppard Mullin | 250084653 | 04/08/20 | $3,091.05 | $3,091.05 |
| Sheppard Mullin | 250085326 | 05/15/20 | $2,242.80 | $2,242.80 |
| Sheppard Mullin | 250087108 | 06/16/20 | $1,284.30 | $1,284.30 |
| Updike | 305958 | 07/17/19 | $2,945.00 | $2,945.00 |
| Updike | 307134 | 08/26/19 | $3,989.20 | $3,989.20 |
| Updike | 310462 | 09/16/19 | $1,006.00 | $1,006.00 |
| Updike | 318869 | 02/19/20 | $148.50 | $148.50 |
| | | Totals: | $300,232.26 | ($300,232.26) |

14. Below is a table summarizing costs incurred in this matter, which amounts are included in the invoices attached hereto as Exhibit A. The costs total $2,988.33:

| Invoice No. | Description | Inv. Date | Total |
|---|---|---|---|
| 250070690 | FedEx | 07/31/19 | $207.79 |
| 250070690 | PACER | 07/31/19 | $68.70 |
| 250072868 | First Legal Messenger/Courier Fees | 07/31/19 | $309.25 |
| 250074094 | FedEx | 09/30/19 | $188.33 |
| 250075088 | First Legal Messenger/Courier Fees | 10/31/19 | $241.71 |
| 250077238 | Lexis | 11/30/19 | $252.00 |
| 250079733 | Aire Jewelry Sample | 01/29/20 | $181.71 |

| | | | |
|---|---|---|---|
| 250084655 | Evidence Purchase | 02/21/20 | $22.67 |
| 250084655 | e-Discovery Monthly Data Hosting | 02/21/20 | $39.40 |
| 250084653 | e-Discovery Monthly Data Hosting | 04/08/20 | $466.57 |
| 250084653 | International Phone Call | 04/08/20 | $77.06 |
| 250085326 | e-Discovery Monthly Data Hosting | 05/15/20 | $466.57 |
| 250087108 | e-Discovery Monthly Data Hosting | 06/16/20 | $466.57 |
| | | **Total** | **$2,988.33** |

15. The foregoing costs were recorded in real time throughout the case. The attorneys or staff members responsible for recording these costs do so at or near the time in which they become aware of them, and recording these costs is part of Sheppard Mullin's regularly conducted business activity and part of its employees' regular practice. Sheppard Mullin tracks these costs in an electronic database maintained by the firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2022.

*/s/ M R Heimbold*

Michael R. Heimbold

## CERTIFICATION OF SERVICE

I hereby certify that on February 10, 2022, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                        */s/ Craig J. Mariam*
                                        Craig J. Mariam