# EXHIBIT A

# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
April 30, 2019
Invoice 250073620

Our Matter No.       36TA-297564
                     Breitling USA - Adv. Solid 21, Inc.
Billing Atty:        Michael R. Heimbold

Order Reference Number: 170/60000042/52210320

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2019

| | |
|---|---|
| Current Fees | $ 9,496.00 |
| Total Current Activity | $ 9,496.00 |
| Fee Discount | $ (949.60) |
| Total Due for This Invoice | $ 8,546.40 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
April 30, 2019
Invoice 250073620

| | |
|---|---|
| Our Matter No. | 36TA-297564 |
| | Breitling USA - Adv. Solid 21, Inc. |
| Billing Atty: | Michael R. Heimbold |

Order Reference Number: 170/60000042/52210320

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2019

Current Fees                                                    $ 9,496.00

Total Current Activity                                $ 9,496.00
Fee Discount                                              $ (949.60)
Total Due for This Invoice                        $ 8,546.40

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

April 30, 2019
Invoice 250073620
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 04/30/19

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 04/04/19 | | 2797 | 2.30 hrs. |
| 04/18/19 | | 2761 | 2.20 hrs. |
| 04/24/19 | | 2797 | 1.00 hrs. |
| 04/25/19 | | 2797 | .90 hrs. |
| 04/26/19 | | 2797 | 3.20 hrs. |
| 04/26/19 | | 2761 | 2.30 hrs. |
| 04/29/19 | | 2797 | .30 hrs. |
| 04/30/19 | | 2761 | 1.30 hrs. |



**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

April 30, 2019
Invoice 250073620
Page 3 of 3

### SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2797 | Jill M. Pietrini | 7.70 | $ 770.00 | $ 5,929.00 |
| 2761 | Bridget J. Russell | 5.80 | $ 615.00 | $ 3,567.00 |

|  |  |
|---|---|
| Current Fees | $ 9,496.00 |
| Fee Discount | $ (949.60) |
| **Total Fees for Professional Services** | **$ 8,546.40** |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
May 31, 2019
Invoice 250073621

Our Matter No.      36TA-297564
                    Breitling USA - Adv. Solid 21, Inc.
Billing Atty:       Michael R. Heimbold

Order Reference Number: 199/60000042/52210320

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2019

Current Fees                          $ 28,012.50

Total Current Activity                       $ 28,012.50
Fee Discount                                 $ (2,801.25)
Total Due for This Invoice                   $ 25,211.25

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler                                           SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                                          May 31, 2019
Breitling SA                                                   Invoice 250073621
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Our Matter No.        36TA-297564
                      Breitling USA - Adv. Solid 21, Inc.
Billing Atty:         Michael R. Heimbold

Order Reference Number: 199/60000042/52210320

### **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2019

| | |
|---|---|
| Current Fees | $ 28,012.50 |
| | |
| Total Current Activity | $ 28,012.50 |
| Fee Discount | $ (2,801.25) |
| Total Due for This Invoice | $ 25,211.25 |

Payment Terms:  Balance due upon receipt of this statement.

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

May 31, 2019
Invoice 250073621
Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 05/31/19

### **FEE DETAIL**



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 05/06/19 | | 2797 | 1.10 hrs. |
| 05/07/19 | | 2797 | .70 hrs. |
| 05/08/19 | | 2797 | 1.70 hrs. |
| 05/08/19 | | 2950 | 2.00 hrs. |
| 05/08/19 | | 1412 | 1.90 hrs. |
| 05/09/19 | | 3107 | 2.40 hrs. |
| 05/11/19 | | 2797 | .30 hrs. |
| 05/13/19 | | 2797 | 1.10 hrs. |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

May 31, 2019
Invoice 250073621
Page 3 of 5

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 05/13/19 | | 2950 | 3.10 hrs. |
| 05/15/19 | | 2797 | 1.20 hrs. |
| 05/15/19 | | 2950 | .40 hrs. |
| 05/15/19 | | 2950 | .90 hrs. |
| 05/16/19 | | 2797 | 1.90 hrs. |
| 05/16/19 | | 2950 | .20 hrs. |
| 05/20/19 | | 2950 | .50 hrs. |
| 05/21/19 | | 2950 | .90 hrs. |
| 05/29/19 | | 3822 | .20 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

May 31, 2019
Invoice 250073621
Page 4 of 5

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 05/29/19 | | 3822 | 5.20 hrs. |
| 05/29/19 | | 3822 | .40 hrs. |
| 05/29/19 | | 2797 | 3.20 hrs. |
| 05/29/19 | | 2513 | 8.80 hrs. |
| 05/30/19 | | 3822 | 5.50 hrs. |
| 05/31/19 | | 3822 | 4.50 hrs. |
| 05/31/19 | | 2513 | 3.60 hrs. |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                   May 31, 2019
Michael R. Heimbold                                                          Invoice 250073621
                                                                                  Page 5 of 5

### SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2797 | Jill M. Pietrini | 11.20 | $ 770.00 | $ 8,624.00 |
| 2950 | Michael R. Heimbold | 8.00 | $ 770.00 | $ 6,160.00 |
| 2513 | Ben Aigboboh | 12.40 | $ 650.00 | $ 8,060.00 |
| 3107 | Jordan E. Grushkin | 2.40 | $ 565.00 | $ 1,356.00 |
| 3822 | MariKate H. Hulbutta | 15.80 | $ 195.00 | $ 3,081.00 |
| 1412 | Robert H. Hertz | 1.90 | $ 385.00 | $ 731.50 |

| | |
|---|---|
| Current Fees | $ 28,012.50 |
| Fee Discount | $ (2,801.25) |
| **Total Fees for Professional Services** | **$ 25,211.25** |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Thierry Prissart
President
Breitling USA
206 Danbury Road
Wilton, CT 06897-4004

SMRH Tax ID 95-1463164
July 31, 2019
Invoice 250070690

| | |
|---|---|
| Our Matter No. | 36TA-297564 |
| | Breitling USA - Adv. Solid 21, Inc. |
| Billing Atty: | Michael R. Heimbold |

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2019

| | |
|---|---|
| Current Fees | $ 81,805.00 |
| Current Disbursements | $ 276.49 |
| | |
| Total Current Activity | $ 82,081.49 |
| Fee Discount | $ (8,103.50) |
| Total Due for This Invoice | $ 73,977.99 |

**Payment Terms:  Balance due upon receipt of this statement.**

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Thierry Prissart                                         SMRH Tax ID 95-1463164
President                                                        July 31, 2019
Breitling USA                                            Invoice 250070690
206 Danbury Road
Wilton, CT 06897-4004

Our Matter No.        36TA-297564
                      Breitling USA - Adv. Solid 21, Inc.
Billing Atty:         Michael R. Heimbold

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2019

| | |
|---|---|
| Current Fees | $ 81,805.00 |
| Current Disbursements | $  276.49 |
| | |
| Total Current Activity | $ 82,081.49 |
| Fee Discount | $  (8,103.50) |
| Total Due for This Invoice | $ 73,977.99 |

Payment Terms:  Balance due upon receipt of this statement.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250070690
Page 2 of 14

FOR PROFESSIONAL SERVICES THROUGH 06/30/19

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 04/04/19 | ███████████████████████████████ ████████████████████████████████ ███████████████████████████████████ █████████████████████ | 2797 | 2.30 hrs. |
| 04/18/19 | ██████████████████████████████ ███████████████████████████████████ ████████████████████████████████ ██████ | 2761 | 2.20 hrs. |
| 04/24/19 | ███████████████████████████████████ █████████████████████████████████ ████████████████ | 2797 | 1.00 hrs. |
| 04/25/19 | ████████████████████████████████████ ████████████████████████████████████ ███████ | 2797 | .90 hrs. |
| 04/26/19 | ██████████████████████████████ ████████████████████████████████ ████████████████████████████████ █████████████████████████████████ █████████████████████████████████ █████████████████████████████████ ██████████████████ | 2797 | 3.20 hrs. |
| 04/26/19 | ████████████████████████████████████ ████. | 2761 | 2.30 hrs. |
| 04/29/19 | ████████████████████████████████████ ███████ | 2797 | .30 hrs. |
| 04/30/19 | ████████████████████████████████████. | 2761 | 1.30 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250070690
Page 3 of 14

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|



| | | | |
|------|------------------------|------|-------|
| 05/06/19 | | 2797 | 1.10 hrs. |
| 05/07/19 | | 2797 | .70 hrs. |
| 05/08/19 | | 2797 | 1.70 hrs. |
| 05/08/19 | | 2950 | 2.00 hrs. |
| 05/08/19 | | 1412 | 1.90 hrs. |
| 05/09/19 | | 3107 | 2.40 hrs. |
| 05/11/19 | | 2797 | .30 hrs. |
| 05/13/19 | | 2797 | 1.10 hrs. |
| 05/13/19 | | 2950 | 3.10 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250070690
Page 4 of 14

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|



# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                   July 31, 2019
Michael R. Heimbold                                                          Invoice 250070690
                                                                                 Page 5 of 14

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 05/29/19 | | 3822 | .40 hrs. |
| 05/29/19 | | 2797 | 3.20 hrs. |
| 05/29/19 | | 2513 | 8.80 hrs. |
| 05/29/19 | | 2761 | .10 hrs. |
| 05/30/19 | | 3822 | 5.50 hrs. |
| 05/30/19 | | 2800 | .20 hrs. |
| 05/31/19 | | 3822 | 4.50 hrs. |
| 05/31/19 | | 2513 | 3.60 hrs. |
| 06/01/19 | | 2513 | .80 hrs. |
| 06/03/19 | | 3822 | 4.00 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250070690
Page 6 of 14

