IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOLID 21, INC., | : | |
| Plaintiff, | : | C.A. NO. 3:19-CV-00514-MPS |
| v. | : | |
| BREITLING U.S.A., INC.; BREITLING SA; AND BREITLING AG, | : | February 10, 2022 |
| Defendants. | : | |

**DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS BREITLING U.S.A., INC. AND BREITLING SA'S (A/K/A BREITLING AG) MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Craig J. Mariam, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney and partner with the law firm Gordon Rees Scully Mansukhani, LLP, counsel for defendants and counterclaimants Breitling U.S.A., Inc., Breitling SA (a/k/a Breitling AG) (collectively, "Defendants" or "Breitling") in the above-captioned case.

2. I am over the age of eighteen and make this declaration based on personal knowledge, except those matters stated on information and belief, and, as to those matters, I believe them to be true. If called as a witness, I could and would competently testify to the same. Any report, compilation, or document relied upon me in this declaration was created, made and maintained in the regular course of business, at or near the time of the act, condition or event so referenced.

3. I submit this declaration in support of Defendants' Motion for Attorneys' Fees and Costs.

4. Gordon Rees Scully Mansukhani, LLP substituted in place of Sheppard Mullin Richter & Hampton LLP as counsel for Breitling on or around March 3, 2020. This case entailed

a significant amount of work over nearly two years—including cross-motions for summary judgment (and oppositions and replies thereto); two motions for reconsideration; disputes over whether attorneys should be allowed to withdraw, sanctions, and discovery; over 500,000 pages of documents produced; and fifteen depositions. In my opinion, the case was managed efficiently and economically, and the case was leanly staffed by attorneys with experience in intellectual property litigation. There was little to no duplication of efforts. I reviewed the invoices at issue in the normal course of my practice, and reduced or excluded duplicative, unproductive, or excessive hours prior to sending them to the client. To date, the client has paid $1,154,050.95 against $1,202,359.63 billed. My firm billed a total of 4,580 hours, and have 96.30 unbilled, that will be invoiced shortly. The hourly rates in this case—$235-$245 for associates and $290-$325 for partners—are reduced rates based on an agreement with our clients in this matter only, and are reasonable and actually significantly below rates approved by courts in recent years, and well below rates I would normally invoice on matters such as this one.

5. Attached hereto as **Exhibit A** are true and correct, redacted copies of the invoices to date in this matter. The invoices have been redacted to preserve privilege and confidential information, but my firm will submit un-redacted invoices to the Court for *in camera* review if requested. Below is a table summarizing the fees billed and invoice totals (which include payments for costs) paid to date:

| Invoice No. | Invoice Date | Fees | Amounts Paid |
|---|---|---|---|
| 20763084 | 3/16/2020 | $10,315.00 | ($10,315.00) |
| 20778627 | 4/21/2020 | $79,578.50 | ($81,314.00) |
| 20794874 | 5/28/2020 | $108,864.50 | ($105,427.00) |
| 20802923 | 6/18/2020 | $64,706.00 | ($64,612.00) |
| 20826590 | 8/19/2020 | $47,306.00 | ($47,381.00) |
| 20842062 | 9/22/2020 | $38,806.50 | ($38,454.00) |
| 20854624 | 10/19/2020 | $27,412.50 | ($30,462.59) |
| 20884787 | 12/21/2020 | $44,115.50 | ($49,607.45) |
| 20884848 | 12/21/2020 | $37,718.00 | ($37,608.00) |

| | | | |
|---|---|---|---|
| 20897636 | 1/27/2021 | $55,538.00 | ($56,221.50) |
| 20920585 | 3/18/2021 | $78,074.50 | ($77,487.50) |
| 20939504 | 4/29/2021 | $93,023.00 | ($94,714.40) |
| 20952332 | 5/26/2021 | $87,698.00 | ($89,892.13) |
| 20963551 | 6/22/2021 | $70,044.50 | ($71,410.58) |
| 20979666 | 7/26/2021 | $166,081.50 | ($165,198.85) |
| 20991553 | 8/18/2021 | $104,220.50 | ($100,248.50) |
| 21008889 | 9/28/2021 | $808.00 | ($380.00) |
| 21008923 | 9/28/2021 | $2,028.95 | ($2,028.95) |
| 21023327 | 10/27/2021 | $9,426.00 | ($9,989.00) |
| 21033609 | 11/17/2021 | $22,029.50 | ($21,269.50) |
| 21052048 | 12/21/2021 | $29.00 | ($29.00) |
| 21059652 | 1/14/2022 | $33,092.00 | $0.00 |
| | Total | $1,180,915.95 | ($1,154,050.95) |

6. In addition to the above invoices, a total of $31,644.50 in fees has been incurred but not yet billed.

7. Attached hereto as **Exhibit B** is a composite exhibit of the invoices for the costs listed and summarized in the table below. These costs total $39,314.68. Below is a table summarizing the costs:

| Invoice Exhibit No. | Description | Total |
|---|---|---|
| B1 | Court Reporter Appearance Fees | $395.00 |
| B2 | Copy Services | $365.55 |
| B3 | Deposition Transcripts:<br>Christopher Aire (Plaintiff's principal and corporate designee; deposed two days);<br>Duvall O'Steen (Plaintiff's industry expert);<br>Eugene Ericksen (Plaintiff's survey expert);<br>Timothy Sayler (Defendant Breitling SA's chief marketing officer and corporate designee);<br>David Neal (Defendants' genericness survey expert);<br>Lionel Hofstetter (Defendant Breitling SA's head of product and brand management and corporate designee);<br>Gary Smith (Defendants' industry and metallurgical expert);<br>Gian Reto Castagna (Defendant Breitling SA's head of accounting and corporate designee);<br>Thierry Prissert (Defendant Breitling USA, Inc.'s CEO and corporate designee); | $29,013.95 |

| Invoice Exhibit No. | Description | Total |
|---|---|---|
|  | Barrington Henderson (third party witness) Jennifer Vanderhardt (Plaintiff's damages expert); Mark Keegan (Defendants' confusion survey expert); Sean Hathorn (Defendant Breitling USA, Inc.'s former director of finance and administration); Patrick Kennedy (Defendants' rebuttal damages expert); Edward Finnegan (Plaintiff's replacement linguistics expert). |  |
| B4 | Filing Fees | $225.00 |
| B5 | Process Server (Third Party Subpoenas) | $9,051.50 |
| B6 | Subpoena Fees | $45.00 |
| B7 | Transcripts of Court Hearings | $218.68 |
|  | **Total:** | $39,314.68 |

8. The "Court Reporter Appearance Fees" listed in first row in the costs table above was for the deposition of Plaintiff's expert, Dr. Ronald Butters, whose deposition had to be canceled due to his illness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 10, 2022.

                                              */s/ Craig J. Mariam*
                                              Craig J. Mariam

## CERTIFICATION OF SERVICE

I hereby certify that on February 10, 2022, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

                                             */s/ Craig J. Mariam*
                                             Craig J. Mariam