UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOLID 21, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BREITLING U.S.A., INC.; BREITLING SA; AND BREITLING AG,<br><br>  Defendants. | Civil Action No. 3:19-cv-00514-MPS |

## **PLAINTIFF SOLID 21, INC.'S NOTICE OF APPEAL**

Notice is given that Plaintiff Solid 21, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the district court entered in this action on January 27, 2022 ("Judgment") (ECF No. 219); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based.

Dated: February 23, 2022

                                                 /s/ *David L. Hecht*
                                                David L. Hecht (*pro hac vice*)
                                                Conor McDonough (*pro hac vice*)
                                                Yi Wen Wu (*pro hac vice*)
                                                Hecht Partners LLP
                                                125 Park Avenue, 25th Floor
                                                New York, NY 10017
                                                P: (212) 851-6821
                                                dhecht@hechtpartners.com
                                                cmcdonough@hechtpartners.com
                                                wwu@hechtpartners.com

2

        Jeffrey W. Kennedy
        Milano & Wanat LLC
        471 East Main Street
        Branford, CT 06405
        P: (203) 315-7000
        jkennedy@mwllc.us

*Counsel for Plaintiff Solid 21, Inc.*

## **CERTIFICATE OF SERVICE**

      I, David L. Hecht, hereby certify that on February 23, 2022, I served a true and correct copy of the foregoing **PLAINTIFF SOLID 21, INC.'S NOTICE OF APPEAL** to counsel of record via electronic filing.

                                                                                        */s/ David L. Hecht*
                                                                                        David L. Hecht