UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOLID 21, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BREITLING U.S.A., INC.; BREITLING SA; AND BREITLING AG,<br><br>    Defendants. | Civil Action No. 19-cv-00514-MPS |

**DECLARATION OF DAVID L. HECHT IN SUPPORT OF PLAINTIFF SOLID 21, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

    I, David L. Hecht, am counsel for Plaintiff Solid 21, Inc., over 18 years of age and make this declaration based upon personal knowledge. If called to testify as a witness, I could and would testify competently to the same. I submit this declaration in support of Plaintiff Solid 21, Inc.'s ("Plaintiff" or "Solid 21") Opposition to Defendants' Motion for Attorneys' Fees and Costs.

    1. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the American Intellectual Property Law Association (AIPLA), Report of the Economic Survey 2021, prepared by Association Research, Inc.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in South Orange, New Jersey on February 24, 2022.

                                                                          */s/ David L. Hecht*
                                                                          David L. Hecht