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 06/03/19 | | 2950 | .40 hrs. |
| 06/03/19 | | 2800 | 1.00 hrs. |
| 06/03/19 | | 2513 | 5.60 hrs. |
| 06/04/19 | | 3822 | .60 hrs. |
| 06/04/19 | | 3822 | 3.00 hrs. |
| 06/04/19 | | 2950 | 1.60 hrs. |
| 06/04/19 | | 2800 | .60 hrs. |
| 06/04/19 | | 2513 | 2.70 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    July 31, 2019
Michael R. Heimbold                                                        Invoice 250070690
                                                                              Page 7 of 14

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 06/05/19 | | 3822 | 5.30 hrs. |
| 06/05/19 | | 2950 | .60 hrs. |
| 06/05/19 | | 2800 | .40 hrs. |
| 06/05/19 | | 2513 | 7.00 hrs. |
| 06/05/19 | | 1482 | .10 hrs. |
| 06/05/19 | | 1482 | .10 hrs. |
| 06/05/19 | | 1482 | .10 hrs. |
| 06/05/19 | | 1482 | .10 hrs. |
| 06/05/19 | | 1482 | .10 hrs. |



**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250070690
Page 8 of 14

### FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 06/05/19 | | 1482 | .10 hrs. |
| 06/05/19 | | 1482 | .10 hrs. |
| 06/05/19 | | 1482 | .10 hrs. |
| 06/05/19 | | 1482 | .10 hrs. |
| 06/06/19 | | 2800 | .20 hrs. |
| 06/06/19 | | 2513 | 4.70 hrs. |
| 06/07/19 | | 2513 | .30 hrs. |
| 06/10/19 | | 2797 | 1.40 hrs. |
| 06/10/19 | | 2800 | .30 hrs. |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                   July 31, 2019
Michael R. Heimbold                                                          Invoice 250070690
                                                                                Page 9 of 14

## **FEE DETAIL**



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 06/10/19 | | 2513 | 7.70 hrs. |
| 06/11/19 | | 2797 | .80 hrs. |
| 06/11/19 | | 2800 | .40 hrs. |
| 06/11/19 | | 2513 | 3.50 hrs. |
| 06/12/19 | | 2800 | .30 hrs. |
| 06/12/19 | | 2513 | .20 hrs. |
| 06/12/19 | | 1482 | .10 hrs. |
| 06/12/19 | | 1482 | .10 hrs. |
| 06/12/19 | | 1482 | .10 hrs. |

Heimbold Declaration, Exhibit A

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250070690
Page 10 of 14

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 06/12/19 |  | 1482 | .10 hrs. |
| 06/13/19 | | 2797 | 2.70 hrs. |
| 06/13/19 | | 2800 | .10 hrs. |
| 06/13/19 | | 2513 | 1.00 hrs. |
| 06/13/19 | | 1482 | .10 hrs. |
| 06/13/19 | | 1482 | .10 hrs. |
| 06/13/19 | | 1482 | .10 hrs. |
| 06/14/19 | | 2800 | .30 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250070690
Page 11 of 14

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 06/17/19 | | 2797 | 1.90 hrs. |
| 06/17/19 | | 2800 | .90 hrs. |
| 06/18/19 | | 2797 | .30 hrs. |
| 06/18/19 | | 2800 | .10 hrs. |
| 06/19/19 | | 2513 | .30 hrs. |
| 06/20/19 | | 2513 | .10 hrs. |
| 06/21/19 | | 2513 | .60 hrs. |
| 06/23/19 | | 2797 | .40 hrs. |
| 06/25/19 | | 2800 | .10 hrs. |
| 06/25/19 | | 2513 | 2.80 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                July 31, 2019
Michael R. Heimbold                                                Invoice 250070690
                                                                      Page 12 of 14

## **FEE DETAIL**



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 06/27/19 | | 3822 | 3.10 hrs. |
| 06/27/19 | | 2797 | .50 hrs. |
| 06/27/19 | | 2513 | 3.40 hrs. |
| 06/28/19 | | 2797 | .40 hrs. |
| 06/28/19 | | 2797 | 1.10 hrs. |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250070690
Page 13 of 14

### SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 2797 | Jill M. Pietrini | 28.40 | $ 770.00 | $ 21,868.00 |
| 2950 | Michael R. Heimbold | 10.60 | $ 770.00 | $ 8,162.00 |
| 2800 | Paul A. Bost | 4.90 | $ 685.00 | $ 3,356.50 |
| 2513 | Ben Aigboboh | 53.10 | $ 685.00 | $ 36,373.50 |
| 2761 | Bridget J. Russell | 5.90 | $ 615.00 | $ 3,628.50 |
| 3107 | Jordan E. Grushkin | 2.40 | $ 565.00 | $ 1,356.00 |
| 3822 | MariKate H. Hulbutta | 31.80 | $ 195.00 | $ 6,201.00 |
| 1412 | Robert H. Hertz | 1.90 | $ 385.00 | $ 731.50 |
| 1482 | Audencio Dimas | 1.60 | $ 80.00 | $ 128.00 |

| | | |
|---|---|---|
| Current Fees | | $ 81,805.00 |
| Fee Discount | | $ (8,103.50) |
| **Total Fees for Professional Services** | | **$ 73,701.50** |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                           July 31, 2019
Michael R. Heimbold                                                               Invoice 250070690
                                                                                     Page 14 of 14

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 05/13/19 | Federal Express on 05/13/19 | 67.80 |
| 06/10/19 | Federal Express on 06/10/19 | 15.25 |
| 06/11/19 | Federal Express on 06/11/19 | 16.25 |
| 06/12/19 | Federal Express on 06/12/19 | 15.25 |
| 06/13/19 | Federal Express on 06/13/19 | 15.94 |
| 06/13/19 | Federal Express on 06/13/19 | 19.46 |
| 06/13/19 | Federal Express on 06/13/19 | 16.25 |
| 06/14/19 | Federal Express on 06/14/19 | 16.94 |
| 06/21/19 | Federal Express on 06/21/19 | 24.65 |
| 05/29/19 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 05/16/2019-05/31/2019 | 33.40 |
| 06/05/19 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 06/01/2019-06/15/2019 | 23.50 |
| 06/17/19 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 06/16/2019-06/30/2019 | 4.80 |
| | Duplication | 7.00 |

**Total Disbursements**                                                              **$ 276.49**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

<u>***Remittance Copy***</u>
*Please return this page with your payment.*

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
July 31, 2019
Invoice 250072868

Our Matter No.      36TA-297564
                              Breitling USA - Adv. Solid 21, Inc.
Billing Atty:        Michael R. Heimbold

Order Reference Number: 244/60000042/52210320

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2019

| | | |
|---|---|---|
| Current Fees | $ 36,679.00 | |
| Current Disbursements | $ 309.25 | |
| Total Current Activity | | $ 36,988.25 |
| Fee Discount | | $ (3,667.90) |
| Total Due for This Invoice | | $ 33,320.35 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
July 31, 2019
Invoice 250072868

Our Matter No.    36TA-297564
                  Breitling USA - Adv. Solid 21, Inc.
Billing Atty:     Michael R. Heimbold

Order Reference Number: 244/60000042/52210320

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2019

| | |
|---|---|
| Current Fees | $ 36,679.00 |
| Current Disbursements | $ 309.25 |
| | |
| Total Current Activity | $ 36,988.25 |
| Fee Discount | $ (3,667.90) |
| Total Due for This Invoice | $ 33,320.35 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250072868
Page 2 of 9

FOR PROFESSIONAL SERVICES THROUGH 07/31/19

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/01/19 | | 2513 | 2.80 hrs. |
| 07/01/19 | | 2513 | .70 hrs. |
| 07/02/19 | | 2800 | .20 hrs. |
| 07/02/19 | | 2513 | 1.10 hrs. |
| 07/03/19 | | 2797 | 1.90 hrs. |
| 07/03/19 | | 2950 | .50 hrs. |
| 07/03/19 | | 2950 | .30 hrs. |
| 07/03/19 | | 2513 | .20 hrs. |
| 07/05/19 | | 2797 | .60 hrs. |
| 07/08/19 | | 2950 | .50 hrs. |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                                    July 31, 2019
Michael R. Heimbold                                                                          Invoice 250072868
                                                                                                  Page 3 of 9

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/08/19 | | 2950 | .80 hrs. |
| 07/08/19 | | 6722 | .50 hrs. |
| 07/10/19 | | 3822 | .60 hrs. |
| 07/10/19 | | 2513 | 1.80 hrs. |
| 07/12/19 | | 2797 | .70 hrs. |
| 07/12/19 | | 2797 | 2.80 hrs. |
| 07/12/19 | | 2950 | 1.00 hrs. |
| 07/12/19 | | 2950 | .20 hrs. |



Heimbold Declaration, Exhibit A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250072868
Page 4 of 9

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/12/19 | | 2513 | 1.00 hrs. |
| 07/12/19 | | 2513 | .20 hrs. |
| 07/12/19 | | 6722 | .20 hrs. |
| 07/15/19 | | 2797 | 2.40 hrs. |
| 07/15/19 | | 2513 | 3.20 hrs. |
| 07/15/19 | | 2513 | 2.80 hrs. |
| 07/16/19 | | 2797 | .10 hrs. |
| 07/16/19 | | 2513 | 1.50 hrs. |
| 07/17/19 | | 2797 | 1.70 hrs. |



# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                July 31, 2019
Michael R. Heimbold                                                       Invoice 250072868
                                                                              Page 5 of 9

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|



| Date | | Tkpr | Hours |
|------|---|------|-------|
| 07/17/19 | | 2797 | 1.50 hrs. |
| 07/17/19 | | 2797 | .90 hrs. |
| 07/17/19 | | 2797 | .60 hrs. |
| 07/17/19 | | 2950 | .40 hrs. |
| 07/17/19 | | 2800 | .10 hrs. |
| 07/17/19 | | 6486 | .90 hrs. |
| 07/18/19 | | 2797 | .10 hrs. |
| 07/18/19 | | 2800 | .10 hrs. |
| 07/18/19 | | 2513 | 1.20 hrs. |
| 07/18/19 | | 6486 | 1.50 hrs. |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250072868
Page 6 of 9

### FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/19/19 | | 2797 | 2.10 hrs. |
| 07/19/19 | | 2797 | .40 hrs. |
| 07/19/19 | | 2513 | 1.60 hrs. |
| 07/21/19 | | 6722 | .30 hrs. |
| 07/22/19 | | 2800 | .10 hrs. |
| 07/23/19 | | 2797 | .60 hrs. |
| 07/23/19 | | 2950 | .30 hrs. |
| 07/23/19 | | 2950 | .40 hrs. |
| 07/23/19 | | 2800 | .20 hrs. |
| 07/23/19 | | 2513 | .70 hrs. |
| 07/24/19 | | 2513 | 2.60 hrs. |
| 07/24/19 | | 6486 | .30 hrs. |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250072868
Page 7 of 9

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/25/19 | | 2797 | .60 hrs. |
| 07/25/19 | | 2513 | .90 hrs. |
| 07/25/19 | | 3506 | .20 hrs. |
| 07/25/19 | | 6486 | .50 hrs. |
| 07/26/19 | | 2513 | 1.60 hrs. |
| 07/26/19 | | 6486 | 1.70 hrs. |
| 07/29/19 | | 2797 | 1.00 hrs. |
| 07/29/19 | | 6486 | 1.60 hrs. |
| 07/30/19 | | 2800 | .10 hrs. |



# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

July 31, 2019
Invoice 250072868
Page 8 of 9

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/30/19 | | 6486 | 1.20 hrs. |
| 07/31/19 | | 6486 | 1.50 hrs. |



## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2797 | Jill M. Pietrini | 18.00 | $ 770.00 | $ 13,860.00 |
| 2950 | Michael R. Heimbold | 4.40 | $ 770.00 | $ 3,388.00 |
| 2800 | Paul A. Bost | .80 | $ 650.00 | $ 520.00 |
| 2513 | Ben Aigboboh | 23.90 | $ 650.00 | $ 15,535.00 |
| 3506 | Melissa M. Mikail | .20 | $ 450.00 | $ 90.00 |
| 3822 | MariKate H. Hulbutta | .60 | $ 195.00 | $ 117.00 |
| 6486 | Adalberto Huerta | 9.20 | $ 320.00 | $ 2,944.00 |
| 6722 | Lily Y. Chu | 1.00 | $ 225.00 | $ 225.00 |

| | | |
|---|---|---|
| Current Fees | | $ 36,679.00 |
| Fee Discount | | $ (3,667.90) |
| **Total Fees for Professional Services** | | **$ 33,011.10** |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                              July 31, 2019
Michael R. Heimbold                                                                  Invoice 250072868
                                                                                              Page 9 of 9

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/26/19 | First Legal Network  Invoice#10242286. Invoice Date: 07/31/2019 Order# 4065840. By: LaTrina Glenn  To: Barrack Ferrazzano Kirschbaum & Na., 200 W. Madison Street, Chicago, IL. | 309.25 |

**Total Disbursements**                                                                    **$ 309.25**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthaussstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
September 30, 2019
Invoice 250074094

Our Matter No.     36TA-297564
                   Breitling USA - Adv. Solid 21, Inc.
Billing Atty:      Michael R. Heimbold

Order No.: 309/60000042/5220320

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2019

| | | |
|---|---|---|
| Current Fees | $ 54,315.40 | |
| Current Disbursements | $ 188.33 | |
| Total Current Activity | | $ 54,503.73 |
| Fee Discount | | $ (5,431.54) |
| Total Due for This Invoice | | $ 49,072.19 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler                                         SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                                 September 30, 2019
Breitling SA                                                 Invoice 250074094
Schlachthaussstrasse 2
2540 Grenchen
Switzerland

Our Matter No.      36TA-297564
                    Breitling USA - Adv. Solid 21, Inc.
Billing Atty:       Michael R. Heimbold

Order No.: 309/60000042/5220320

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2019

| | | |
|---|---|---|
| Current Fees | $ 54,315.40 | |
| Current Disbursements | $  188.33 | |
| | | |
| Total Current Activity | | $ 54,503.73 |
| Fee Discount | | $ (5,431.54) |
| Total Due for This Invoice | | $ 49,072.19 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                     September 30, 2019
Michael R. Heimbold                                                  Invoice 250074094
                                                                     Page 2 of 13

FOR PROFESSIONAL SERVICES THROUGH 08/31/19

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 08/01/19 | | 2797 | 2.80 hrs. |
| 08/02/19 | | 2797 | .30 hrs. |
| 08/02/19 | | 6489 | 1.10 hrs. |
| 08/05/19 | | 2950 | .50 hrs. |
| 08/05/19 | | 2950 | .20 hrs. |
| 08/05/19 | | 2513 | .80 hrs. |
| 08/05/19 | | 6489 | 2.50 hrs. |
| 08/06/19 | | 2797 | .70 hrs. |



**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                September 30, 2019
Michael R. Heimbold                                                              Invoice 250074094
                                                                                 Page 3 of 13

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 08/06/19 | | 2797 | 2.60 hrs. |
| 08/06/19 | | 2513 | 1.10 hrs. |
| 08/06/19 | | 6489 | 2.20 hrs. |
| 08/07/19 | | 2797 | .50 hrs. |
| 08/07/19 | | 2797 | .40 hrs. |
| 08/07/19 | | 2513 | .90 hrs. |
| 08/07/19 | | 3506 | 1.40 hrs. |



Heimbold Declaration, Exhibit A                                                  Page 39 of 105



# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                          September 30, 2019
Michael R. Heimbold                                                       Invoice 250074094
                                                                          Page 4 of 13

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 08/07/19 | | 6489 | 2.30 hrs. |
| 08/08/19 | | 2797 | 1.20 hrs. |
| 08/08/19 | | 6489 | 3.30 hrs. |
| 08/09/19 | | 2797 | .20 hrs. |
| 08/09/19 | | 2797 | 1.60 hrs. |
| 08/09/19 | | 6489 | 2.70 hrs. |
| 08/12/19 | | 2797 | .70 hrs. |
| 08/12/19 | | 2950 | .70 hrs. |
| 08/13/19 | | 6489 | 2.30 hrs. |

Heimbold Declaration, Exhibit A

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                                September 30, 2019
Michael R. Heimbold                                                                                    Invoice 250074094
                                                                                                            Page 5 of 13

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|



| Date | Tkpr | Hours |
|------|------|-------|
| 08/15/19 | 2797 | .90 hrs. |
| 08/15/19 | 6489 | 1.30 hrs. |
| 08/16/19 | 2797 | .10 hrs. |
| 08/16/19 | 2797 | .10 hrs. |
| 08/16/19 | 3506 | 1.50 hrs. |
| 08/16/19 | 6489 | 1.70 hrs. |
| 08/18/19 | 2950 | .90 hrs. |
| 08/19/19 | 2797 | .20 hrs. |
| 08/19/19 | 2797 | .60 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                     September 30, 2019
Michael R. Heimbold                                                                        Invoice 250074094
                                                                                                Page 6 of 13

## **FEE DETAIL**

| <u>Date</u> | Description of Services | <u>Tkpr</u> | <u>Hours</u> |
|---|---|---|---|
| 08/19/19 | | 2797 | .50 hrs. |
| 08/19/19 | | 6489 | 2.00 hrs. |
| 08/20/19 | | 2797 | 1.40 hrs. |
| 08/20/19 | | 2797 | .20 hrs. |
| 08/20/19 | | 2513 | 1.60 hrs. |
| 08/21/19 | | 2797 | .30 hrs. |
| 08/21/19 | | 2797 | .20 hrs. |
| 08/21/19 | | 2513 | .60 hrs. |



**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

September 30, 2019
Invoice 250074094
Page 7 of 13

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 08/21/19 | | 2513 | 6.90 hrs. |
| 08/21/19 | | 3506 | 1.20 hrs. |
| 08/21/19 | | 6489 | 5.00 hrs. |
| 08/22/19 | | 2797 | .70 hrs. |
| 08/22/19 | | 2513 | .50 hrs. |
| 08/22/19 | | 6489 | 2.50 hrs. |
| 08/23/19 | | 2797 | .30 hrs. |
| 08/23/19 | | 2797 | .70 hrs. |



# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

September 30, 2019
Invoice 250074094
Page 8 of 13

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 08/23/19 | | 2950 | .40 hrs. |
| 08/23/19 | | 2513 | .20 hrs. |
| 08/23/19 | | 6489 | 4.70 hrs. |
| 08/24/19 | | 6489 | 3.20 hrs. |
| 08/26/19 | | 2797 | .40 hrs. |
| 08/26/19 | | 2950 | .20 hrs. |
| 08/26/19 | | 2513 | .30 hrs. |
| 08/26/19 | | 3506 | .60 hrs. |
| 08/27/19 | | 2797 | .60 hrs. |
| 08/27/19 | | 2797 | .20 hrs. |



# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                      September 30, 2019
Michael R. Heimbold                                                  Invoice 250074094
                                                                          Page 9 of 13

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 08/27/19 | | 2950 | .30 hrs. |
| 08/27/19 | | 2513 | 3.20 hrs. |
| 08/27/19 | | 6489 | 4.00 hrs. |
| 08/28/19 | | 2797 | 1.40 hrs. |
| 08/28/19 | | 2513 | .50 hrs. |
| 08/28/19 | | 6489 | 3.50 hrs. |
| 08/29/19 | | 2797 | .80 hrs. |
| 08/29/19 | | 3506 | .60 hrs. |



# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                              September 30, 2019
Michael R. Heimbold                                                                                 Invoice 250074094
                                                                                                          Page 10 of 13

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 08/29/19 | | 3506 | 1.30 hrs. |
| 08/29/19 | | 3506 | .50 hrs. |
| 08/29/19 | | 6489 | 2.67 hrs. |
| 08/30/19 | | 2797 | .50 hrs. |
| 08/30/19 | | 2797 | .20 hrs. |
| 08/30/19 | | 2797 | .70 hrs. |
| 08/30/19 | | 2950 | .60 hrs. |
| 08/30/19 | | 2513 | 5.70 hrs. |
| 08/30/19 | | 3506 | .50 hrs. |



**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    September 30, 2019
Michael R. Heimbold                                                                 Invoice 250074094
                                                                                    Page 11 of 13

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 08/30/19 |  | 6489 | 3.30 hrs. |
| 08/31/19 | | 6489 | 1.40 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2797 | Jill M. Pietrini | 22.00 | $ 770.00 | $ 16,940.00 |
| 2950 | Michael R. Heimbold | 3.80 | $ 770.00 | $ 2,926.00 |
| 2513 | Ben Aigboboh | 22.30 | $ 650.00 | $ 14,495.00 |
| 3506 | Melissa M. Mikail | 7.60 | $ 450.00 | $ 3,420.00 |
| 6489 | Monica E. Danner | 51.67 | $ 320.00 | $ 16,534.40 |

| | | |
|---|---|---|
| Current Fees | | $ 54,315.40 |
| Fee Discount | | $ (5,431.54) |
| **Total Fees for Professional Services** | | **$ 48,883.86** |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.             September 30, 2019
Michael R. Heimbold                            Invoice 250074094
                                         Page 12 of 13

### SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 05/13/19 | Federal Express on 05/13/19 | 67.80 |
| 06/10/19 | Federal Express on 06/10/19 | 15.25 |
| 06/11/19 | Federal Express on 06/11/19 | 16.25 |
| 06/12/19 | Federal Express on 06/12/19 | 15.25 |
| 06/13/19 | Federal Express on 06/13/19 | 15.94 |
| 06/13/19 | Federal Express on 06/13/19 | 16.25 |
| 06/14/19 | Federal Express on 06/14/19 | 16.94 |
| 06/21/19 | Federal Express on 06/21/19 | 24.65 |

**Total Disbursements**                                **$ 188.33**

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    September 30, 2019
Michael R. Heimbold                                                                            Invoice 250074094
                                                                                                         Page 13 of 13

## **ACCOUNTS RECEIVABLE SUMMARY**

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 04/30/19 | 250073620 | 8,546.40 | 8,546.40 | 0.00 | 0.00 | $ 8,546.40 |
| 05/31/19 | 250073621 | 25,211.25 | 25,211.25 | 0.00 | 0.00 | 25,211.25 |
| 06/30/19 | 250073623 | 40,041.00 | 40,041.00 | 0.00 | 0.00 | 40,041.00 |
| 07/31/19 | 250072868 | 33,320.35 | 33,011.10 | 309.25 | 0.00 | 33,320.35 |

|  |  |
|---|---|
| Total Outstanding Fees and Disbursements | $ 107,119.00 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 49,072.19 |
| **Total Due For This Matter** | **$ 156,191.19** |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*Please return this page with your payment.*

Ms. Patricia Wisler                                          SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                                      October 31, 2019
Breitling SA                                                    Invoice 250075088
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Our Matter No.       36TA-297564
                     Breitling USA - Adv. Solid 21, Inc.
Billing Atty:        Michael R. Heimbold

### __INVOICE SUMMARY__

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2019

| | | |
|---|---|---|
| Current Fees | $ 25,301.50 | |
| Current Disbursements | $ 241.71 | |
| | | |
| Total Current Activity | | $ 25,543.21 |
| Fee Discount | | $ (2,530.15) |
| Total Due for This Invoice | | $ 23,013.06 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler                                    SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                               October 31, 2019
Breitling SA                                              Invoice 250075088
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Our Matter No.      36TA-297564
                    Breitling USA - Adv. Solid 21, Inc.
Billing Atty:       Michael R. Heimbold

## <u>**INVOICE SUMMARY**</u>

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2019

| | | |
|---|---|---|
| Current Fees | $ 25,301.50 | |
| Current Disbursements | $ 241.71 | |
| | | |
| Total Current Activity | | $ 25,543.21 |
| Fee Discount | | $ (2,530.15) |
| Total Due for This Invoice | | $ 23,013.06 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                          October 31, 2019
Michael R. Heimbold                                                       Invoice 250075088
                                                                          Page 2 of 9

FOR PROFESSIONAL SERVICES THROUGH 09/30/19

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 09/01/19 | | 6722 | 1.90 hrs. |
| 09/02/19 | | 3506 | .40 hrs. |
| 09/02/19 | | 6722 | 2.80 hrs. |
| 09/03/19 | | 2800 | .10 hrs. |
| 09/03/19 | | 6489 | 1.80 hrs. |
| 09/04/19 | | 2797 | .90 hrs. |
| 09/04/19 | | 2800 | .10 hrs. |
| 09/04/19 | | 3506 | .70 hrs. |
| 09/04/19 | | 6722 | 1.90 hrs. |

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

October 31, 2019
Invoice 250075088
Page 3 of 9

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 09/04/19 | | 6489 | 2.90 hrs. |
| 09/05/19 | | 2950 | .60 hrs. |
| 09/05/19 | | 3506 | 3.00 hrs. |
| 09/05/19 | | 6722 | 1.70 hrs. |
| 09/05/19 | | 6489 | 2.40 hrs. |
| 09/06/19 | | 2950 | .50 hrs. |
| 09/06/19 | | 3506 | 1.70 hrs. |



# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

October 31, 2019
Invoice 250075088
Page 4 of 9

## **FEE DETAIL**



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 09/06/19 | | 6489 | 2.50 hrs. |
| 09/07/19 | | 6489 | .50 hrs. |
| 09/09/19 | | 2797 | .30 hrs. |
| 09/09/19 | | 2950 | .80 hrs. |
| 09/09/19 | | 2800 | .90 hrs. |
| 09/09/19 | | 3506 | 4.40 hrs. |
| 09/09/19 | | 6489 | 1.20 hrs. |
| 09/10/19 | | 2800 | 1.70 hrs. |
| 09/10/19 | | 3506 | 4.20 hrs. |
| 09/10/19 | | 6489 | .30 hrs. |
| 09/11/19 | | 2800 | .30 hrs. |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

October 31, 2019
Invoice 250075088
Page 5 of 9

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 09/12/19 | | 2797 | .30 hrs. |
| 09/12/19 | | 6489 | .70 hrs. |
| 09/13/19 | | 2950 | .80 hrs. |
| 09/13/19 | | 2800 | .70 hrs. |
| 09/15/19 | | 3506 | .10 hrs. |
| 09/16/19 | | 2950 | .30 hrs. |
| 09/18/19 | | 2800 | .20 hrs. |
| 09/19/19 | | 2797 | .20 hrs. |
| 09/19/19 | | 6489 | .20 hrs. |
| 09/20/19 | | 6489 | .80 hrs. |
| 09/21/19 | | 2800 | .10 hrs. |
| 09/22/19 | | 2800 | .10 hrs. |
| 09/22/19 | | 2800 | .20 hrs. |



# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

October 31, 2019
Invoice 250075088
Page 6 of 9

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 09/23/19 | | 2797 | .30 hrs. |
| 09/23/19 | | 2950 | .40 hrs. |
| 09/23/19 | | 2800 | .10 hrs. |
| 09/23/19 | | 6722 | .50 hrs. |
| 09/23/19 | | 6489 | .70 hrs. |
| 09/25/19 | | 2797 | .20 hrs. |
| 09/25/19 | | 6489 | .90 hrs. |
| 09/29/19 | | 2950 | .40 hrs. |
| 09/29/19 | | 2950 | .90 hrs. |
| 09/29/19 | | 3506 | .10 hrs. |
| 09/30/19 | | 2797 | 2.50 hrs. |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                      October 31, 2019
Michael R. Heimbold                                                                   Invoice 250075088
                                                                                      Page 7 of 9

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 09/30/19 |  | 2797 | .20 hrs. |
| 09/30/19 | | 2800 | .40 hrs. |
| 09/30/19 | | 3506 | 2.10 hrs. |

### SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2797 | Jill M. Pietrini | 4.90 | $ 832.04 | $ 4,077.00 |
| 2950 | Michael R. Heimbold | 4.70 | $ 770.00 | $ 3,619.00 |
| 2800 | Paul A. Bost | 4.90 | $ 682.14 | $ 3,342.50 |
| 3506 | Melissa M. Mikail | 16.70 | $ 450.00 | $ 7,515.00 |
| 6489 | Monica E. Danner | 14.90 | $ 320.00 | $ 4,768.00 |
| 6722 | Lily Y. Chu | 8.80 | $ 225.00 | $ 1,980.00 |

| | |
|---|---|
| Current Fees | $ 25,301.50 |
| Fee Discount | $ (2,530.15) |
| **Total Fees for Professional Services** | **$ 22,771.35** |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                          October 31, 2019
Michael R. Heimbold                                                                      Invoice 250075088
                                                                                          Page 8 of 9

## SUMMARY OF DISBURSEMENTS

06/12/19          First Legal Network  Invoice# 10230306  Invoice Date: 06/15/2019                241.71
                  Order# 4016840.  By: Brenda Smith.  To: USDC- Connecticut, 450
                  Main Street, Hartford, CT.

          **Total Disbursements**                                                      **$ 241.71**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                           October 31, 2019
Michael R. Heimbold                                                    Invoice 250075088
                                                                           Page 9 of 9

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 04/30/19 | 250073620 | 8,546.40 | 8,546.40 | 0.00 | 0.00 | $ 8,546.40 |
| 05/31/19 | 250073621 | 25,211.25 | 25,211.25 | 0.00 | 0.00 | 25,211.25 |
| 06/30/19 | 250073623 | 40,041.00 | 40,041.00 | 0.00 | 0.00 | 40,041.00 |
| 07/31/19 | 250072868 | 33,320.35 | 33,011.10 | 309.25 | 0.00 | 33,320.35 |

|  |  |
|---|---|
| Total Outstanding Fees and Disbursements | $ 107,119.00 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 23,013.06 |
| **Total Due For This Matter** | **$ 130,132.06** |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
*Please return this page with your payment.*

Ms. Patricia Wisler                              SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                       December 19, 2019
Breitling SA                                        Invoice 250078238
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Our Matter No.      36TA-297564
                    Breitling USA - Adv. Solid 21, Inc.
Billing Atty:       Michael R. Heimbold

Order Reference Number: 408/60000042/52210320
Litigation Defense Against Solid 21 (Red Gold Trademark Case)

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2019

Current Fees                              $ 6,000.00

Total Current Activity                               $ 6,000.00
Fee Discount                                         $  (600.00)
Total Due for This Invoice                           $ 5,400.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler                                    SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                            December 19, 2019
Breitling SA                                             Invoice 250078238
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Our Matter No.        36TA-297564
                      Breitling USA - Adv. Solid 21, Inc.
Billing Atty:         Michael R. Heimbold

Order Reference Number: 408/60000042/52210320
Litigation Defense Against Solid 21 (Red Gold Trademark Case)

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2019

Current Fees                                    $  6,000.00

Total Current Activity                                    $  6,000.00
Fee Discount                                             $  (600.00)
Total Due for This Invoice                                 $  5,400.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                    December 19, 2019
Michael R. Heimbold                                                 Invoice 250078238
                                                                    Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 11/30/19

## **FEE DETAIL**

| <u>Date</u> | <u>Description of Services</u> | <u>Tkpr</u> | <u>Hours</u> |
|---|---|---|---|
| 11/01/19 | | 6489 | .70 hrs. |
| 11/13/19 | | 2513 | .20 hrs. |
| 11/14/19 | | 2800 | .50 hrs. |
| 11/15/19 | | 3506 | .50 hrs. |
| 11/15/19 | | 6489 | 2.30 hrs. |
| 11/18/19 | | 2800 | .50 hrs. |
| 11/18/19 | | 3506 | .40 hrs. |
| 11/26/19 | | 2950 | 3.10 hrs. |
| 11/26/19 | | 2513 | .60 hrs. |
| 11/27/19 | | 2797 | 1.40 hrs. |



**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                      December 19, 2019
Michael R. Heimbold                                                                   Invoice 250078238
                                                                                      Page 3 of 4

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 2797 | Jill M. Pietrini | 1.40 | $ 770.00 | $ 1,078.00 |
| 2950 | Michael R. Heimbold | 3.10 | $ 770.00 | $ 2,387.00 |
| 2800 | Paul A. Bost | 1.00 | $ 650.00 | $ 650.00 |
| 2513 | Ben Aigboboh | .80 | $ 650.00 | $ 520.00 |
| 3506 | Melissa M. Mikail | .90 | $ 450.00 | $ 405.00 |
| 6489 | Monica E. Danner | 3.00 | $ 320.00 | $ 960.00 |

|  |  |
|---|---|
| Current Fees | $ 6,000.00 |
| Fee Discount | $ (600.00) |
| **Total Fees for Professional Services** | **$ 5,400.00** |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.  December 19, 2019
Michael R. Heimbold  Invoice 250078238
Page 4 of 4

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 04/30/19 | 250073620 | 8,546.40 | 8,546.40 | 0.00 | 0.00 | $ 8,546.40 |
| 05/31/19 | 250073621 | 25,211.25 | 25,211.25 | 0.00 | 0.00 | 25,211.25 |
| 06/30/19 | 250073623 | 40,041.00 | 40,041.00 | 0.00 | 0.00 | 40,041.00 |
| 07/31/19 | 250072868 | 33,320.35 | 33,011.10 | 309.25 | 0.00 | 33,320.35 |
| 09/30/19 | 250074094 | 49,072.19 | 48,883.86 | 188.33 | 0.00 | 49,072.19 |
| 10/31/19 | 250077981 | 22,597.71 | 22,356.00 | 241.71 | 0.00 | 22,597.71 |
| 11/30/19 | 250077238 | 36,158.40 | 35,906.40 | 252.00 | 0.00 | 36,158.40 |
| | | | Total Outstanding Fees and Disbursements | | | $ 214,947.30 |
| | | | Interest on Outstanding A/R | | | 5,420.15 |
| | | | Fees and Disbursements Due for this Invoice | | | 5,400.00 |
| | | | **Total Due For This Matter** | | | **$ 225,767.45** |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
January 29, 2020
Invoice 250079733

| | |
|---|---|
| Our Matter No. | 36TA-297564 |
| | Breitling USA - Adv. Solid 21, Inc. |
| Billing Atty: | Michael R. Heimbold |

Order Reference Number: 475/60000042/52210320

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2019

| | |
|---|---|
| Current Fees | $ 2,156.00 |
| Current Disbursements | $ 181.71 |
| | |
| Total Current Activity | $ 2,337.71 |
| Fee Discount | $ (215.60) |
| Total Due for This Invoice | $ 2,122.11 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler

SMRH Tax ID 95-1463164

patricia.wisler@breitling.com

January 29, 2020

Breitling SA

Invoice 250079733

Schlachthausstrasse 2

2540 Grenchen

Switzerland

Our Matter No.      36TA-297564
                    Breitling USA - Adv. Solid 21, Inc.
Billing Atty:       Michael R. Heimbold

Order Reference Number: 475/60000042/52210320

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2019

| | |
|---|---|
| Current Fees | $ 2,156.00 |
| Current Disbursements | $  181.71 |
| | |
| Total Current Activity | $ 2,337.71 |
| Fee Discount | $  (215.60) |
| Total Due for This Invoice | $ 2,122.11 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                       January 29, 2020
Michael R. Heimbold                                                                  Invoice 250079733
                                                                                        Page 2 of 3

## FOR PROFESSIONAL SERVICES THROUGH 12/31/19

### **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 12/04/19 | ████████████████████████ | 2950 | 1.90 hrs. |
| 12/06/19 | ████████████████████████ | 2950 | .80 hrs. |
| 12/29/19 | ████████████████████████ | 2797 | .10 hrs. |

### **SUMMARY OF TIMEKEEPER FEES**

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2797 | Jill M. Pietrini | .10 | $ 770.00 | $ 77.00 |
| 2950 | Michael R. Heimbold | 2.70 | $ 770.00 | $ 2,079.00 |

|  |  |
|--|--|
| Current Fees | $ 2,156.00 |
| Fee Discount | $ (215.60) |
| **Total Fees for Professional Services** | **$ 1,940.40** |

### **SUMMARY OF DISBURSEMENTS**

| 08/28/19 | M. Danner - 08/28/2019 - Chris Aire jewelry sample - Century City - M. Heimbold, J. Pietrini (Split) | 181.71 |
|----------|------|--------|

| **Total Disbursements** | **$ 181.71** |
|-------------------------|--------------|

---

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                   January 29, 2020
Michael R. Heimbold                                                           Invoice 250079733
                                                                                   Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 07/31/19 | 250072868 | 33,320.35 | 33,011.10 | 309.25 | -19,391.88 | $ 13,928.47 |
| 09/30/19 | 250074094 | 49,072.19 | 48,883.86 | 188.33 | 0.00 | 49,072.19 |
| 10/31/19 | 250077981 | 22,597.71 | 22,356.00 | 241.71 | 0.00 | 22,597.71 |
| 11/30/19 | 250077238 | 36,158.40 | 35,906.40 | 252.00 | 0.00 | 36,158.40 |
| 12/19/19 | 250078238 | 5,400.00 | 5,400.00 | 0.00 | 0.00 | 5,400.00 |

|  |  |
|---|---|
| Total Outstanding Fees and Disbursements | $ 127,156.77 |
| Interest on Outstanding A/R | 6,339.08 |
| Fees and Disbursements Due for this Invoice | 2,122.11 |
| **Total Due For This Matter** | **$ 135,617.96** |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Ms. Patricia Wisler                                   SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                          February 21, 2020
Breitling SA                                           Invoice 250084655
Schlachthausstrasse 2
2540 Grenchen
Switzerland


Our Matter No.      36TA-297564
                    Breitling USA - Adv. Solid 21, Inc.
Billing Atty:       Michael R. Heimbold

*THIS INVOICE REPLACES 250080552*

Order Reference Number: 476/60000042/52210320

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2020

| | |
|---|---:|
| Current Fees | $ 29,226.50 |
| Current Disbursements | $ 62.07 |
| | |
| Total Current Activity | $ 29,288.57 |
| Fee Discount | $ (2,922.65) |
| Total Due for This Invoice | $ 26,365.92 |

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
February 21, 2020
Invoice 250084655

| Our Matter No. | 36TA-297564 |
| | Breitling USA - Adv. Solid 21, Inc. |
| Billing Atty: | Michael R. Heimbold |

*THIS INVOICE REPLACES 250080552*

Order Reference Number: 476/60000042/52210320

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2020

| | |
|---|---|
| Current Fees | $ 29,226.50 |
| Current Disbursements | $ 62.07 |
| | |
| Total Current Activity | $ 29,288.57 |
| Fee Discount | $ (2,922.65) |
| Total Due for This Invoice | $ 26,365.92 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

February 21, 2020
Invoice 250084655
Page 2 of 8

FOR PROFESSIONAL SERVICES THROUGH 01/31/20

## **FEE DETAIL**



| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 01/02/20 | | 2797 | .10 hrs. |
| 01/02/20 | | 2513 | 2.40 hrs. |
| 01/06/20 | | 2797 | .80 hrs. |
| 01/06/20 | | 2513 | 1.80 hrs. |
| 01/07/20 | | 2797 | .70 hrs. |
| 01/07/20 | | 2513 | 6.10 hrs. |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                February 21, 2020
Michael R. Heimbold                                                             Invoice 250084655
                                                                                        Page 3 of 8

## **FEE DETAIL**



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 01/08/20 | | 2797 | .20 hrs. |
| 01/08/20 | | 2513 | .50 hrs. |
| 01/08/20 | | 6489 | .40 hrs. |
| 01/08/20 | | 6489 | .40 hrs. |
| 01/09/20 | | 2800 | .20 hrs. |
| 01/09/20 | | 2513 | 5.70 hrs. |
| 01/10/20 | | 2513 | 1.20 hrs. |
| 01/13/20 | | 2513 | 2.70 hrs. |
| 01/14/20 | | 2513 | .30 hrs. |
| 01/15/20 | | 2513 | .30 hrs. |
| 01/15/20 | | 3506 | .20 hrs. |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    February 21, 2020
Michael R. Heimbold                                                                    Invoice 250084655
                                                                                            Page 4 of 8

### **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 01/16/20 | | 2797 | .20 hrs. |
| 01/16/20 | | 2800 | .40 hrs. |
| 01/16/20 | | 2513 | .20 hrs. |
| 01/16/20 | | 3506 | .70 hrs. |
| 01/17/20 | | 2797 | .30 hrs. |
| 01/17/20 | | 2950 | .40 hrs. |
| 01/17/20 | | 2800 | .10 hrs. |
| 01/17/20 | | 2513 | .80 hrs. |
| 01/20/20 | | 2800 | .10 hrs. |
| 01/20/20 | | 8056 | .40 hrs. |
| 01/21/20 | | 2800 | .10 hrs. |
| 01/22/20 | | 8056 | 1.60 hrs. |



Heimbold Declaration, Exhibit A

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    February 21, 2020
Michael R. Heimbold                                                          Invoice 250084655
                                                                                    Page 5 of 8

## FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 01/23/20 | | 2800 | .60 hrs. |
| 01/24/20 | | 2800 | .40 hrs. |
| 01/24/20 | | 6489 | 4.50 hrs. |
| 01/24/20 | | 8056 | .20 hrs. |
| 01/27/20 | | 6489 | 5.50 hrs. |
| 01/27/20 | | 8056 | .40 hrs. |
| 01/28/20 | | 2950 | 1.50 hrs. |
| 01/28/20 | | 2800 | .40 hrs. |
| 01/28/20 | | 8056 | 3.60 hrs. |
| 01/29/20 | | 2797 | .40 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

February 21, 2020
Invoice 250084655
Page 6 of 8

### FEE DETAIL



| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 01/30/20 | | 2797 | 1.10 hrs. |
| 01/30/20 | | 2950 | 2.50 hrs. |
| 01/30/20 | | 8056 | .20 hrs. |
| 01/30/20 | | 8056 | .30 hrs. |
| 01/30/20 | | 8056 | 1.40 hrs. |
| 01/31/20 | | 2950 | .60 hrs. |

### SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2797 | Jill M. Pietrini | 3.80 | $ 770.00 | $ 2,926.00 |
| 2950 | Michael R. Heimbold | 5.00 | $ 770.00 | $ 3,850.00 |
| 2800 | Paul A. Bost | 2.30 | $ 650.00 | $ 1,495.00 |
| 2513 | Ben Aigboboh | 22.00 | $ 650.00 | $ 14,300.00 |
| 3506 | Melissa M. Mikail | .90 | $ 450.00 | $ 405.00 |
| 6489 | Monica E. Danner | 10.80 | $ 320.00 | $ 3,456.00 |
| 8056 | Michael Munroe | 8.10 | $ 345.00 | $ 2,794.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    February 21, 2020
Michael R. Heimbold                                                                  Invoice 250084655
                                                                                     Page 7 of 8

| | | |
|---|---|---|
| Current Fees | | $ 29,226.50 |
| Fee Discount | | $ (2,922.65) |
| **Total Fees for Professional Services** | | **$ 26,303.85** |

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/20/19 | M. Heimbold - 08/20/2019 - Purchase of evidence for use at trial (1/3 of cost) - IHS Markit | 22.67 |
| 11/20/19 | E-Discovery Monthly Data Hosting Fees, 3.94 Gigabytes. | 39.40 |
| | **Total Disbursements** | **$  62.07** |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                                February 21, 2020
Michael R. Heimbold                                                                             Invoice 250084655
                                                                                                      Page 8 of 8

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 12/19/19 | 250078238 | 5,400.00 | 5,400.00 | 0.00 | 0.00 | $ 5,400.00 |
| 01/29/20 | 250079733 | 2,122.11 | 1,940.40 | 181.71 | 0.00 | 2,122.11 |
| | | | Total Outstanding Fees and Disbursements | | | $ 7,522.11 |
| | | | Interest on Outstanding A/R | | | 2,460.53 |
| | | | Fees and Disbursements Due for this Invoice | | | 26,365.92 |
| | | | **Total Due For This Matter** | | | **$ 36,348.56** |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

___

**_Remittance Copy_**
*Please return this page with your payment.*

Ms. Patricia Wisler                                          SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                                           April 8, 2020
Breitling SA                                                   Invoice 250084653
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Our Matter No.      36TA-297564
                    Breitling USA - Adv. Solid 21, Inc.
Billing Atty:       Michael R. Heimbold

*THIS INVOICE REPLACES 250083195*

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2020

| | | |
|---|---|---|
| Current Fees | $ 3,434.50 | |
| Current Disbursements | $ 543.63 | |
| | | |
| Total Current Activity | | $ 3,978.13 |
| Fee Discount | | $ (343.45) |
| Total Due for This Invoice | | $ 3,634.68 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler                                      SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                                    April 8, 2020
Breitling SA                                               Invoice 250084653
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Our Matter No.        36TA-297564
                      Breitling USA - Adv. Solid 21, Inc.
Billing Atty:         Michael R. Heimbold

*THIS INVOICE REPLACES 250083195*

<u>**INVOICE SUMMARY**</u>

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2020

| | |
|---|---|
| Current Fees | $ 3,434.50 |
| Current Disbursements | $ 543.63 |
| | |
| Total Current Activity | $ 3,978.13 |
| Fee Discount | $ (343.45) |
| Total Due for This Invoice | $ 3,634.68 |

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    April 8, 2020
Michael R. Heimbold                                                        Invoice 250084653
                                                                              Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 03/31/20

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 03/02/20 | | 1487 | 5.50 hrs. |
| 03/03/20 | | 1487 | 1.00 hrs. |
| 03/04/20 | | 1487 | .40 hrs. |
| 03/04/20 | | 8056 | .30 hrs. |
| 03/05/20 | | 1487 | 1.50 hrs. |
| 03/16/20 | | 2800 | .20 hrs. |
| 03/20/20 | | 2800 | .10 hrs. |
| 03/31/20 | | 2950 | .80 hrs. |



## **SUMMARY OF TIMEKEEPER FEES**

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2950 | Michael R. Heimbold | .80 | $ 770.00 | $ 616.00 |
| 2800 | Paul A. Bost | .30 | $ 650.00 | $ 195.00 |
| 1487 | Ryan Hudson | 8.40 | $ 300.00 | $ 2,520.00 |
| 8056 | Michael Munroe | .30 | $ 345.00 | $ 103.50 |

| | | |
|---|---|---|
| Current Fees | | $ 3,434.50 |
| Fee Discount | | $ (343.45) |
| **Total Fees for Professional Services** | | **$ 3,091.05** |

---

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    April 8, 2020
Michael R. Heimbold                                                       Invoice 250084653
                                                                              Page 3 of 3

<u>**SUMMARY OF DISBURSEMENTS**</u>

| | | |
|---|---|---|
| 01/23/20 | J. Pietrini - 01/23/2020 - 02/22/2020 - International phone charge for conference call with client - Los Angeles | 77.06 |
| 01/20/20 | E-Discovery Monthly Data Hosting Fees, 46.66 Gigabytes. | 466.57 |
| | **Total Disbursements** | **$ 543.63** |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Ms. Patricia Wisler                                 SMRH Tax ID 95-1463164
patricia.wisler@breitling.com                              May 15, 2020
Breitling SA                                       Invoice 250085326
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Our Matter No.      36TA-297564
                    Breitling USA - Adv. Solid 21, Inc.
Billing Atty:       Michael R. Heimbold

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2020

| | |
|---|---|
| Current Fees | $ 2,492.00 |
| Current Disbursements | $ 466.57 |
| Total Current Activity | $ 2,958.57 |
| Fee Discount | $ (249.20) |
| Total Due for This Invoice | $ 2,709.37 |

Payment Terms:  Balance due upon receipt of this statement.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
May 15, 2020
Invoice 250085326

| Our Matter No. | 36TA-297564 |
| --- | --- |
| | Breitling USA - Adv. Solid 21, Inc. |
| Billing Atty: | Michael R. Heimbold |

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2020

| | | |
| --- | --- | --- |
| Current Fees | $ 2,492.00 | |
| Current Disbursements | $ 466.57 | |
| | | |
| Total Current Activity | | $ 2,958.57 |
| Fee Discount | | $ (249.20) |
| Total Due for This Invoice | | $ 2,709.37 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.
Michael R. Heimbold

May 15, 2020
Invoice 250085326
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 04/30/20

### **FEE DETAIL**

| <u>Date</u> | <u>Description of Services</u> | <u>Tkpr</u> | <u>Hours</u> |
|---|---|---|---|
| 04/02/20 | | 2950 | .70 hrs. |
| 04/06/20 | | 8056 | .50 hrs. |
| 04/07/20 | | 8056 | 1.50 hrs. |
| 04/16/20 | | 2797 | .30 hrs. |
| 04/16/20 | | 3107 | 1.60 hrs. |



### **SUMMARY OF TIMEKEEPER FEES**

| <u>Tkpr Code</u> | <u>Timekeeper Name</u> | <u>Hours</u> | <u>Avg. Rate/Hr</u> | <u>Dollars</u> |
|---|---|---|---|---|
| 2797 | Jill M. Pietrini | .30 | $ 770.00 | $ 231.00 |
| 2950 | Michael R. Heimbold | .70 | $ 770.00 | $ 539.00 |
| 3107 | Jordan E. Grushkin | 1.60 | $ 645.00 | $ 1,032.00 |
| 8056 | Michael Munroe | 2.00 | $ 345.00 | $ 690.00 |

| | |
|---|---|
| Current Fees | $ 2,492.00 |
| Fee Discount | $ (249.20) |
| **Total Fees for Professional Services** | **$ 2,242.80** |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                    May 15, 2020
Michael R. Heimbold                                          Invoice 250085326
                                                                  Page 3 of 4

## SUMMARY OF DISBURSEMENTS

02/20/20        E-Discovery Monthly Data Hosting Fees, 46.66 Gigabytes.        466.57


**Total Disbursements**                                        **$  466.57**

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                          May 15, 2020
Michael R. Heimbold                                                  Invoice 250085326
                                                                         Page 4 of 4

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 12/19/19 | 250078238 | 5,400.00 | 5,400.00 | 0.00 | 0.00 | $ 5,400.00 |
| 01/29/20 | 250079733 | 2,122.11 | 1,940.40 | 181.71 | 0.00 | 2,122.11 |
| 02/21/20 | 250084655 | 26,365.92 | 26,303.85 | 62.07 | 0.00 | 26,365.92 |
| 03/31/20 | 250084654 | 3,849.30 | 3,849.30 | 0.00 | 0.00 | 3,849.30 |
| 04/08/20 | 250084653 | 3,634.68 | 3,091.05 | 543.63 | 0.00 | 3,634.68 |
| | | | Total Outstanding Fees and Disbursements | | | $ 41,372.01 |
| | | | Interest on Outstanding A/R | | | 2,522.35 |
| | | | Fees and Disbursements Due for this Invoice | | | 2,709.37 |
| | | | **Total Due For This Matter** | | | **$ 46,603.73** |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

**_Remittance Copy_**
**_Please return this page with your payment._**

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
June 16, 2020
Invoice 250087108

Our Matter No.    36TA-297564
                          Breitling USA - Adv. Solid 21, Inc.
Billing Atty:      Michael R. Heimbold

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2020

| | |
|---|---:|
| Current Fees | $ 1,427.00 |
| Current Disbursements | $ 466.57 |
| Total Current Activity | $ 1,893.57 |
| Fee Discount | $ (142.70) |
| Total Due for This Invoice | $ 1,750.87 |

---

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>    Account No.: | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St    Wire ABA No.: | | 3440 Flair Drive |
| San Francisco, CA 94104-1298  Swift Identifier: | | El Monte, CA 91731-2823 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Ms. Patricia Wisler
patricia.wisler@breitling.com
Breitling SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

SMRH Tax ID 95-1463164
June 16, 2020
Invoice 250087108

| Our Matter No. | 36TA-297564 |
| --- | --- |
| | Breitling USA - Adv. Solid 21, Inc. |
| Billing Atty: | Michael R. Heimbold |

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2020

| | | |
| --- | --- | --- |
| Current Fees | $ 1,427.00 | |
| Current Disbursements | $ 466.57 | |
| | | |
| Total Current Activity | | $ 1,893.57 |
| Fee Discount | | $ (142.70) |
| Total Due for This Invoice | | $ 1,750.87 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
| --- | --- | --- |
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:   Account No.: | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA   ACH ABA No.: | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St   Wire ABA No.: | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: | | El Monte, CA 91731-2823 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                    June 16, 2020
Michael R. Heimbold                                                         Invoice 250087108
                                                                                    Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 05/31/20

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 05/04/20 | | 2950 | .80 hrs. |
| 05/06/20 | | 2950 | .80 hrs. |
| 05/13/20 | | 2800 | .30 hrs. |



## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 2950 | Michael R. Heimbold | 1.60 | $ 770.00 | $ 1,232.00 |
| 2800 | Paul A. Bost | .30 | $ 650.00 | $ 195.00 |

| | |
|---|---|
| Current Fees | $ 1,427.00 |
| Fee Discount | $ (142.70) |
| **Total Fees for Professional Services** | **$ 1,284.30** |

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 03/20/20 | E-Discovery Monthly Data Hosting Fees, 46.66 Gigabytes. | 466.57 |

| | |
|---|---|
| **Total Disbursements** | **$ 466.57** |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

36TA-297564  Breitling USA - Adv. Solid 21, Inc.                                         June 16, 2020
Michael R. Heimbold                                                                      Invoice 250087108
                                                                                         Page 3 of 3

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 05/15/20 | 250085326 | 2,709.37 | 2,242.80 | 466.57 | -1,690.57 | $ 1,018.80 |
| | | | | Total Outstanding Fees and Disbursements | | $ 1,018.80 |
| | | | | Interest on Outstanding A/R | | 3,381.20 |
| | | | | Fees and Disbursements Due for this Invoice | | 1,750.87 |
| | | | | **Total Due For This Matter** | | **$ 6,150.87** |

# Updike, Kelly & Spellacy, P.C. _____   Counselors at Law _____

100 Pearl Street, P.O. Box 231277
Hartford, Connecticut 06123-1277
Telephone (860) 548-2600
Facsimile (860) 548-2680
TIN: 06-0859435

BREITLING U.S.A. INC.
206 Danbury Road
Hangar 7
Wilton, CT 06897

July 17, 2019
Invoice Number 305958
Payment Terms Net 30

11315     BREITLING U.S.A. INC.
 00001       Solid 21, Inc.


For Professional Services Rendered through June 30, 2019

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/04/19 | | RSO | 0.90 | 441.00 |
| 06/04/19 | | ABM | 0.30 | 99.00 |
| 06/05/19 | | RSO | 2.00 | 980.00 |
| 06/06/19 | | RSO | 0.40 | 196.00 |
| 06/07/19 | | ABM | 0.20 | 66.00 |
| 06/10/19 | | RSO | 0.50 | 245.00 |
| 06/10/19 | | ABM | 0.30 | 99.00 |

Updike, Kelly & Spellacy, P.C.

As of 30 June 2019
Invoice Number   305958
Page #      2

11315    BREITLING U.S.A. INC.
 00001    Solid 21, Inc.

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/11/19 | ███████████ | ABM | 0.40 | 132.00 |
| 06/12/19 | ███████████ | ABM | 0.20 | 66.00 |
| 06/13/19 | ███████████ | ABM | 0.10 | 33.00 |
| 06/30/19 | ███████████ | RSO | 1.20 | 588.00 |

Total Services . . . . . . . .Hours         6.50       2,945.00

Total Services and Disbursements . . . . . . . . . .       2,945.00

**Amount Due This Invoice. . . . . . . . . . . . .       2,945.00**

Updike, Kelly & Spellacy, P.C.

11315   BREITLING U.S.A. INC.                          Page #      3
00001    Solid 21, Inc.

```
          Attorney
     No    Init       Hours         Value

     219   RSO         5.00      2,450.00
     409   ABM         1.50        495.00
                      -------    ----------
                       6.50      2,945.00
```



August 26, 2019

| | |
|---|---|
| BREITLING SA | Invoice Number:  307134 |
| Schlachthausstrasse 2 | Client Number:  011315 |
| 2540 Grenchen | Matter Number:  000001 |
| Switzerland | Billing Attorney:  RSO |

---

# INVOICE SUMMARY

For professional services rendered through July 31, 2019:

**Re: BREITLING SA**
    **Solid 21, Inc.**

| | |
|---|---|
| Professional Services | $ 3,763.00 |
| Disbursements Advanced | $ 226.20 |
| **TOTAL THIS INVOICE** | **$ 3,989.20** |
| Previous Balance | $ 2,945.00 |
| **TOTAL BALANCE DUE** | **$ 6,934.20** |

**PAYMENT TERMS NET 30**

**TIN: 06-0859435**

Heimbold Declaration, Exhibit A

**Updike, Kelly & Spellacy, P.C.**
100 Pearl Street ■ PO Box 231277 ■ Hartford, CT 06123 (t) 860.548.2600 (f) 860.548.2680 www.uks.com

Page 94 of 105

Updike, Kelly & Spellacy, P.C.

Client Number: 011315
Matter Number: 000001

August 26, 2019
Invoice Number: 307134

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/01/19 | RSO | ███████████████ | 1.50 | 735.00 |
| 7/16/19 | RSO | ███████████████ | 1.50 | 735.00 |
| 7/18/19 | RSO | ███████████████ | 1.90 | 931.00 |
| 7/18/19 | ABM | ███████████████ | .40 | 132.00 |
| 7/19/19 | RSO | ███████████████ | 1.50 | 735.00 |
| 7/19/19 | ABM | ███████████████ | 1.00 | 330.00 |
| 7/22/19 | ABM | ███████████████ | .40 | 132.00 |
| 7/23/19 | ABM | ███████████████ | .10 | 33.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 3,763.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Tkpr | Hours | Total |
|------------|------|-------|-------|
| Richard S. Order | RSO | 6.40 | 3,136.00 |
| Adam B. Marks | ABM | 1.90 | 627.00 |
| **TOTALS** | | **8.30** | **$ 3,763.00** |

## DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 6/07/19 | Filing/Recording Fee - - VENDOR: Deneen Seifel CT Court Filing Fee (2) | 150.00 |
| 6/11/19 | Filing/Recording Fee | 75.00 |
| 6/12/19 | Pacer Charges | 1.20 |
| | **TOTAL DISBURSEMENTS ADVANCED** | **$ 226.20** |
| | **TOTAL THIS INVOICE** | **$ 3,989.20** |

Updike, Kelly & Spellacy, P.C.

Client Number: 011315                                      August 26, 2019
Matter Number: 000001                            Invoice Number: 307134

**OUTSTANDING INVOICES THIS MATTER**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 305958 | 7/17/19 | 2,945.00 | .00 | 2,945.00 |

|  |  |
|---|---|
| Previous Balance | $ 2,945.00 |
| Balance Due This Invoice | $ 3,989.20 |
| **TOTAL BALANCE DUE** | **$ 6,934.20** |



August 26, 2019

BREITLING SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

| | |
|---|---|
| Invoice Number: | 307134 |
| Client Number: | 011315 |
| Matter Number: | 000001 |
| Billing Attorney: | RSO |

## REMITTANCE ADVICE
### PLEASE RETURN THIS ADVICE WITH PAYMENT

**Re:  BREITLING SA**
     **Solid 21, Inc.**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,989.20** |
| Previous Balance | $ 2,945.00 |
| **TOTAL BALANCE DUE** | **$ 6,934.20** |

**All checks should be made payable to:**          **Updike, Kelly & Spellacy, P.C.**
                                         ATTN: Accounts Receivable
                                         100 Pearl Street, P.O. Box 231277
                                         Hartford, Connecticut 06123-1277

To pay your bill via credit card, wire or ACH please contact our accounting department at
accounting@uks.com.

Please reference invoice number(s) on all payments.

### PAYMENT TERMS NET 30 DAYS

### TIN: 06-0859435

*Thank you for entrusting us to provide you with legal services. We look forward to serving you in the future.*



September 16, 2019

BREITLING SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

| | |
|---|---|
| Invoice Number: | 310462 |
| Client Number: | 011315 |
| Matter Number: | 000001 |
| Billing Attorney: | RSO |

---

## INVOICE SUMMARY

For professional services rendered through August 31, 2019:

**Re: BREITLING SA**
**Solid 21, Inc.**

| | |
|---|---|
| Professional Services | $ 931.00 |
| Disbursements Advanced | $ 75.00 |
| **TOTAL THIS INVOICE** | **$ 1,006.00** |
| Previous Balance | $ 6,934.20 |
| **TOTAL BALANCE DUE** | **$ 7,940.20** |

### PAYMENT TERMS NET 60

### TIN: 06-0859435

Updike, Kelly & Spellacy, P.C.

Client Number: 011315
Matter Number: 000001

September 16, 2019
Invoice Number: 310462

**PROFESSIONAL SERVICES RENDERED**



| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/06/19 | RSO | | 1.20 | 588.00 |
| 8/07/19 | RSO | | .40 | 196.00 |
| 8/27/19 | RSO | | .30 | 147.00 |

|  | | **TOTAL PROFESSIONAL SERVICES** | | **$ 931.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Tkpr | Hours | Total |
|------------|------|-------|-------|
| Richard S. Order | RSO | 1.90 | 931.00 |
| **TOTALS** | | **1.90** | **$ 931.00** |

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|------|-------------|--------|
| 7/24/19 | Filing/Recording Fee | 75.00 |

|  | **TOTAL DISBURSEMENTS ADVANCED** | **$ 75.00** |

|  | **TOTAL THIS INVOICE** | **$ 1,006.00** |

Updike, Kelly & Spellacy, P.C.

Client Number: 011315

September 16, 2019

Matter Number: 000001

Invoice Number: 310462

**OUTSTANDING INVOICES THIS MATTER**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 305958 | 7/17/19 | 2,945.00 | .00 | 2,945.00 |
| 307134 | 8/26/19 | 3,989.20 | .00 | 3,989.20 |

| | |
|---|---|
| Previous Balance | $ 6,934.20 |
| Balance Due This Invoice | $ 1,006.00 |
| **TOTAL BALANCE DUE** | **$ 7,940.20** |



September 16, 2019

BREITLING SA
Schlachthausstrasse 2
2540 Grenchen
Switzerland

Invoice Number:   310462
Client Number:    011315
Matter Number:    000001
Billing Attorney:  RSO

---

# REMITTANCE ADVICE
## PLEASE RETURN THIS ADVICE WITH PAYMENT

**Re:  BREITLING SA
      Solid 21, Inc.**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 1,006.00** |
| Previous Balance | $ 6,934.20 |
| **TOTAL BALANCE DUE** | **$ 7,940.20** |

**All checks should be made payable to:**   **Updike, Kelly & Spellacy, P.C.**
ATTN: Accounts Receivable
100 Pearl Street, P.O. Box 231277
Hartford, Connecticut 06123-1277

To pay your bill via credit card, wire or ACH please contact our accounting department at
accounting@uks.com.

Please reference invoice number(s) on all payments.

## PAYMENT TERMS NET 60 DAYS

### TIN: 06-0859435

*Thank you for entrusting us to provide you with legal services. We look forward to serving you in the future.*



February 19, 2020

BREITLING SA
Leon Breitling-Strasse 2
2540 Grenchen
Switzerland

Invoice Number:     318869
Client Number:      011315
Matter Number:      000001
Billing Attorney:       RSO

---

## INVOICE SUMMARY

For professional services rendered through January 31, 2020:

**Re:   BREITLING SA**
     **Solid 21, Inc.**

| | |
|---|---|
| Professional Services | $ 148.50 |
| Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 148.50** |
| Previous Balance | $ 2,797.00 |
| **TOTAL BALANCE DUE** | **$ 2,945.50** |

**PAYMENT TERMS NET 30**

**TIN: 06-0859435**

Heimbold Declaration, Exhibit A

**Updike, Kelly & Spellacy, P.C.**
100 Pearl Street ▪ PO Box 231277 ▪ Hartford, CT 06123 **(t)** 860.548.2600 **(f)** 860.548.2680 **www.uks.com**

Page 102 of 105

Updike, Kelly & Spellacy, P.C.

Client Number: 011315                                         February 19, 2020
Matter Number: 000001                              Invoice Number: 318869

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/07/20 | RSO | ███████████████ | .30 | 148.50 |

**TOTAL PROFESSIONAL SERVICES**                  **$ 148.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Tkpr | Hours | Total |
|------------|------|-------|-------|
| Richard S. Order | RSO | .30 | 148.50 |
| **TOTALS** | | **.30** | **$ 148.50** |

**TOTAL THIS INVOICE**                           **$ 148.50**

Updike, Kelly & Spellacy, P.C.

Client Number: 011315                                                 February 19, 2020
Matter Number: 000001                                      Invoice Number: 318869

**OUTSTANDING INVOICES THIS MATTER**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 307134 | 8/26/19 | 3,989.20 | 2,198.20 | 1,791.00 |
| 310462 | 9/16/19 | 1,006.00 | .00 | 1,006.00 |

|  |  |
|---|---|
| Previous Balance | $ 2,797.00 |
| Balance Due This Invoice | $ 148.50 |
| **TOTAL BALANCE DUE** | **$ 2,945.50** |



February 19, 2020

BREITLING SA
Leon Breitling-Strasse 2
2540 Grenchen
Switzerland

| | |
|---|---|
| Invoice Number: | 318869 |
| Client Number: | 011315 |
| Matter Number: | 000001 |
| Billing Attorney: | RSO |

## REMITTANCE ADVICE
### PLEASE RETURN THIS ADVICE WITH PAYMENT

**Re:  BREITLING SA**
**Solid 21, Inc.**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 148.50** |
| Previous Balance | $ 2,797.00 |
| **TOTAL BALANCE DUE** | **$ 2,945.50** |

**All checks should be made payable to:**     **Updike, Kelly & Spellacy, P.C.**
ATTN: Accounts Receivable
100 Pearl Street, P.O. Box 231277
Hartford, Connecticut 06123-1277

To pay your bill via credit card, wire or ACH please contact our accounting department at accounting@uks.com.

Please reference invoice number(s) on all payments.

### PAYMENT TERMS NET 30 DAYS

### TIN: 06-0859435

*Thank you for entrusting us to provide you with legal services. We look forward to serving you in the future.*