APPEAL,CLOSED,EFILE,MOTREF,RAR,REFCNF,REFDIS

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:19-cv-00514-MPS

| | |
|---|---|
| Solid 21, Inc. v. Breitling USA, Inc et al | Date Filed: 04/05/2019 |
| Assigned to: Judge Michael P. Shea | Date Terminated: 01/27/2022 |
| Referred to: Judge Robert A. Richardson (Settlement) | Jury Demand: Plaintiff |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Solid 21, Inc.**                    represented by    **Christopher F. Wanat**
Milano & Wanat LLC
471 East Main Street
Branford, CT 06405
203-315-7000
Email: cwanat@mwllc.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Hecht**
Hecht Partners LLP
125 Park Avenue
25th Floor
10017
New York, NY 10017
212-851-6821
Email: dhecht@hechtpartners.com
*TERMINATED: 04/24/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey William Kennedy**
Milano & Wanat LLC
471 E. Main St.
Branford, CT 06405
203-315-7000
Fax: 203-315-7007
Email: jkennedy@mwllc.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Louizos**
Curtis, Brinckerhoff & Barrett
666 Summer St.
Stamford, CT 06901-1416
203-324-6777

Fax: 203-324-9621
Email: louizos@curtisbb.com
*TERMINATED: 12/28/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Mark Pierce**
John Pierce Law
21550 Oxnard Street
Ste 3rd Floor OMB #172
Woodland Hills, CA 91367
213-279-7648
Email: jpierce@johnpiercelaw.com
*TERMINATED: 12/28/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yi Wen Wu**
Hecht Partners LLP
125 Park Avenue
25th Floor
10017
New York, NY 10017
212-851-6821
Email: wwu@hechtpartners.com
*TERMINATED: 04/24/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Breitling USA, Inc**                    represented by   **Adam B. Marks**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2600
Email: amarks@uks.com
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig J. Mariam**
Gordon & Rees LLP-CA
633 West Fifth St., 52nd Floor
Los Angeles, CA 90071
702-577-9333
Fax: 877-306-0043

Email: cmariam@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hazel Mae B. Pangan**
Gordon & Rees
101 West Broadway
Ste 2000
San Diego, CA 92101
619-696-6700
Fax: 619-696-7124
Email: hpangan@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill Maria Pietrini**
Sheppard, Mullin, Richer & Hampton,
LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
310-228-3723
Email: JPietrini@SheppardMullin.com
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Kim Whitelock**
Hudson Cook, LLP
1909 K Street, NW
Ste 4th Floor
Washington, DC 20006
202-223-6931
Fax: 202-223-6935
Email: jwhitelock@hudco.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond J. Muro**
Gordon & Rees LLP, Los Angeles
633 West Fifth Street
Ste 52nd Floor
Los Angeles, CA 90071
213-576-5018
Email: rmuro@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Order**
Updike, Kelly & Spellacy, P.C.

225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2659
Email: rorder@uks.com
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel B Laughlin**
Hennelly & Grossfeld LLP
10900 Wilshire Blvd.,
Ste 400
Los Angeles, CA 90024
310-305-2100
Fax: 310-305-2116
Email: Slaughlin@hgla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C. Blatchley**
Gordon & Rees LLP
95 Glastonbury Blvd.
Glastonbury, CT 06033
860-494-7525
Email: tblatchley@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin O. Aigboboh**
Sheppard, Mullin, Richer & Hampton,
LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
310-228-3700
Fax: 310-228-3701
Email: baigboboh@sheppardmullin.com
*TERMINATED: 03/04/2020*
*ATTORNEY TO BE NOTICED*

**Paul Alexander Bost**
Sheppard, Mullin, Richer & Hampton,
LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
310-228-3700
Fax: 310-228-3701
Email: pbost@sheppardmullin.com

*TERMINATED: 03/04/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Breitling SA**                              represented by **Adam B. Marks**
(See above for address)
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig J. Mariam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hazel Mae B. Pangan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill Maria Pietrini**
(See above for address)
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Kim Whitelock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond J. Muro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Order**
(See above for address)
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel B Laughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C. Blatchley**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Breitling AG**                   represented by   **Adam B. Marks**
(See above for address)
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig J. Mariam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hazel Mae B. Pangan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill Maria Pietrini**
(See above for address)
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Kim Whitelock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond J. Muro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Order**
(See above for address)
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel B Laughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C. Blatchley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVC Capital Partners SICAV-FIS S.A.**          represented by  **Adam B. Marks**
*TERMINATED: 08/12/2019*                                        (See above for address)
                                                               *TERMINATED: 03/04/2020*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jill Maria Pietrini**
                                                               (See above for address)
                                                               *TERMINATED: 03/04/2020*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Richard S. Order**
                                                               (See above for address)
                                                               *TERMINATED: 03/04/2020*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Breitling USA, Inc**                            represented by  **Adam B. Marks**
                                                               (See above for address)
                                                               *TERMINATED: 03/04/2020*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Craig J. Mariam**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jill Maria Pietrini**
                                                               (See above for address)
                                                               *TERMINATED: 03/04/2020*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Raymond J. Muro**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Richard S. Order**
                                                               (See above for address)
                                                               *TERMINATED: 03/04/2020*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Thomas C. Blatchley**
                                                               (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin O. Aigboboh**
(See above for address)
*TERMINATED: 03/04/2020*
*ATTORNEY TO BE NOTICED*

**Hazel Mae B. Pangan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Alexander Bost**
(See above for address)
*TERMINATED: 03/04/2020*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Solid 21, Inc.**                    represented by   **David Hecht**
                                                       (See above for address)
                                                       *TERMINATED: 04/24/2020*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jeffrey William Kennedy**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John J. Louizos**
                                                       (See above for address)
                                                       *TERMINATED: 12/28/2020*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Breitling SA**                     represented by   **Adam B. Marks**
                                                       (See above for address)
                                                       *TERMINATED: 03/04/2020*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Craig J. Mariam**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jill Maria Pietrini**

(See above for address)
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond J. Muro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Order**
(See above for address)
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C. Blatchley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hazel Mae B. Pangan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter Defendant</u>**

**Solid 21, Inc.**                          represented by   **David Hecht**
(See above for address)
*TERMINATED: 04/24/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey William Kennedy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Louizos**
(See above for address)
*TERMINATED: 12/28/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2019 | 1 | COMPLAINT against All Defendants ( Filing fee $400 receipt number ACTDC-5225728.), filed by Solid 21, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 5, # 6 Exhibit Exhibit 6)(Louizos, John) (Entered: 04/05/2019) |
| 04/05/2019 | | Request for Clerk to issue summons as to All Defendants. (Louizos, John) (Entered: 04/05/2019) |
| 04/05/2019 | 2 | MOTION for Attorney(s) David L. Hecht to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5225839) by Solid 21, Inc.. (Attachments: # 1 Affidavit David L. Hecht)(Louizos, John) (Entered: 04/05/2019) |
| 04/05/2019 | | Judge Michael P. Shea added. (Anastasio, F.) (Entered: 04/05/2019) |
| 04/05/2019 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 6/4/2019. Discovery due by 10/5/2019. Dispositive Motions due by 11/9/2019.<br>Signed by Clerk on 04/5/2019.(Murphy, Tatihana) (Entered: 04/08/2019) |
| 04/05/2019 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Michael P. Shea on 04/05/2019.(Murphy, Tatihana) (Entered: 04/08/2019) |
| 04/05/2019 | 5 | STANDING PROTECTIVE ORDER<br>Signed by Judge Michael P. Shea on 04/5/2019.(Murphy, Tatihana) (Entered: 04/08/2019) |
| 04/08/2019 | 6 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Standing Protective Order, 3 Order on Pretrial Deadlines, 1 Complaint, filed by Solid 21, Inc., 4 Electronic Filing Order<br>Signed by Clerk on 04/8/2019.(Murphy, Tatihana) (Entered: 04/08/2019) |
| 04/08/2019 | 7 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Breitling USA, Inc* with answer to complaint due within *21* days. Attorney *John J. Louizos* *Curtis, Brinckerhoff & Barrett* *666 Summer St.* *Stamford, CT 06901-1416*. (Murphy, Tatihana) (Entered: 04/08/2019) |
| 04/08/2019 | 8 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Breitling AG, Breitling SA, CVC Capital Partners SICAV-FIS S.A.* with answer to complaint due within *21* days. Attorney *John J. Louizos* *Curtis, Brinckerhoff & Barrett* *666 Summer St.* *Stamford, CT 06901-1416*. (Murphy, Tatihana) (Entered: 04/08/2019) |
| 04/08/2019 | 9 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Breitling AG, Breitling SA, CVC Capital Partners SICAV-FIS S.A.* with answer to complaint due within *60* days. Attorney *John J. Louizos* *Curtis, Brinckerhoff & Barrett* *666 Summer St.* *Stamford, CT 06901-1416*. (Murphy, Tatihana) (Entered: 04/08/2019) |
| 04/08/2019 | 10 | AO 120 Report on the Filing of an Action re: Patent or Trademark Form Completed (Attachments: # 1 Complaint and Attachment) (Murphy, Tatihana) (Entered: 04/08/2019) |
| 04/08/2019 | 11 | ORDER granting 2 Motion to Appear Pro Hac Vice as to David L. Hecht. Certificate of Good Standing due by 6/7/2019. Signed by Clerk on 04/08/2019. (Murphy, Tatihana) (Entered: 04/08/2019) |

| 04/16/2019 | 12 | CERTIFICATE OF GOOD STANDING re 2 MOTION for Attorney(s) David L. Hecht to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5225839) by Solid 21, Inc.. (Hecht, David) (Entered: 04/16/2019) |
| 05/20/2019 | 13 | SUMMONS Returned Executed by Solid 21, Inc.. Breitling USA, Inc served on 5/15/2019, answer due 6/5/2019. (Louizos, John) (Entered: 05/20/2019) |
| 06/05/2019 | 14 | NOTICE of Appearance by Richard S. Order on behalf of Breitling USA, Inc (Order, Richard) (Entered: 06/05/2019) |
| 06/05/2019 | 15 | Corporate Disclosure Statement by Breitling USA, Inc. (Order, Richard) (Entered: 06/05/2019) |
| 06/05/2019 | 16 | ANSWER to 1 Complaint, with Affirmative Defenses with Jury Demand , COUNTERCLAIM against Solid 21, Inc. by Breitling USA, Inc.(Order, Richard) (Entered: 06/05/2019) |
| 06/05/2019 | 17 | NOTICE of Appearance by Adam B. Marks on behalf of Breitling USA, Inc (Marks, Adam) (Entered: 06/05/2019) |
| 06/07/2019 | 18 | MOTION for Attorney(s) Jill M. Pietrini to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5310050) by Breitling USA, Inc. (Attachments: # 1 Affidavit DECLARATION OF JILL M. PIETRINI)(Order, Richard) (Entered: 06/07/2019) |
| 06/07/2019 | 19 | MOTION for Attorney(s) Benjamin O. Aigboboh to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5310061) by Breitling USA, Inc. (Attachments: # 1 Affidavit DECLARATION)(Order, Richard) (Entered: 06/07/2019) |
| 06/10/2019 | 20 | ORDER granting 19 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 8/9/2019. Signed by Clerk on 06/10/2019. (Peterson, M) (Entered: 06/10/2019) |
| 06/11/2019 | 21 | MOTION for Attorney(s) Paul A. Bost to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5314607) by Breitling USA, Inc. (Attachments: # 1 Affidavit in Support)(Order, Richard) (Entered: 06/11/2019) |
| 06/12/2019 | 22 | ORDER granting 21 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 8/11/2019. Signed by Clerk on 06/12/2019. (Peterson, M) (Entered: 06/12/2019) |
| 06/12/2019 | 23 | NOTICE of Appearance by Benjamin O. Aigboboh on behalf of Breitling USA, Inc (Aigboboh, Benjamin) (Entered: 06/12/2019) |
| 06/12/2019 | 24 | CERTIFICATE OF GOOD STANDING re 19 MOTION for Attorney(s) Benjamin O. Aigboboh to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5310061) by Breitling USA, Inc. (Aigboboh, Benjamin) (Entered: 06/12/2019) |
| 06/12/2019 | 25 | Amended AFFIDAVIT re 18 MOTION for Attorney(s) Jill M. Pietrini to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5310050) Signed By Jill M. Pietrini, Esq. filed by Breitling USA, Inc. (Order, Richard) (Entered: 06/12/2019) |

| 06/12/2019 | 26 | ORDER granting 18 Motion to Appear Pro Hac Vice with Amended Affidavit 25. Certificate of Good Standing due by 8/11/2019. Signed by Clerk on 06/12/2019. (Peterson, M) (Entered: 06/12/2019) |
| 06/13/2019 | 27 | MOTION for Attorney(s) Yi Wen Wu to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5318159) by Solid 21, Inc.. (Attachments: # 1 Affidavit)(Louizos, John) (Entered: 06/13/2019) |
| 06/14/2019 | 28 | ORDER granting 27 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 8/13/2019. Signed by Clerk on 06/14/2019. (Peterson, M) (Entered: 06/14/2019) |
| 06/18/2019 | 29 | NOTICE of Appearance by Paul Alexander Bost on behalf of Breitling USA, Inc (Bost, Paul) (Entered: 06/18/2019) |
| 06/18/2019 | 30 | CERTIFICATE OF GOOD STANDING re 21 MOTION for Attorney(s) Paul A. Bost to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5314607) by Breitling USA, Inc. (Bost, Paul) (Entered: 06/18/2019) |
| 06/26/2019 | 31 | ANSWER to 16 Answer to Complaint, Counterclaim by Solid 21, Inc..(Hecht, David) (Entered: 06/26/2019) |
| 07/17/2019 | 32 | NOTICE of Appearance by Jill Maria Pietrini on behalf of Breitling AG, Breitling SA, Breitling USA, Inc, CVC Capital Partners SICAV-FIS S.A. (Pietrini, Jill) (Entered: 07/17/2019) |
| 07/17/2019 | 33 | CERTIFICATE OF GOOD STANDING re 18 MOTION for Attorney(s) Jill M. Pietrini to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5310050) by Breitling AG, Breitling SA, Breitling USA, Inc, CVC Capital Partners SICAV-FIS S.A.. (Pietrini, Jill) (Entered: 07/17/2019) |
| 07/17/2019 | 34 | CERTIFICATE OF GOOD STANDING re 18 MOTION for Attorney(s) Jill M. Pietrini to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5310050) by Breitling AG, Breitling SA, Breitling USA, Inc, CVC Capital Partners SICAV-FIS S.A.. (Pietrini, Jill) (Entered: 07/17/2019) |
| 07/17/2019 | 35 | ANSWER to 1 Complaint, with Affirmative Defenses with Jury Demand , COUNTERCLAIM against All Plaintiffs by Breitling SA.(Pietrini, Jill) (Entered: 07/17/2019) |
| 07/17/2019 | 36 | MOTION to Dismiss *for Failure ot State a Claim* (), MOTION to Dismiss for Lack of Jurisdiction () by CVC Capital Partners SICAV-FIS S.A..Responses due by 8/7/2019 (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Emanuela Brero, # 3 Affidavit of Jill Pietrini, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F)(Pietrini, Jill) (Entered: 07/17/2019) |
| 07/18/2019 | 37 | ORDER. Defendants have filed a 36 Motion to Dismiss. On or before August 7, 2019, Plaintiff shall either file a response to the motion or file an amended complaint in which it pleads as many facts as possible, consistent with Rule 11, to address the alleged defects discussed in Defendants' memorandum of law. The Court will not allow further amendments after August 7, 2019. If Plaintiff chooses to amend and if Defendants renew their motion to dismiss, Defendants may incorporate by reference any prior briefing. |

| | | Signed by Judge Michael P. Shea on 7/18/2019. (Ram, Megha) (Entered: 07/18/2019) |
|---|---|---|
| 07/18/2019 | | Set Deadlines as to 36 MOTION to Dismiss *for Failure ot State a Claim* MOTION to Dismiss for Lack of Jurisdiction .(Responses due by 8/7/2019, ), or( Amended Complaint due by 8/7/2019) (Johnson, D.) (Entered: 07/19/2019) |
| 07/19/2019 | 38 | NOTICE of Appearance by Richard S. Order on behalf of Breitling AG, Breitling SA, CVC Capital Partners SICAV-FIS S.A. (Order, Richard) (Entered: 07/19/2019) |
| 07/19/2019 | 39 | NOTICE of Appearance by Adam B. Marks on behalf of Breitling AG, Breitling SA, CVC Capital Partners SICAV-FIS S.A. (Marks, Adam) (Entered: 07/19/2019) |
| 07/19/2019 | 40 | MOTION for Attorney(s) Jill M. Pietrini to be Admitted Pro Hac Vice by Breitling AG, Breitling SA, CVC Capital Partners SICAV-FIS S.A.. (Attachments: # 1 Declaration)(Order, Richard) (Entered: 07/19/2019) |
| 07/19/2019 | 41 | MOTION for Attorney(s) Paul A. Bost to be Admitted Pro Hac Vice by Breitling AG, Breitling SA, CVC Capital Partners SICAV-FIS S.A.. (Attachments: # 1 Declaration)(Order, Richard) (Entered: 07/19/2019) |
| 07/19/2019 | 42 | MOTION for Attorney(s) Benjamin O. Aigboboh to be Admitted Pro Hac Vice by Breitling AG, Breitling SA, CVC Capital Partners SICAV-FIS S.A.. (Attachments: # 1 Declaration)(Order, Richard) (Entered: 07/19/2019) |
| 07/19/2019 | 43 | CERTIFICATE OF GOOD STANDING re 27 MOTION for Attorney(s) Yi Wen Wu to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5318159) by Solid 21, Inc.. (Wu, Yi Wen) (Entered: 07/19/2019) |
| 07/19/2019 | 44 | Joint REPORT of Rule 26(f) Planning Meeting. (Hecht, David) (Entered: 07/19/2019) |
| 07/19/2019 | 45 | SUMMONS Returned Executed by Solid 21, Inc.. Breitling AG served on 6/26/2019, answer due 7/17/2019; Breitling SA served on 6/26/2019, answer due 7/17/2019. (Hecht, David) (Entered: 07/19/2019) |
| 07/22/2019 | 46 | ORDER granting 40 Motion to Appear Pro Hac Vice; granting 41 Motion to Appear Pro Hac Vice; granting 42 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 9/20/2019. Signed by Clerk on 07/22/2019. (Peterson, M) (Entered: 07/22/2019) |
| 07/23/2019 | 47 | ORDER: The Court notes that Plaintiff Solid 21 and Defendant Breitling U.S.A. filed the 44 Rule 26(f) Report. The report states that "[t]here has been no meeting of counsel concerning [Defendants Breitling SA and CVC Capital Partners SICAV-FIS S.A.]." ECF No. 44 at 1. The Court will take no action on the 44 report at this time. **Counsel of record shall confer and file a Rule 26(f) Report concerning all parties by August 6, 2019.**<br><br>Signed by Judge Michael P. Shea on 7/23/2019. (Ram, Megha) (Entered: 07/23/2019) |
| 07/24/2019 | 48 | MOTION for Attorney(s) Michael R. Heimbold to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5372178) by Breitling AG, Breitling SA, Breitling USA, Inc, CVC Capital Partners SICAV-FIS S.A.. (Attachments: # |

|  |  |  |
|---|---|---|
|  |  | 1 Declaration)(Order, Richard) (Entered: 07/24/2019) |
| 07/25/2019 |  | Set Deadlines: Rule 26(f) Report due by 8/6/2019. (Peterson, M) (Entered: 07/25/2019) |
| 07/25/2019 | 49 | ORDER granting 48 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 9/23/2019. Signed by Clerk on 07/25/2019. (Peterson, M) (Entered: 07/25/2019) |
| 07/25/2019 | 50 | SUMMONS Returned Executed by Solid 21, Inc.. CVC Capital Partners SICAV-FIS S.A. served on 7/8/2019, answer due 7/29/2019. (Hecht, David) (Entered: 07/25/2019) |
| 08/02/2019 | 51 | MOTION for Attorney(s) Andrew J. Lorin to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5385009) by Solid 21, Inc.. (Attachments: # 1 Affidavit)(Louizos, John) (Entered: 08/02/2019) |
| 08/05/2019 | 52 | CERTIFICATE OF GOOD STANDING re 48 MOTION for Attorney(s) Michael R. Heimbold to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5372178) by Breitling AG, Breitling SA, Breitling USA, Inc, CVC Capital Partners SICAV-FIS S.A.. (Order, Richard) (Entered: 08/05/2019) |
| 08/06/2019 | 53 | Amended REPORT of Rule 26(f) Planning Meeting. (Hecht, David) (Entered: 08/06/2019) |
| 08/07/2019 | 54 | ANSWER to 35 Answer to Complaint, Counterclaim by Solid 21, Inc..(Hecht, David) (Entered: 08/07/2019) |
| 08/07/2019 | 55 | SCHEDULING ORDER: The Court has reviewed the parties' 53 Rule 26(f) Report and orders the deadlines set forth in the attached.<br><br>Signed by Judge Michael P. Shea on 8/7/2019. (Ram, Megha) (Entered: 08/07/2019) |
| 08/07/2019 |  | Set Deadlines: Discovery due by 6/22/2020; Dispositive Motions due by 7/21/2020; Joint Status Report due by 1/8/2020; Joint Trial Brief due by 8/5/2020; Telephonic Status Conference set for 1/15/2020 10:00 AM before Judge Michael P. Shea (Johnson, D.) (Entered: 08/12/2019) |
| 08/09/2019 | 56 | NOTICE of Voluntary Dismissal of Defendant CVC Capital Partners SICAV-FIS S.A. (CVC Capital) without prejudice by Solid 21, Inc. (Hecht, David) (Entered: 08/09/2019) |
| 08/12/2019 | 57 | ORDER: Plaintiff Solid 21 has filed a 56 notice of dismissal of Defendant CVC Capital Partners SICAV-FIS S.A. ("Defendant CVC"). The notice of dismissal is proper under Federal Rule of Civil Procedure 41. Accordingly, all of Plaintiff Solid 21's claims in this action against Defendant CVC are DISMISSED. In addition, Defendant CVC's 36 motion to dismiss is DENIED AS MOOT.<br><br>Signed by Judge Michael P. Shea on 8/12/2019. (Ram, Megha) (Entered: 08/12/2019) |
| 10/02/2019 | 58 | ORDER granting 51 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 12/1/2019. Signed by Clerk on 10/02/2019. (Peterson, M) (Entered: 10/02/2019) |

| | | |
|---|---|---|
| 10/30/2019 | 59 | Corporate Disclosure Statement by Solid 21, Inc.. (Hecht, David) (Entered: 10/30/2019) |
| 11/30/2019 | 60 | CERTIFICATE OF GOOD STANDING re 51 MOTION for Attorney(s) Andrew J. Lorin to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5385009) by Solid 21, Inc.. (Lorin, Andrew) (Entered: 11/30/2019) |
| 01/08/2020 | 61 | Joint STATUS REPORT by Breitling AG, Breitling SA, Breitling USA, Inc. (Order, Richard) (Entered: 01/08/2020) |
| 01/09/2020 | 62 | ORDER. In light of the parties' 61 joint status report, the telephonic status conference scheduled for January 15, 2020 is CANCELED.<br><br>Signed by Judge Michael P. Shea on 1/9/2020. (Hausmann, Amy) (Entered: 01/09/2020) |
| 01/17/2020 | 63 | Joint MOTION to Amend/Correct 55 Order *SCHEDULING ORDER* by Breitling AG, Breitling SA, Breitling USA, Inc.Responses due by 2/7/2020 (Order, Richard) (Entered: 01/17/2020) |
| 01/21/2020 | 64 | ORDER. The parties' 63 joint motion to modify the scheduling order is GRANTED. The Court adopts the new deadlines proposed by the parties, including that all discovery will be completed by **August 21, 2020**; dispositive motions are due **September 21, 2020**; and the joint trial memorandum is due on the later of **October 5, 2020** or **thirty days** after the Court's ruling on any dispositive motions.<br><br>Signed by Judge Michael P. Shea on 1/21/2020. (Hausmann, Amy) (Entered: 01/21/2020) |
| 01/21/2020 | | Set Deadlines: Discovery due by 8/21/2020; Dispositive Motions due by 9/21/2020; Joint Trial Brief due by 10/5/2020 (Johnson, D.) (Entered: 01/22/2020) |
| 03/03/2020 | 65 | NOTICE of Appearance by Thomas C. Blatchley on behalf of Breitling AG, Breitling SA, Breitling USA, Inc (Blatchley, Thomas) (Entered: 03/03/2020) |
| 03/03/2020 | 66 | MOTION to Substitute Attorney *and withdraw appearances* by Breitling AG, Breitling SA, Breitling USA, Inc. (Blatchley, Thomas) (Entered: 03/03/2020) |
| 03/03/2020 | 67 | MOTION for Attorney(s) Craig J. Mariam to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5728377) by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Exhibit A)(Blatchley, Thomas) (Entered: 03/03/2020) |
| 03/04/2020 | 68 | ORDER. The defendants' 66 motion to substitute counsel of record and to withdraw appearances is GRANTED. The Clerk is directed to terminate the appearances of Attorneys Adam Marks, Richard Order, Jill Maria Pietrini, Michael Heimbold, Bejamin Aigboboh, and Paul Alexander Bost. Attorney Thomas Blatchley shall be listed as counsel of record.<br><br>Signed by Judge Michael P. Shea on 3/4/2020. (Hausmann, Amy) (Entered: 03/04/2020) |

| 03/04/2020 | 69 | CERTIFICATE OF GOOD STANDING re 67 MOTION for Attorney(s) Craig J. Mariam to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5728377) by Breitling AG, Breitling SA, Breitling USA, Inc. (Blatchley, Thomas) (Entered: 03/04/2020) |
| --- | --- | --- |
| 03/05/2020 | 70 | ORDER. The defendants' 67 motion for Attorney Craig J. Mariam to be admitted pro hac vice is GRANTED.<br><br>Signed by Judge Michael P. Shea on 3/5/2020. (Hausmann, Amy) (Entered: 03/05/2020) |
| 03/16/2020 | 71 | Joint MOTION for Extension of Time *Joint Motion to Modify Scheduling Order* by Breitling AG, Breitling SA, Breitling USA, Inc. (Blatchley, Thomas) (Entered: 03/16/2020) |
| 03/17/2020 | 72 | ORDER. The parties' 71 joint motion to modify the scheduling order is GRANTED. The Court adopts the new deadlines proposed in the 71 motion, including that all discovery will be completed by December 21, 2020; dispositive motions are due January 21, 2021; and the joint trial memorandum is due on the later of February 5, 2021 or 30 days after the Court's ruling on any dispositive motions.<br><br>Signed by Judge Michael P. Shea on 3/17/2020. (Hausmann, Amy) (Entered: 03/17/2020) |
| 03/17/2020 | | Set Deadlines/Hearings: Discovery due by 12/21/2020; Dispositive Motions due by 1/21/2021; Joint Trial Brief due by 2/5/2021 (Johnson, D.) (Entered: 03/17/2020) |
| 03/17/2020 | 73 | NOTICE of Appearance by Craig J. Mariam on behalf of Breitling AG, Breitling SA, Breitling USA, Inc (Mariam, Craig) (Entered: 03/17/2020) |
| 03/18/2020 | 74 | MOTION for Attorney(s) SAMUEL B. LAUGHLIN to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5757277) by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Affidavit Declaration of Samuel B. Laughlin)(Blatchley, Thomas) Modified on 3/18/2020 to correct Attorney's name (Peterson, M). (Entered: 03/18/2020) |
| 03/18/2020 | 75 | MOTION for Attorney(s) RAYMOND J. MURO to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5757294) by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Affidavit Declaration in support of Motion pro hac)(Blatchley, Thomas) (Entered: 03/18/2020) |
| 03/18/2020 | 76 | CERTIFICATE OF GOOD STANDING re 74 MOTION for Attorney(s) SAMUEL B. LAUGHLIN to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5757277) by Breitling AG, Breitling SA, Breitling USA, Inc. (Blatchley, Thomas) Modified on 4/21/2020 to correct attorney's name (Peterson, M). (Entered: 03/18/2020) |
| 03/19/2020 | 77 | CERTIFICATE OF GOOD STANDING re 75 MOTION for Attorney(s) RAYMOND J. MURO to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5757294) by Breitling AG, Breitling SA, Breitling USA, Inc. (Blatchley, Thomas) (Entered: 03/19/2020) |

| 03/20/2020 | 78 | MOTION for Attorney(s) Julia K. Whitelock to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number BCTDC-5761581) by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Affidavit Exhibit A - Affidavit)(Blatchley, Thomas) (Entered: 03/20/2020) |
|---|---|---|
| 03/31/2020 | 79 | MOTION for Yi Wen Wu to Withdraw as Attorney by Solid 21, Inc.. (Attachments: # 1 [Proposed] Order)(Wu, Yi Wen) (Entered: 03/31/2020) |
| 04/17/2020 | 80 | MOTION for Attorney(s) John M. Pierce to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5808763) by Solid 21, Inc.. (Attachments: # 1 Affidavit John M. Pierce)(Louizos, John) (Entered: 04/17/2020) |
| 04/21/2020 | 81 | ORDER granting 80 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 6/20/2020. Signed by Clerk on 04/21/2020. (Peterson, M) (Entered: 04/21/2020) |
| 04/21/2020 | 82 | MOTION for David L. Hecht to Withdraw as Attorney by Solid 21, Inc.. (Hecht, David) (Entered: 04/21/2020) |
| 04/24/2020 | 83 | ORDER. The defendants' motions for Attorneys Samuel B. Laughlin, Raymond J. Muro, and Julia K. Whitelock to be admitted pro hac vice (ECF Nos. 74 , 75 , 78 ) are GRANTED.<br><br>The plaintiff's motions for Attorneys Yi Wen Wu and David L. Hecht to withdraw (ECF Nos. 79 , 82 ) are GRANTED, since the Plaintiff has other counsel. The Clerk shall terminate the appearances of Attorneys Wu and Hecht.<br><br>Signed by Judge Michael P. Shea on 4/24/2020. (Hausmann, Amy) (Entered: 04/24/2020) |
| 04/27/2020 | | Update Certificate of Good Standing Deadline for Attorney Julia K. Whitelock. Certificate of Good Standing due by 6/23/2020. (Peterson, M) (Entered: 04/27/2020) |
| 05/04/2020 | 84 | CERTIFICATE OF GOOD STANDING re 80 MOTION for Attorney(s) John M. Pierce to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5808763) by Solid 21, Inc.. (Pierce, John) (Entered: 05/04/2020) |
| 05/05/2020 | 85 | NOTICE of Appearance by John Mark Pierce on behalf of Solid 21, Inc. (Pierce, John) (Entered: 05/05/2020) |
| 05/27/2020 | 86 | MOTION for Attorney(s) Hazel Mae B. Pangan to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5879730) by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Exhibit Afidavit of Hazel Mae B. Pangan, # 2 Supplement Certificate of Good Standing)(Blatchley, Thomas) (Entered: 05/27/2020) |
| 06/03/2020 | 87 | CERTIFICATE OF GOOD STANDING re 78 MOTION for Attorney(s) Julia K. Whitelock to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number BCTDC-5761581) by Breitling AG, Breitling SA, Breitling USA, Inc. (Blatchley, Thomas) (Entered: 06/03/2020) |
| 07/15/2020 | 88 | Joint MOTION for Extension of Time to Modify Scheduling Order 72 Order on Motion for Extension of Time, by Breitling AG, Breitling SA, Breitling USA, Inc. (Muro, Raymond) (Entered: 07/15/2020) |

| | | |
|---|---|---|
| 07/16/2020 | 89 | ORDER. The parties' 88 joint motion to modify the scheduling order is GRANTED in part. All discovery (fact and expert) shall be completed by **March 21, 2021**; dispositive motions are due **April 21, 2021**; the joint trial memorandum is due on **May 5, 2021 or 30 days** after the Courts ruling on any dispositive motions.<br><br>**Within 14 days**, the parties shall meet and confer about the logistics of conducting depositions remotely, via videoconference. Many civil cases are proceeding with depositions in this manner. Also within 14 days, the parties shall file a joint status report on the docket outlining their plan for remote depositions, which shall include identification of exhibits at least two days before the deposition.<br><br>The 86 motion for Attorney Hazel Mae B. Pangan to be admitted pro hac vice is GRANTED.<br><br>Signed by Judge Michael P. Shea on 7/16/2020. (Hausmann, Amy) (Entered: 07/16/2020) |
| 07/16/2020 | | Set Deadlines/Hearings: Discovery due by 3/21/2021; Dispositive Motions due by 4/21/2021; Joint Trial Brief due by 5/5/2021 (Johnson, D.) (Entered: 07/17/2020) |
| 07/30/2020 | 90 | Joint STATUS REPORT *RE: DEPOSITIONS* by Breitling AG, Breitling SA, Breitling USA, Inc. (Muro, Raymond) (Entered: 07/30/2020) |
| 10/14/2020 | 91 | MOTION for John M. Pierce of Pierce Bainbridge P.C. and John J. Louizos of Curtis, Brinckerhoff and Barrett to Withdraw as Attorney by Solid 21, Inc.. (Attachments: # 1 Declaration of John M. Pierce)(Pierce, John) (Entered: 10/14/2020) |
| 10/21/2020 | 92 | Memorandum in Opposition re 91 MOTION for John M. Pierce of Pierce Bainbridge P.C. and John J. Louizos of Curtis, Brinckerhoff and Barrett to Withdraw as Attorney filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Affidavit Decalration of Thomas C. Blatchley, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration, # 4 Exhibit 3 to Declaration)(Blatchley, Thomas) (Entered: 10/21/2020) |
| 11/24/2020 | 93 | ORDER: The motion to withdraw (ECF No. 91 ) is DENIED, both for the reasons set forth in the opposition brief filed by the defendant and because, in spite of representations made over a month ago that the plaintiff was seeking to retain new counsel (ECF No. 91-1 at para. 8), no new counsel has appeared for the plaintiff. Further, given the number of extensions of the scheduling order the Court has already permitted in this case, it is not inclined to further delay resolution of the case simply because of a recent payment dispute between the Plaintiff and its attorneys.<br>Signed by Judge Michael P. Shea on 11/24/2020. (Gait, Emily) (Entered: 11/24/2020) |
| 12/10/2020 | 94 | NOTICE of Appearance by Hazel Mae B. Pangan on behalf of Breitling AG, Breitling SA, Breitling USA, Inc (Pangan, Hazel) (Entered: 12/10/2020) |

| 12/10/2020 | 95 | NOTICE of Appearance by Julia Kim Whitelock on behalf of Breitling AG, Breitling SA, Breitling USA, Inc (Whitelock, Julia) (Entered: 12/10/2020) |
|---|---|---|
| 12/10/2020 | 96 | NOTICE of Appearance by Samuel B Laughlin on behalf of Breitling AG, Breitling SA, Breitling USA, Inc (Laughlin, Samuel) (Entered: 12/10/2020) |
| 12/23/2020 | 97 | NOTICE of Appearance by Jeffrey William Kennedy on behalf of Solid 21, Inc. (Kennedy, Jeffrey) (Entered: 12/23/2020) |
| 12/23/2020 | 98 | NOTICE of Appearance by Christopher F. Wanat on behalf of Solid 21, Inc. (Wanat, Christopher) (Entered: 12/23/2020) |
| 12/23/2020 | 99 | MOTION to Substitute Attorney by Solid 21, Inc.. (Kennedy, Jeffrey) (Entered: 12/23/2020) |
| 12/23/2020 | 100 | MOTION for Attorney(s) Conor B. McDonough to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6293660) by Solid 21, Inc.. (Attachments: # 1 Affidavit in Support of Motion Pro Hac Vice)(Kennedy, Jeffrey) (Entered: 12/23/2020) |
| 12/23/2020 | 101 | MOTION for Attorney(s) David L. Hecht to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6293683) by Solid 21, Inc.. (Attachments: # 1 Affidavit in Support of Motion Pro Hac Vice)(Kennedy, Jeffrey) (Entered: 12/23/2020) |
| 12/28/2020 | 102 | ORDER. The Court is in receipt of (ECF No. 99 ) "Plaintiff's Consent to Substitute Counsel" and will construe the consent motion as a motion to withdraw under Local Rule 7(e). Because plaintiff has consented to current counsel's withdrawal and new counsel has appeared, the motion is GRANTED. The Clerk is directed to terminate the appearance of Attorneys John J. Louizos and John Mark Pierce. Signed by Judge Michael P. Shea on 12/28/2020. (Gait, Emily) (Entered: 12/28/2020) |
| 12/28/2020 | 103 | ORDER. The motions (ECF Nos. 100 and 101 ) are DENIED for failure to conform to Local Rules 83.1(d)(1)(b) ("The motion shall be accompanied by an affidavit, duly sworn and executed by the proposed visiting attorney: identifying the bar of each court of which said attorney is and has ever been a member, and the corresponding bar identification number(s); or if no such numbers have been assigned, so stating.") and 83.1(b)(iv) ("An attorney seeking admission to the Bar of this Court shall file with the Clerk of this Court a written Petition for Admission in the form prescribed by the Judges of this Court. A certificate of good standing from all of the petitioner's state bar(s) must be included with the Petition. Such petition shall also be accompanied by a sworn affidavit setting forth the following information: the petitioners representation that he or she has studied carefully the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Rules of this Court."). The motion can be re-filed in accordance with the Local Rule. Signed by Judge Michael P. Shea on 12/28/2020. (Gait, Emily) (Entered: 12/28/2020) |

| 01/05/2021 | 104 | MOTION for Modification of Scheduling Order by Solid 21, Inc.. (Kennedy, Jeffrey) (Entered: 01/05/2021) |
|---|---|---|
| 01/05/2021 | 105 | Memorandum in Support re 104 MOTION for Modification of Scheduling Order filed by Solid 21, Inc.. (Attachments: # 1 Declaration of Jeffrey W. Kennedy, # 2 Declaration of Christopher Aire)(Kennedy, Jeffrey) (Entered: 01/05/2021) |
| 01/05/2021 | 106 | EXHIBIT *A to the Declaration of Jeffrey W. Kennedy* by Solid 21, Inc. re 105 Memorandum in Support of Motion. (Kennedy, Jeffrey) (Entered: 01/05/2021) |
| 01/05/2021 | 107 | MOTION for Summary Judgment by Breitling AG, Breitling SA, Breitling USA, Inc.Responses due by 1/26/2021 (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts, # 3 Supplement Index of Exhibits, # 4 EX. A1, # 5 EX. A2, # 6 EX. A3, # 7 EX. A4, # 8 EX. A5, # 9 EX. A6, # 10 EX. A7, # 11 EX. A8, # 12 EX. A9, # 13 EX. A10, # 14 EX. A11, # 15 EX. A12, # 16 EX. B, # 17 EX. C, # 18 EX. D, # 19 EX. E, # 20 EX. F, # 21 EX. G, # 22 EX. H, # 23 EX. I, # 24 EX. J, # 25 EX. K, # 26 EX. L, # 27 EX. M, # 28 EX. N, # 29 EX. O, # 30 EX. P, # 31 EX. Q, # 32 EX. R, # 33 EX. S, # 34 EX. T, # 35 EX. U, # 36 EX. V, # 37 EX. W, # 38 EX. X, # 39 EX. Y, # 40 Affidavit Thierry Prissert, # 41 Affidavit Gary Smith, # 42 Affidavit David Neal, # 43 Affidavit Mark Keegan, # 44 Affidavit Hazel Pangan, # 45 Supplement Request for Judicial Notice) (Mariam, Craig) (Entered: 01/05/2021) |
| 01/05/2021 | 108 | MOTION to Seal Memorandum of Law ISO MSJ, Statement of Undisputed Facts to MSJ, and Exhibits P, V, and W by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Memorandum in Support, # 2 Affidavit Samuel Laughlin)(Mariam, Craig) (Entered: 01/05/2021) |
| 01/05/2021 | 109 | Sealed Document: Memorandum of Law ISO MSJ, Statement of Undisputed Facts to MSJ, and Exhibits P, V, and W by Breitling AG, Breitling SA, Breitling USA, Inc re 107 MOTION for Summary Judgment , 108 MOTION to Seal Memorandum of Law ISO MSJ, Statement of Undisputed Facts to MSJ, and Exhibits P, V, and W . (Attachments: # 1 Statement of Material Facts, # 2 P, # 3 V, # 4 W)(Mariam, Craig) (Entered: 01/05/2021) |
| 01/08/2021 | 110 | Memorandum in Opposition re 104 MOTION for Modification of Scheduling Order filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13)(Mariam, Craig) (Entered: 01/08/2021) |
| 01/12/2021 | 111 | MOTION for Attorney(s) David L. Hecht to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6323512) by Solid 21, Inc.. (Attachments: # 1 Affidavit of David L. Hecht, # 2 Exhibit A - Certificate of Good Standing)(Kennedy, Jeffrey) (Entered: 01/12/2021) |
| 01/14/2021 | 112 | ORDER granting 111 Motion to Appear Pro Hac Vice. Signed by Clerk on 01/14/2021. (Peterson, M) (Entered: 01/14/2021) |
| 01/15/2021 | 113 | NOTICE of Appearance by David Hecht on behalf of Solid 21, Inc. (Hecht, David) (Entered: 01/15/2021) |

| Date | No. | Description |
|---|---|---|
| 01/15/2021 | 114 | Emergency MOTION for Extension of Time to File Response/Reply *Pursuant to FRCP 56(d)(2)* as to 107 MOTION for Summary Judgment until 30 days after the close of discovery by Solid 21, Inc.. (Hecht, David) (Entered: 01/15/2021) |
| 01/15/2021 | 115 | Memorandum in Support re 114 Emergency MOTION for Extension of Time to File Response/Reply *Pursuant to FRCP 56(d)(2)* as to 107 MOTION for Summary Judgment until 30 days after the close of discovery filed by Solid 21, Inc.. (Attachments: # 1 Declaration of Christopher Aire)(Hecht, David) (Entered: 01/15/2021) |
| 01/19/2021 | 116 | REPLY to Response to 104 MOTION for Modification of Scheduling Order filed by Solid 21, Inc.. (Hecht, David) (Entered: 01/19/2021) |
| 01/19/2021 | 117 | Memorandum in Opposition re 114 Emergency MOTION for Extension of Time to File Response/Reply *Pursuant to FRCP 56(d)(2)* as to 107 MOTION for Summary Judgment until 30 days after the close of discovery filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Affidavit Declaration of Julia Whitlock, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5)(Blatchley, Thomas) (Entered: 01/19/2021) |
| 01/21/2021 | 118 | REPLY to Response to 114 Emergency MOTION for Extension of Time to File Response/Reply *Pursuant to FRCP 56(d)(2)* as to 107 MOTION for Summary Judgment until 30 days after the close of discovery filed by Solid 21, Inc.. (Hecht, David) (Entered: 01/21/2021) |
| 01/25/2021 | 119 | MOTION to Withdraw *Deemed Admissions Pursuant to FRCP 36(b)* by Solid 21, Inc.. (Hecht, David) (Entered: 01/25/2021) |
| 01/25/2021 | 120 | Memorandum in Support re 119 MOTION to Withdraw *Deemed Admissions Pursuant to FRCP 36(b)* filed by Solid 21, Inc.. (Attachments: # 1 Declaration of David L. Hecht, # 2 Exhibit A - Requests for Admission, # 3 Exhibit B - Email, # 4 Exhibit C - Responses to Request for Admission, # 5 Exhibit D - Letter, # 6 Text of Proposed Order)(Hecht, David) (Entered: 01/25/2021) |
| 01/26/2021 | 121 | Sealed Document: Corrected Exhibit P to Motion for Summary Judgment Dkt. 107 by Breitling AG, Breitling SA, Breitling USA, Inc re 109 Sealed Document, 107 MOTION for Summary Judgment . (Blatchley, Thomas) (Entered: 01/26/2021) |
| 01/26/2021 | 122 | OBJECTION re 107 MOTION for Summary Judgment *re [107-45] - Request for Judicial Notice* filed by Solid 21, Inc.. (Hecht, David) (Entered: 01/26/2021) |
| 01/26/2021 | 123 | Memorandum in Opposition re 107 MOTION for Summary Judgment , 108 MOTION to Seal Memorandum of Law ISO MSJ, Statement of Undisputed Facts to MSJ, and Exhibits P, V, and W filed by Solid 21, Inc.. (Attachments: # 1 Statement of Material Facts, # 2 Declaration of Christopher Aire, # 3 Declaration of Ronald Butters, Ph. D, # 4 Declaration of Eugene Ericksen, # 5 Exhibit A to Eriksen Decl. - Report, # 6 Declaration of Duvall O'Steen, # 7 Exhibit A to O'Steen Declaration, # 8 Declaration of David L. Hecht, # 9 Exhibit 1 - ISO 8654, # 10 Exhibit 2 - A Review of USA Participation in ISO and IEC, # 11 Exhibit 3 - Classification Resources, # 12 Exhibit 4 - Wristwatch Annual 2020, # 13 Exhibit 5 - Screenshot, # 14 Exhibit 6 - Illuobe Deposition Excerpts - Nov 9, 2019, # 15 Exhibit 7 - Solid 21s Objections and Responses to Breitling U.S.A, Inc.s First Set of Interrogatories, # 16 Exhibit 8 - Aire Declaration - Dec 16, |

| | | |
|---|---|---|
| | | 2019, # [17](#) Exhibit 9 - Aire Vol 1 Deposition Excerpts - Nov 14, 2019, # [18](#) Exhibit 10 - Aire Vol 2 Deposition Excerpts - Nov 15, 2019, # [19](#) Exhibit 11 - Goodwin Deposition Exceprts - Feb 20, 2018, # [20](#) Exhibit 12 - Appiah Declaration - Jan 26, 2014, # [21](#) Exhibit 13 - Brochure, # [22](#) Exhibit 14 - Article, # [23](#) Exhibit 15 - Article, # [24](#) Exhibit 16 - Article, # [25](#) Exhibit 17 - Article, # [26](#) Exhibit 18 - Screenshot, # [27](#) Exhibit 19 - Article, # [28](#) Exhibit 20 - Filotei Decl - Jan 26, 2014, # [29](#) Exhibit 21 - Belyayev Decl - Jan 25, 2014, # [30](#) Exhibit 22 - Magazine Ad, # [31](#) Exhibit 23 - Aire Deposition Excerpts - Sept 30, 2020, # [32](#) Exhibit 24 - Screenshot, # [33](#) Exhibit 25 - Social Media Postings, # [34](#) Exhibit 26 - Article, # [35](#) Exhibit 27 - Obeng Decl - Dec 16, 2019, # [36](#) Exhibit 27 - Obeng Decl - Dec 16, 2019 Attachment #36C:\fakepath\Ex. 28 - Okebor Decl.pdfExhibit28 - Okoebor Decl - Dec 16, 2019, # [37](#) Exhibit 29 - Appiah Decl - Dec 16, 2019, # [38](#) Exhibit 30 - Filotei Decl - Dec 16, 2019, # [39](#) Exhibit 31 - Belyayev Decl. - Dec 16, 2019)(Hecht, David) (Entered: 01/27/2021) |
| 01/27/2021 | [124](#) | MOTION to Seal Exhibit A to the O'Steen Declaration [123-7] and Exhibit 7 to the Hecht Declaration [123-15] by Solid 21, Inc.. (Hecht, David) (Entered: 01/27/2021) |
| 01/27/2021 | [125](#) | Memorandum in Support re [124](#) MOTION to Seal Exhibit A to the O'Steen Declaration [123-7] and Exhibit 7 to the Hecht Declaration [123-15] filed by Solid 21, Inc.. (Attachments: # [1](#) Declaration of David L. Hecht)(Hecht, David) (Entered: 01/27/2021) |
| 01/27/2021 | [126](#) | Sealed Document: Exhibit A to O'Steen Declaration [123-7] and Exhibit 7 to Hecht Declaration [123-15] by Solid 21, Inc. re [123](#) Memorandum in Opposition to Motion,,,,,,,,, . (Attachments: # [1](#) Exhibit A to O'Steen Declaration)(Hecht, David) (Entered: 01/27/2021) |
| 01/28/2021 | | Set Deadlines as to [206](#) MOTION for Reconsideration re [204](#) Order on Motion for Reconsideration,,,, [205](#) Order,,,, . Responses due by 1/7/2022 (Johnson, D.) (Entered: 01/03/2022) |
| 02/09/2021 | [127](#) | REPLY to Response to [107](#) MOTION for Summary Judgment filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # [1](#) Affidavit Supplemental Declaration of Hazel Pagan, # [2](#) Exhibit AC, # [3](#) Exhibit AD, # [4](#) Exhibit AE, # [5](#) Exhibit AF, # [6](#) Exhibit AG, # [7](#) Exhibit AH, # [8](#) Exhibit AI, # [9](#) Exhibit AJ, # [10](#) Exhibit AK, # [11](#) Exhibit AL, # [12](#) Exhibit AM, # [13](#) Statement of Material Facts, # [14](#) Supplement Reply ISO Request for Judicial Notice ISO Motion for Summary Jucgment)(Mariam, Craig) (Entered: 02/09/2021) |
| 02/16/2021 | [128](#) | Memorandum in Opposition re [119](#) MOTION to Withdraw *Deemed Admissions Pursuant to FRCP 36(b)* filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # [1](#) Affidavit Declaration of Hazel Pangan, # [2](#) Exhibit A to Declaration of Hazel Pangan, # [3](#) Exhibit B to Declaration of Hazel Pangan) (Blatchley, Thomas) (Entered: 02/16/2021) |
| 03/02/2021 | [129](#) | REPLY to Response to [119](#) MOTION to Withdraw *Deemed Admissions Pursuant to FRCP 36(b)* filed by Solid 21, Inc.. (Hecht, David) (Entered: 03/02/2021) |
| 03/19/2021 | [130](#) | Joint MOTION to Take Deposition from Dr. Ronald Butters and Dr. Patrick Kennedy *Beyond End of Discovery* by Solid 21, Inc.. (Hecht, David) (Entered: 03/19/2021) |

| 03/23/2021 | 131 | MOTION for Attorney(s) Yi Wen Wu to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6442745) by Solid 21, Inc.. (Attachments: # 1 Affidavit Yi Wen Wu)(Kennedy, Jeffrey) (Entered: 03/23/2021) |
| --- | --- | --- |
| 03/23/2021 | 132 | MOTION for Attorney(s) Conor B. McDonough to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6442769) by Solid 21, Inc.. (Attachments: # 1 Affidavit Conor B. McDonough)(Kennedy, Jeffrey) (Entered: 03/23/2021) |
| 03/24/2021 | 133 | ORDER granting 132 Motion to Appear Pro Hac Vice. Signed by Clerk on 03/24/2021. (Peterson, M) (Entered: 03/24/2021) |
| 03/24/2021 | 134 | ORDER. The motion (ECF No. 131 ) is DENIED for failure to conform to Local Rule 83.1(d)(1)(b) (The motion shall be accompanied by an affidavit, duly sworn and executed by the proposed visiting attorney: identifying the bar of each court of which said attorney is and has ever been a member, and the corresponding bar identification number(s); or if no such numbers have been assigned, so stating.). The motion can be re-filed in accordance with the Local Rule.<br>Signed by Judge Michael P. Shea on 03/24/2021. (Peterson, M) (Entered: 03/24/2021) |
| 04/05/2021 | 135 | ORDER. The Court is in receipt of the discovery disputes raised by the parties and hereby REFERS those disputes to a Magistrate Judge.<br>Signed by Judge Michael P. Shea on 4/5/2021.(Gait, Emily) (Entered: 04/05/2021) |
| 04/05/2021 | 136 | ORDER REFERRING CASE to Magistrate Judge S. Dave Vatti for Discovery disputes.<br>Signed by Judge Michael P. Shea on 4/5/21.(Johnson, D.) (Entered: 04/07/2021) |
| 04/07/2021 | 137 | Notice to Counsel: Counsel for the parties shall confer and contact chambers of Judge S. Dave Vatti at **203-579-5593 by April 12, 2021**, and propose dates/times for which all counsel are available for a telephonic discovery conference during the week of April 19, 2021. (Ellis, Bernadette) (Entered: 04/07/2021) |
| 04/07/2021 | 138 | MOTION for Attorney(s) Yi Wen Wu to be Admitted Pro Hac Vice by Solid 21, Inc.. (Kennedy, Jeffrey) (Entered: 04/07/2021) |
| 04/08/2021 | 139 | ORDER granting 138 Motion to Appear Pro Hac Vice. Signed by Clerk on 04/08/2021. (Peterson, M) (Entered: 04/08/2021) |
| 04/13/2021 | 140 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Discovery Conference is set for 4/19/2021 at 01:30 PM before Judge S. Dave Vatti. Counsel should dial **866-434-5269** to connect to the conference and enter access code **2006808**. (Ellis, Bernadette) (Entered: 04/13/2021) |
| 04/15/2021 | 141 | NOTICE: The telephonic discovery conference scheduled for Monday, April 19, 2021, at 1:30 p.m. will now be held via ZOOM. See ZOOM information below. (Ellis, Bernadette) (Entered: 04/15/2021) |
| 04/15/2021 | | NOTICE regarding hearing via Zoom: The Discovery Conference scheduled for 4/19/2021 at 1:30 p.m. will be conducted via Zoom. The video link is https://www.zoomgov.com /j/1619587572?pwd=NFNCdXQxN0lNcjZzV3BwTXAwS0sxUT09 and call in |

| | | |
|---|---|---|
| | | number is +1 551 285 1373. |
| | | Meeting ID: 161 958 7572 |
| | | Meeting Password: 125012 |
| | | Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Ellis, Bernadette) (Entered: 04/15/2021) |
| 04/19/2021 | 142 | Minute Entry for proceedings held before Judge S. Dave Vatti: Telephonic Discovery Conference held on 4/19/2021. Total Time: 1 hours and 27 minutes. (Arroyo, Alexandra) (Entered: 04/19/2021) |
| 04/21/2021 | 143 | MOTION to Preclude the Report of Ronald Butters, Ph.D by Breitling AG, Breitling SA, Breitling USA, Inc.Responses due by 5/12/2021 (Attachments: # 1 Memorandum in Support Memorandum in Support, # 2 Affidavit Declaration of Julia Whitlock, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Blatchley, Thomas) (Entered: 04/21/2021) |
| 04/21/2021 | 144 | MOTION to Preclude Testimony of Duvall O'Steen by Breitling AG, Breitling SA, Breitling USA, Inc.Responses due by 5/12/2021 (Attachments: # 1 Memorandum in Support Motion to Exclude, # 2 Affidavit Declaration of Raymond Muro, # 3 Exhibit A, # 4 Exhibit B Provisionally filed under seal, # 5 Exhibit C Provisionally filed under seal, # 6 Exhibit D Provisionally filed under seal, # 7 Exhibit E Provisionally filed under seal, # 8 Exhibit F Provisionally filed under seal)(Blatchley, Thomas) (Entered: 04/21/2021) |
| 04/21/2021 | 145 | MOTION to Seal Memorandum of Law in Support of Motion to Exclude and Exhibits B-F to Declaration in Support of Motion to Exclude by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Memorandum in Support, # 2 Affidavit Declaration of Raymond Muro)(Blatchley, Thomas) (Entered: 04/21/2021) |
| 04/21/2021 | 146 | Sealed Document: Memorandum of Law in Support of Motion to Exclude and Exhibits B-F to Declaration in Support of Motion to Exclude by Breitling AG, Breitling SA, Breitling USA, Inc re 145 MOTION to Seal Memorandum of Law in Support of Motion to Exclude and Exhibits B-F to Declaration in Support of Motion to Exclude, 144 MOTION to Preclude Testimony of Duvall O'Steen . (Attachments: # 1 Exhibit B-Declaration in Support of Motion to Exclude, # 2 Exhibit C-Declaration in Support of Motion to Exclude, # 3 Exhibit D-Declaration in Support of Motion to Exclude, # 4 Exhibit E-Declaration in Support of Motion to Exclude, # 5 Exhibit F-Declaration in Support of Motion to Exclude)(Blatchley, Thomas) (Entered: 04/21/2021) |
| 04/21/2021 | 147 | MOTION for Summary Judgment by Solid 21, Inc..Responses due by 5/12/2021 (Attachments: # 1 Appendix, # 2 Statement of Material Facts, # 3 Exhibit 1 - Excerpts of Defendant Breitling U.S.A., Inc.s Objections and Responses to |

| | | |
|---|---|---|
| | | Plaintiffs First Set of Requests for Admission, Feb. 8, 2021, # 4 Exhibit 2 - Excerpts of Defendant Breitling U.S.A., Inc.s Objections and Answers to Plaintiffs First Set of Interrogatories, Feb. 4, 2021, # 5 Exhibit 3 - Excerpts of Deposition Transcript of Christopher Aire, Sept. 30, 2020 (Provisionally Filed Under Seal), # 6 Exhibit 4 - Excerpts of Deposition Transcript of Lionel Hofstetter, Mar. 11, 2021 (Provisionally Filed Under Seal), # 7 Exhibit 5 - Excerpts of Deposition Transcript of Thierry Prissert, Mar. 16, 2021 (Provisionally Filed Under Seal), # 8 Exhibit 6 - Excerpts of Deposition Transcript of Tim Sayler, Mar. 9, 2021 (Provisionally Filed Under Seal), # 9 Exhibit 7 - Excerpts of Deposition Transcript of Sean Hathorn, Mar. 12, 2021 (Provisionally Filed Under Seal), # 10 Exhibit 8 - Excerpts of Deposition Transcript of Gian Reto Castagna, Mar. 15, 2021 (Provisionally Filed Under Seal), # 11 Exhibit 9 - Expert Report of Duvall OSteen, Feb. 10, 2021 (Provisionally Filed Under Seal), # 12 Exhibit 10 - Product examples from the RED GOLD Collection, # 13 Exhibit 11 - Robb Report RED GOLD advertisement, # 14 Exhibit 12 - Vibe Magazine RED GOLD advertisement, # 15 Exhibit 13 - 13 Naomi Campbell Fashion Show image, # 16 Exhibit 14 - RED GOLD Gown image, # 17 Exhibit 15 - Muhammad Ali image, # 18 Exhibit 16 - Muhammad Ali RED GOLD Boxing Gloves image, # 19 Exhibit 17 - RED GOLD Collection Website image, # 20 Exhibit 18 - Jacqueline Maddison, Chris Aire Fine Jewelry, Beverly Hills Magazine, Mar. 18, 2015)(Hecht, David) (Entered: 04/21/2021) |
| 04/21/2021 | 148 | MOTION to Seal Exhibits 3 - 9 of PLAINTIFF SOLID 21, INC.S MOTION FOR SUMMARY JUDGMENT by Solid 21, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of David L. Hecht)(Hecht, David) (Entered: 04/21/2021) |
| 04/21/2021 | 149 | Sealed Document: Exhibits 3 - 9 of PLAINTIFF SOLID 21, INC.S MOTION FOR SUMMARY JUDGMENT by Solid 21, Inc. re 148 MOTION to Seal Exhibits 3 - 9 of PLAINTIFF SOLID 21, INC.S MOTION FOR SUMMARY JUDGMENT, 147 MOTION for Summary Judgment . (Attachments: # 1 Exhibit 3 - Excepts of Deposition Transcript of Christopher Aire, Sept. 30, 2020, # 2 Exhibit 4 - Excerpts of Deposition Transcript of Lionel Hofstetter, Mar. 11, 2021, # 3 Exhibit 5 - Excerpts of Deposition Transcript of Thierry Prissert, Mar. 16, 2021, # 4 Exhibit 6 - Excerpts of Deposition Transcript of Tim Sayler, Mar. 9, 2021, # 5 Exhibit 7 - Excerpts of Deposition Transcript of Tim Sayler, Mar. 9, 2021 (excerpts) 7 Deposition Transcript of Sean Hathorn, Mar. 12, 2021, # 6 Exhibit 8 - Excerpts of Deposition Transcript of Gian Reto Castagna, Mar. 15, 2021, # 7 Exhibit 9 - Expert Report of Duvall OSteen, Feb. 10, 2021)(Hecht, David) (Entered: 04/21/2021) |
| 04/22/2021 | 150 | MOTION to Preclude the Report, Opinions, and Testimony of Eugene P. Ericksen Ph.D. by Breitling AG, Breitling SA, Breitling USA, Inc.Responses due by 5/13/2021 (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Hazel Mae B. Pangan, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Blatchley, Thomas) (Entered: 04/22/2021) |

| 04/26/2021 | 151 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephonic Status Conference is set for 4/27/2021 at 4:00 p.m. before Judge S. Dave Vatti. Counsel should dial **866-434-5269** to connect to the conference and enter access code **2006808**. (Ellis, Bernadette) (Entered: 04/26/2021) |
|---|---|---|
| 04/27/2021 | 152 | Minute Entry for proceedings held before Judge S. Dave Vatti: Telephonic Discovery Conference held on 4/27/2021. Total Time: 1 hour and 16 minutes. (Court Reporter Julie Monette) (Ellis, Bernadette) (Entered: 04/28/2021) |
| 04/28/2021 | 153 | ORDER. For the reasons set forth in detail on the record during the telephonic conference conducted with the parties on April 27, 2021, the Court concludes, pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule of Civil Procedure 16(b) that the plaintiffs have demonstrated good cause that the previous schedule in place is insufficient, given the demands of the case and despite the diligence of the plaintiff in pursuing this matter, for reasons that were not reasonably foreseeable at the time of the previous scheduling order. The Court also considered, among other factors, that there is no trial date imminent and that there is no undue prejudice to the defendants, particularly where the parties' 26(f) planning report anticipated discovery of electronically stored information, where Local Rule 26(c)(2) encompasses electronically stored information within the definition of "documents" to be produced in response to a production request and where defendants' response to the document production request at the center of the parties' discovery dispute did not comply with the federal and local discovery rules. Accordingly, the Court modifies the scheduling order for the following limited purposes and ORDERS as follows: (1) the Breitling defendants shall produce by June 11, 2021, electronically stored information responsive to Plaintiff's Request for Production #1, including emails, discussing, referring or relating to Plaintiffs Solid 21 RED GOLD trademark for the time period of January 14, 2006, to August 20, 2019. In light of the nature of the claims made in the plaintiff's complaint, the Court finds that the information sought is relevant and/or reasonably calculated to the discovery of admissible evidence, is within the scope of permissible discovery under Fed. R. Civ. P. 26(b)(1) and that defendants have not carried their burden in demonstrating otherwise. To the extent that defendants withhold any responsive documents on grounds of privilege, defendants shall provide a privilege log as required under Fed. R. Civ. P. 26(b)(5)(A) and Local Rule 26(e) with the type of document withheld, date of the document, the author, the recipients, the general subject matter of the document without revealing privileged content, and the nature of the privilege claimed. (2) Plaintiff shall disclose any expert in lieu of Dr. Ronald Butters and the expert's report in compliance with Rule 26(a)(2)(B) by May 27, 2021. (3) Defendants shall conduct the deposition of any expert disclosed by plaintiff in lieu of Dr. Butters by June 11, 2021. (4) The Court GRANTS nunc pro tunc the parties' joint motion [ECF No. 130] to extend the scheduling order to take the deposition of Dr. Patrick Kennedy by April 1, 2021. SO ORDERED. Signed by Magistrate Judge S. Dave Vatti on 4/27/2021. (Ellis, Bernadette) (Entered: 04/28/2021) |
| 04/28/2021 | 154 | ORDER granting nunc pro tunc 130 Motion to Take Deposition from Dr. Patrick Kennedy. Signed by Judge S. Dave Vatti on 4/27/2021. (Torres, K.) (Entered: 04/30/2021) |

| 05/01/2021 | 155 | TRANSCRIPT of Proceedings: Type of Hearing: Telephonic Discovery Conference. Held on 4/27/2021 before Judge S. Dave Vatti. Court Reporter: Julie Monette. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/22/2021. Redacted Transcript Deadline set for 6/1/2021. Release of Transcript Restriction set for 7/30/2021. (Monette, Julie) (Entered: 05/01/2021) |
| --- | --- | --- |
| 05/03/2021 | 156 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephonic Status Conference has been set for **5/4/2021 at 03:00 p.m.** before Judge S. Dave Vatti. Counsel should dial **866-434-5269** to connect to the conference and enter access code **2006808**. (Arroyo, Alexandra) (Entered: 05/03/2021) |
| 05/04/2021 | 157 | Minute Entry for proceedings held before Judge S. Dave Vatti: Telephonic Status Conference held on 5/4/2021. Time: 12 minutes. (Ellis, Bernadette) (Entered: 05/04/2021) |
| 05/05/2021 | 158 | ORDER REFERRING CASE to Magistrate Judge Robert A. Richardson for Settlement Conference. Signed by Judge Michael P. Shea on 5/5/21.(Johnson, D.) (Entered: 05/05/2021) |
| 05/12/2021 | 159 | Memorandum in Opposition re 147 MOTION for Summary Judgment filed by Breitling SA, Breitling USA, Inc. (Attachments: # 1 Statement of Material Facts, # 2 Affidavit Declaration of Hazel Mae B. Pangan, # 3 Exhibit AN - Filed Under Seal, # 4 Exhibit AO - Filed Under Seal, # 5 Exhibit AP - Filed Under Seal, # 6 Exhibit AQ - Filed Under Seal, # 7 Exhibit AR - Filed Under Seal, # 8 Exhibit AS - Filed Under Seal)(Mariam, Craig) (Entered: 05/12/2021) |
| 05/12/2021 | 160 | MOTION to Seal Defendants' Local Rule 56(a)(2) Statement of Facts In Opposition to Plaintiffs Motion for Summary Judgment and Exhibits AN-AS by Breitling SA, Breitling USA, Inc. (Attachments: # 1 Memorandum in Support, # 2 Affidavit Declaration of Raymond J. Munro ISO motion to seal)(Mariam, Craig) (Entered: 05/12/2021) |
| 05/12/2021 | 161 | Sealed Document: Local Rule 56(a)(2) Statement of Facts In Opposition to Plaintiffs Motion for Summary Judgment and Exhibits AN-AS by Breitling SA, Breitling USA, Inc re 160 MOTION to Seal Defendants' Local Rule 56(a)(2) Statement of Facts In Opposition to Plaintiffs Motion for Summary Judgment and Exhibits AN-AS, 159 Memorandum in Opposition to Motion, . (Attachments: # 1 Exhibit AN, # 2 Exhibit AO, # 3 Exhibit AP, # 4 Exhibit AQ, # 5 Exhibit AR, # 6 Exhibit AS)(Mariam, Craig) (Entered: 05/12/2021) |
| 05/26/2021 | 162 | REPLY to Response to 147 MOTION for Summary Judgment filed by Solid 21, Inc.. (Hecht, David) (Entered: 05/26/2021) |

| | | |
|---|---|---|
| 06/02/2021 | 163 | MOTION for Sanctions by Breitling AG, Breitling SA, Breitling USA, Inc.Responses due by 6/23/2021 (Attachments: # 1 Memorandum of Law in Support of Defendants' Motion - REDACTED, # 2 Affidavit of Craig J. Mariam, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F - REDACTED, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K)(Mariam, Craig) (Entered: 06/02/2021) |
| 06/02/2021 | 164 | MOTION to Seal Memorandum of Law and Exhibit F in Support of Motion for Sanctions by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Hazel M. B. Pangan)(Mariam, Craig) (Entered: 06/02/2021) |
| 06/02/2021 | 165 | Sealed Document: Memorandum of Law in Support of Defendants' Motion for Terminating Sanctions Against Plaintiff, or in the Alternative, for Issue Sanctions Against Plaintiff, the Disqualification of Hecht Partners, Revocation of David Hecht's Pro Hac Vice Admission, and a Referral to Various State Bar Disciplinary Authorities; Exhibit F to the Declartion of Craig J. Mariam by Breitling AG, Breitling SA, Breitling USA, Inc re 163 MOTION for Sanctions , 164 MOTION to Seal Memorandum of Law and Exhibit F in Support of Motion for Sanctions . (Attachments: # 1 Exhibit F)(Mariam, Craig) (Entered: 06/02/2021) |
| 06/02/2021 | 166 | Emergency MOTION to Stay re 163 MOTION for Sanctions , 153 Order,,,,,,,,,,, *re Discovery* by Breitling AG, Breitling SA, Breitling USA, Inc.Responses due by 6/23/2021 (Attachments: # 1 Memorandum in Support)(Mariam, Craig) (Entered: 06/02/2021) |
| 06/03/2021 | 167 | ORDER. The (ECF Nos. 163 , 164 , 166 ) motion for sanctions, motion to seal and emergency motion to stay are hereby REFERRED to Magistrate Judge S. Dave Vatti.<br>Signed by Judge Michael P. Shea on 6/3/2021.(Gait, Emily) (Entered: 06/03/2021) |
| 06/03/2021 | 168 | ORDER REFERRING CASE to Magistrate Judge S. Dave Vatti for Motions including 166 Emergency MOTION to Stay re 163 MOTION for Sanctions , 153 Order,,,,,,,,,, *re Discovery*, 163 MOTION for Sanctions , 164 MOTION to Seal Memorandum of Law and Exhibit F in Support of Motion for Sanctions<br>Signed by Judge Michael P. Shea on 6/3/21.Motions referred to S. Dave Vatti(Johnson, D.) (Entered: 06/03/2021) |
| 06/03/2021 | 169 | RESPONSE re 166 Emergency MOTION to Stay re 163 MOTION for Sanctions , 153 Order,,,,,,,,,,, *re Discovery* filed by Solid 21, Inc.. (Attachments: # 1 Exhibit A - Email)(Hecht, David) (Entered: 06/03/2021) |
| 06/03/2021 | 170 | REPLY to Response to 166 Emergency MOTION to Stay re 163 MOTION for Sanctions , 153 Order,,,,,,,,,,, *re Discovery* filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Blatchley, Thomas) (Entered: 06/03/2021) |
| 06/07/2021 | 171 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Status Conference set for **6/8/2021 at 03:00 PM**, via Zoom, before Judge S. Dave Vatti to discuss pending Motions 163 , 164 , and 166 . (Arroyo, Alexandra) (Entered: 06/07/2021) |

| | | |
|---|---|---|
| 06/07/2021 | | NOTICE regarding hearing via Zoom: The Status Conference scheduled for 6/8/21 at 3:00 PM will be conducted via Zoom. The video link is https://www.zoomgov.com /j/1608452949?pwd=TjdkN2dFZ0VIbFhWZE9kWmwra3JOUT09 and the call in number is 1 551 285 1373.<br><br>Meeting ID: 160 845 2949<br><br>Meeting Password: 036802<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Arroyo, Alexandra) (Entered: 06/07/2021) |
| 06/07/2021 | 172 | Emergency MOTION for Hearing *and Sanctions* by Solid 21, Inc.. (Attachments: # 1 Declaration of David L. Hecht, # 2 Exhibit A - Email, # 3 Exhibit B - Letter, # 4 Exhibit C - Article, # 5 Exhibit D - Article, # 6 Exhibit E - Article, # 7 Exhibit F - Article, # 8 Exhibit G - Email Chain, # 9 Exhibit H - Memorandum, # 10 Exhibit I - Affirmation, # 11 Exhibit J - Transcript, # 12 Exhibit K - Article, # 13 Exhibit L - Article, # 14 Exhibit M - Letter, # 15 Exhibit N - Email Chain)Motions referred to S. Dave Vatti(Hecht, David) (Entered: 06/07/2021) |
| 06/08/2021 | 173 | Minute Entry for proceedings held before Judge S. Dave Vatti: Telephonic Status Conference held on 6/8/2021. Total Time: 19 minutes (Ellis, Bernadette) (Entered: 06/09/2021) |
| 06/09/2021 | 174 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral Argument on pending motions 163 , 164 , 166 and 172 is set for June 15, 2021 at 12:00 p.m. (EST) before Judge S. Dave Vatti, via Zoom. (Ellis, Bernadette) (Entered: 06/09/2021) |
| 06/09/2021 | | NOTICE regarding hearing via Zoom: The Oral Argument scheduled for 6/15/21 at 12:00 p.m. will be conducted via Zoom. The video link is https://www.zoomgov.com /j/1619626319?pwd=Y21qWDZhZ0huUnF1YjdJKzZ1RHFpZz09 and call in number is +1 551 285 1373.<br><br>Meeting ID: 161 962 6319<br><br>Meeting Password: 854920<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Ellis, |

| | | |
|---|---|---|
| | | Bernadette) (Entered: 06/09/2021) |
| 06/09/2021 | 175 | MOTION to Seal Dkt. Nos. 163 through 166, and 172 by Solid 21, Inc.. Motions referred to S. Dave Vatti(Hecht, David) (Entered: 06/09/2021) |
| 06/10/2021 | 176 | Memorandum in Opposition re 172 Emergency MOTION for Hearing *and Sanctions* filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Declaration of Craig J. Mariam, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y)(Mariam, Craig) (Entered: 06/10/2021) |
| 06/11/2021 | 177 | Emergency MOTION to Continue */for an Order Extending ESI Production Deadline by Two (2) Business Days* by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Hazel Mae B. Pangan)Motions referred to S. Dave Vatti(Pangan, Hazel) (Entered: 06/11/2021) |
| 06/11/2021 | 178 | ORDER granting 177 Motion to Continue */for an Order Extending ESI Production Deadline by Two (2) Business Days* by Breitling AG, Breitling SA, Breitling USA, Inc. ESI Production Deadline extended to **June 15, 2021**. Signed by Judge S. Dave Vatti on 6/11/21. (Arroyo, Alexandra) (Entered: 06/11/2021) |
| 06/11/2021 | 179 | REPLY to Response to 172 Emergency MOTION for Hearing *and Sanctions* filed by Solid 21, Inc.. (Attachments: # 1 Second Declaration of David L. Hecht) (Hecht, David) (Entered: 06/11/2021) |
| 06/13/2021 | 180 | Supplemental Memorandum in Support re 163 MOTION for Sanctions filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Mariam, Craig) (Entered: 06/13/2021) |
| 06/15/2021 | 181 | Minute Entry for proceedings held before Judge S. Dave Vatti: Motion Hearing held on 6/15/2021 re 166 Emergency MOTION to Stay re 163 MOTION for Sanctions filed by Breitling USA, Inc, Breitling AG, Breitling SA, 164 MOTION to Seal Memorandum of Law and Exhibit F in Support of Motion for Sanctions filed by Breitling USA, Inc, Breitling AG, Breitling SA. Total Time: 1 hour and 26 minutes (Ellis, Bernadette) (Entered: 06/15/2021) |
| 06/18/2021 | 182 | Supplemental Memorandum in Support re 163 MOTION for Sanctions filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Mariam, Craig) (Entered: 06/18/2021) |
| 06/28/2021 | 183 | Notice of Additional Authority *and Recent Decision* re 163 MOTION for Sanctions filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Mariam, Craig) (Entered: 06/28/2021) |
| 06/29/2021 | 184 | TRANSCRIPT of Proceedings: Type of Hearing: MOTION. Held on 06/15/2021 before Judge S. DAVE VATTI. Court Reporter: eScribers. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through |

| | | |
|---|---|---|
| | | PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/20/2021. Redacted Transcript Deadline set for 7/30/2021. Release of Transcript Restriction set for 9/27/2021. (Gottlieb, J) (Entered: 06/29/2021) |
| 07/01/2021 | [185](#) | TRANSCRIPT of Proceedings: Type of Hearing: DISCOVERY CONFERENCE. Held on 04/19/2021 before Judge S. DAVE VATTI. Court Reporter: eScribers. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/22/2021. Redacted Transcript Deadline set for 8/1/2021. Release of Transcript Restriction set for 9/29/2021. (Gottlieb, J) (Entered: 07/01/2021) |
| 07/27/2021 | [186](#) | ORDER. For the reasons set forth in the attached Ruling, the defendants' Motion for Terminating Sanctions Against Plaintiff, or in the Alternative, For Issue Sanctions Against Plaintiff, the Disqualification of Hecht Partners, Revocation of David Hecht's Pro Hac Vice Admission and a Referral to Various State Bar Disciplinary Authorities [163](#) is **DENIED**. Plaintiff's Motion for an Emergency Hearing and Sanctions [172](#) is **DENIED** as moot with the respect to the request for an emergency hearing and **DENIED** as to the request for sanctions. Further, defendants' Emergency Motion to Stay Discovery [166](#) is **DENIED** as moot as defendants represented that they have complied with this Court's April 28, 2021, Discovery Order 153 . SO ORDERED. Signed by Judge S. Dave Vatti on 5/27/21. (Arroyo, Alexandra) (Entered: 07/27/2021) |
| 08/06/2021 | 187 | Docket Entry for Solid 21, Inc. v. Breitling USA, Inc., Breitling SA, and Breitling AG, 3:19-cv-514 (MPS), as to Motions [164](#) and [175](#) . |
| | | For good cause shown, a court may "requir[e] that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. 26(c)(1)(G). "In most cases, a judge must carefully and skeptically review sealing requests to insure that there really is an extraordinary circumstance or compelling need." *In re Orion Pictures Corp.*, 21 F.3d 24, 27 (2d Cir. 1994). "Good cause is established by demonstrating a clearly defined and serious injury resulting from disclosure....Broad allegations of harm will not establish good cause; rather, to establish good cause under Rule 26(c), courts require a particular and specific demonstration of fact, as distinguished from stereotyped and conclusory statements." *Hanson v. U.S. Airports Air Cargo, LLC*, No. 3:07CV353 (JCH)(HBF), 2008 WL 4426909, at *1 (D. Conn., Sept. 26, 2008) (internal |

citations and quotations omitted). Further, under Local Rule 5(e)(3), sealing must be supported by "clear and compelling reasons" and "narrowly tailored to serve those reasons." D. Conn. L. Civ. R. 5(e)(3).

Accordingly, defendants' Motion to Seal [ECF No. 164] is **GRANTED** in part and **DENIED** in part. The Motion is **GRANTED** as to Doc. No. 165-1, pp. 9-12 and p. 13 through line 10, and **GRANTED** as to the requested redaction to Doc. No. 163-1, at p. 7, based on: (1) the Court's finding that defendants have established good cause and the proposed sealing designations are appropriately narrowly tailored; (2) the fact that the designated materials include defendants' relatively recent commercial information, branding and marketing strategies, and internal business practices, all of which could cause harm to defendants' competitive standing if they were to be released to the public; and (3) the Court's finding that the information sought to be sealed was appropriately labeled as "Highly Confidential Attorneys' Eyes Only" pursuant to the Standing Protective Order that was issued on April 5, 2019 [ECF No. 5], and that, the information contained with said materials does contain trade secrets, proprietary business information or highly sensitive information, and that its disclosure to a competitor could result in significant competitive or economic disadvantage to the designating party. The Motion is **DENIED** as to pp. 1-8 of Doc. No. 165-1 as there is no good cause for sealing where the information sought to be sealed is already publicly available through other sources. Defendants are directed to file on the docket a redacted version of Doc. No. 165-1 consistent with the Court's ruling within 7 days.

Plaintiff's Motion to Seal 175 is **DENIED**, based on the Court's findings: 1) that plaintiff has not met its burden of establishing good cause for sealing or setting forth specific and particularized facts to demonstrate that it would suffer a serious injury at this time from disclosure of the documents; 2) that plaintiff only moved for a temporary sealing order of the specific designations pending the Court's ruling on defendants' motion for sanctions [ECF No. 163], and the requested time period has since expired; and (3) the plaintiff's concerns that prompted the temporary sealing request have been mooted in light of the Court's Ruling [ECF No. 186] denying the defendants' motion for sanctions.

This is not a recommended ruling. This is an order regarding case management which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636(b)(1)(A). As such, it is an order of the Court unless reversed or modified by the District Judge upon a timely made motion. Fed. R. Civ. P. 72(a); and D. Conn. L. Civ. R. 72.2.SO ORDERED. Signed by Judge S. Dave Vatti on August 6, 2021.(Arroyo, Alexandra) (Entered: 08/06/2021)

| | | |
|---|---|---|
| 08/12/2021 | 188 | NOTICE by Breitling AG, Breitling SA, Breitling USA, Inc re 187 Order on Motion to Seal,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, *NOTICE OF FILING OF REDACTED DOCUMENT 165-1 PURSUANT TO COURT ORDER* (Attachments: # 1 Exhibit Redacted 165-1)(Blatchley, Thomas) (Entered: 08/12/2021) |
| 09/20/2021 | 189 | ORDER: In light of Judge Vatti's April 28, 2021 order modifying the scheduling order in several key respects to give the parties more time to complete the discovery process, in light of the fact that both parties apparently concluded that the record was sufficiently factually developed to file motions for summary judgment (ECF Nos. 107 and 147), and in light of the fact that discovery has now |

been completed, the Court DENIES as moot Plaintiff's motion for modification of scheduling order (ECF No. 104).

Defendant's motion to seal (ECF No. 108) is DENIED without prejudice to the plaintiffs filing a memorandum within 14 days of this order, if it wishes that any of these items remain sealed, demonstrating why any of the items the motion seeks to seal should actually be sealed on the public docket under the strict standards for sealing that govern in the Second Circuit. The Court has reviewed the materials sought to be sealed and fails to see why any of them with the exception of the second page of Exhibit V (see ECF No. 109-3 at 3) (the one that, unlike the first page entitled business plan, actually resembles a business plan and appears to contain proprietary strategic and financial information) should be sealed under the governing standards. The Court notes that, although the documents and testimony that are the subject of the motion relate to the plaintiff's business, the plaintiff has not filed a motion or memorandum seeking to seal these items or showing why they should be sealed. Nonetheless, the Court will afford the plaintiff until **October 4, 2021**, to do so.

The Court DENIES in part and DENIES without prejudice in part the plaintiff's motion to seal (ECF No. 124) Exhibit A to the O'Steen Declaration and Exhibit 7 to the Hecht declaration. The motion itself appears to confuse the standard for designating documents "confidential" under a protective order with the Second Circuit's stricter standard for sealing documents filed on the public docket; indeed, the motion suggests that because the Plaintiff has designated certain documents "confidential" under the protective order subjecting them to certain restrictions on their handling by counsel - they should also be sealed from public view on the docket. But one does not follow from the other. The documents sought to be sealed are "judicial documents" because they are offered in opposition to a motion for summary judgment, and the Court will necessarily have to rely on them (along with the rest of the summary judgment record) in deciding the summary judgment motion. Because of the common law and First Amendment rights of access to judicial documents, such documents may be sealed only upon "particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." D. Conn. L.R. 5(e)3. The motion does not offer any "clear and compelling reasons" to support the broad sealing order it seeks, and a review of the lengthy documents comprising Exhibit A to the O'Steen Declaration and Exhibit 7 to the Hecht declaration shows that the plaintiff could not make the requisite showing with respect to most of the material that is currently under seal. Exhibit A to the O'Steen Declaration includes a description of O'Steens qualifications, a general discussion of the role played by brands in in the eyes of consumers, background about the plaintiff and the "Red Gold Brand," images of the plaintiff's products apparently taken from magazines and other advertising for a discussion of the products of the watchmaker that is the defendant in the litigation in which the declaration was originally filed, and what amounts to a legal analysis of likelihood of confusion, which itself includes more images from advertisements for the plaintiffs products. ECF No. 126-1 at 1-55. None of this warrants sealing from public view; indeed, some of it, including the advertisements and much of the legal analysis, already has been exposed to public view on numerous dockets, including this one. **Within 7 days of this order**, therefore, the plaintiff shall file an unsealed, unredacted copy of the O'Steen Declaration on the docket. Exhibit 7

|  |  | to the Hecht declaration consists of the plaintiff's responses to interrogatories. Some of these responses, such as plaintiff's report of its revenues and advertising expenses, are likely proprietary and would likely be of some interest to competitors, at least to the extent they relate to the last few years; but others, including the names of plaintiffs products and the retail prices at which they are sold, are likely matters in the public domain. The plaintiff has made no particularized showing supporting sealing as to any of these items. If it wishes to maintain under seal any portions of Exhibit 7 to the Hecht declaration, the plaintiff may file a supplemental memorandum in support of its motion, **within 14 days of this order**, demonstrating why the sealing of such portions comports with Second Circuit standards. Signed by Judge Michael P. Shea on 9/20/2021. (Wong, Qing Wai) (Entered: 09/20/2021) |
|---|---|---|
| 09/20/2021 | 190 | ORDER. For the reasons set forth in the attached, the 119 motion to withdraw deemed admissions pursuant to FRCP 36(b) is GRANTED. Signed by Judge Michael P. Shea on 9/20/2021. (Wong, Qing Wai) (Entered: 09/20/2021) |
| 09/27/2021 | 191 | ORDER. For the reasons set forth in the attached, the defendant's motion (ECF No. 107 ) for summary judgment is GRANTED IN PART and DENIED IN PART, and the plaintiff's motion (ECF No. 147 ) for summary judgment is DENIED. The motion (ECF No. 114 ) for extension of time is DENIED as moot. Signed by Judge Michael P. Shea on 9/27/2021. (Wong, Qing Wai) (Entered: 09/27/2021) |
| 09/27/2021 | 192 | ORDER. The Clerk is directed to refer this matter to Judge Robert A. Richardson for mediation. If either party does not wish to mediate the case or does not believe that mediation at this time would be productive, that party (or both parties) may file a notice on the docket so indicating, and the Court will immediately set a deadline for the joint trial memorandum and set a trial date. Otherwise, the joint trial memorandum will be due **45 days** after the conclusion of any unsuccessful mediation, notwithstanding the most recent scheduling order 89 . Signed by Judge Michael P. Shea on 9/27/2021. (Wong, Qing Wai) (Entered: 09/27/2021) |
| 09/27/2021 | 193 | ORDER REFERRING CASE to Magistrate Judge Robert A. Richardson for Mediation Signed by Judge Michael P. Shea on 9/27/21.(Johnson, D.) (Entered: 09/27/2021) |
| 09/27/2021 | 194 | EXHIBIT *A to the Declaration of Duvall O'Steen* by Solid 21, Inc. re 189 Order on Motion to Seal,,,,,,,,,,,,,,,,,,, Order on Motion for Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 126 Sealed Document,. (Hecht, David) (Entered: 09/27/2021) |
| 10/04/2021 | 195 | Notice of Motion and MOTION for Reconsideration of Order Denying Defendants' Motion for Summary Judgment, and/or In the Alternative, for Certification for Interlocutory Appeal re 191 Order on Motion for Summary Judgment,, Order on Motion for Extension of Time to File Response/Reply to Motion,,, by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Memorandum in Support)Motions referred to S. Dave Vatti(Blatchley, Thomas) Modified on 10/5/2021 to add complete name of document per attorney's request |

| | | (Velez, F.). (Entered: 10/04/2021) |
|---|---|---|
| 10/04/2021 | 196 | Supplemental RESPONSE re 189 Order on Motion to Seal,,,,,,,,,,,,,,,,,,,,,,, Order on Motion for Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 109 Sealed Document, 124 MOTION to Seal Exhibit A to the O'Steen Declaration [123-7] and Exhibit 7 to the Hecht Declaration [123-15] by Solid 21, Inc.. (Attachments: # 1 Exhibit 1 - Proposed Redactions to Exhibit 7 to the Hecht Declaration (123-15), # 2 Exhibit 2 - Proposed Redactions to Exhibit V to Defendant's Motion for Summary Judgment (107-36))(Hecht, David) (Entered: 10/04/2021) |
| 10/05/2021 | 197 | ORDER. The order (ECF No. 195 ) referring the motion for reconsideration to Honorable S. Dave Vatti is hereby VACATED.<br>Signed by Judge Michael P. Shea on 10/4/2021. (Wong, Qing Wai) (Entered: 10/05/2021) |
| 10/06/2021 | 198 | ORDER. The plaintiff shall file a response to the defendant's motion (ECF No. 195 ) for reconsideration by **October 20, 2021**.<br>Signed by Judge Michael P. Shea on 10/6/2021. (Wong, Qing Wai) (Entered: 10/06/2021) |
| 10/06/2021 | | Set Deadlines as to 195 MOTION for Reconsideration re 191 Order on Motion for Summary Judgment,, Order on Motion for Extension of Time to File Response/Reply to Motion,,, . Responses due by 10/20/2021 (Johnson, D.) (Entered: 10/08/2021) |
| 10/20/2021 | 199 | Memorandum in Opposition re 195 MOTION for Reconsideration re 191 Order on Motion for Summary Judgment,, Order on Motion for Extension of Time to File Response/Reply to Motion,,, filed by Solid 21, Inc.. (Hecht, David) (Entered: 10/20/2021) |
| 10/20/2021 | 200 | NOTICE by Solid 21, Inc. re 192 Order,, *regarding Mediation* (Hecht, David) (Entered: 10/20/2021) |
| 10/20/2021 | 201 | NOTICE by Breitling AG, Breitling SA, Breitling USA, Inc re 200 Notice (Other) *regarding Mediation* (Blatchley, Thomas) (Entered: 10/20/2021) |
| 10/25/2021 | 202 | Second NOTICE by Solid 21, Inc. re 192 Order,, 200 Notice (Other), 201 Notice (Other) *RE: Mediation* (Hecht, David) (Entered: 10/25/2021) |
| 10/26/2021 | 203 | Memorandum in Support re 195 MOTION for Reconsideration re 191 Order on Motion for Summary Judgment,, Order on Motion for Extension of Time to File Response/Reply to Motion,,, *BREITLING U.S.A., INC. AND BREITLING SAS (a/k/a BREITLING AG) REPLY IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION* filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Blatchley, Thomas) (Entered: 10/26/2021) |
| 12/10/2021 | 204 | ORDER. For the reasons set forth in the attached, the Court GRANTS Breitlings motion for reconsideration (ECF No. 195 ), VACATES the portion of its summary judgment ruling regarding the descriptive use and good faith elements of Breitling's fair use defense, ECF No. 191 at 2226, and GRANTS summary judgment to Breitling on its fair use defense. The Court DENIES as moot the request for an interlocutory appeal (ECF No. 195 ). In addition, Solid 21 shall file a brief addressing whether the Court should or should not grant summary judgment for all remaining claims in light of todays ruling on the fair use defense. *See* Fed. R. Civ. P. 56(f). The brief shall be limited to **15 pages** and shall |

| | | |
|---|---|---|
| | | be filed **within 14 days** of this order. Breitling may file any response (not to exceed **15 pages**), which shall be due **14 days** from the date that Solid 21's brief is filed. No replies may be filed, and any evidence cited in the briefs must be from the existing summary judgment record.<br>Signed by Judge Michael P. Shea on 12/10/2021. (Wong, Qing Wai) (Entered: 12/10/2021) |
| 12/10/2021 | 205 | CORRECTED TEXT ORDER (ECF No. 204 ): For the reasons set forth in the attached, the Court GRANTS Breitling's motion for reconsideration (ECF No. 195 ), VACATES the portion of its summary judgment ruling regarding the descriptive use and good faith elements of Breitlings fair use defense, ECF No. 191 at 22 to 26, and GRANTS summary judgment to Breitling on its fair use defense. The Court DENIES as moot the request for an interlocutory appeal (ECF No. 195 ). In addition, Solid 21 shall file a brief addressing whether the Court should or should not grant summary judgment for all remaining claims in light of todays ruling on the fair use defense. *See* Fed. R. Civ. P. 56(f). The brief shall be limited to **15 pages** and shall be filed **within 14 days** of this order. Breitling may file any response (not to exceed **15 pages**), which shall be due **14 days** from the date that Solid 21's brief is filed. No replies may be filed, and any evidence cited in the briefs must be from the existing summary judgment record.<br>Signed by Judge Michael P. Shea on 12/10/2021. (Wong, Qing Wai) (Entered: 12/10/2021) |
| 12/17/2021 | 206 | MOTION for Reconsideration re 204 Order on Motion for Reconsideration,,,, 205 Order,,,, by Solid 21, Inc.. (Attachments: # 1 Declaration of David L. Hecht, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Hecht, David) (Entered: 12/18/2021) |
| 12/18/2021 | 207 | MOTION to Seal Exhibits 2-5 and 12 of Plaintiff's Motion for Reconsideration by Solid 21, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of David L. Hecht)(Hecht, David) (Entered: 12/18/2021) |
| 12/18/2021 | 208 | Sealed Document: by Solid 21, Inc. re 207 MOTION to Seal Exhibits 2-5 and 12 of Plaintiff's Motion for Reconsideration, 206 MOTION for Reconsideration re 204 Order on Motion for Reconsideration,,,, 205 Order,,,, . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 12)(Hecht, David) (Entered: 12/18/2021) |
| 12/18/2021 | 209 | Sealed Document: by Solid 21, Inc. re 206 MOTION for Reconsideration re 204 Order on Motion for Reconsideration,,,, 205 Order,,,, , 207 MOTION to Seal Exhibits 2-5 and 12 of Plaintiff's Motion for Reconsideration . (Hecht, David) (Entered: 12/18/2021) |
| 12/27/2021 | 210 | RESPONSE re 205 Order,,,, by Solid 21, Inc.*REGARDING APPLICABILITY OF FAIR USE RULING ON REMAINING CLAIMS*. (Hecht, David) (Entered: 12/27/2021) |
| 12/28/2021 | 211 | ORDER. The Breitling Defendants shall respond to the motion for reconsideration (ECF No. 206 ) no later than **January 7, 2022**. The response shall be limited to 20 pages, excluding any exhibits. Any reply shall be filed by **January 14, 2022**, and shall be in accordance with this Court's Local Rules. Signed by Judge Michael P. Shea on 12/28/2021. (Wong, Qing Wai) (Entered: |

| | | |
|---|---|---|
| | | 12/28/2021) |
| 01/07/2022 | 212 | Memorandum in Opposition *DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION* re 206 MOTION for Reconsideration re 204 Order on Motion for Reconsideration,,,, 205 Order,,,, filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Attachments: # 1 Declaration of Hazel Pangan, # 2 Exhibit A to Declaration of Hazel Pangan)(Mariam, Craig) (Entered: 01/07/2022) |
| 01/07/2022 | 213 | RESPONSE re 210 Response, 205 Order,,,, *Defendants' Response Regarding Applicability of Fair Use Ruling* filed by Breitling AG, Breitling SA, Breitling USA, Inc. (Mariam, Craig) (Entered: 01/07/2022) |
| 01/14/2022 | 214 | REPLY to Response to 206 MOTION for Reconsideration re 204 Order on Motion for Reconsideration,,,, 205 Order,,,, filed by Solid 21, Inc.. (Hecht, David) (Entered: 01/14/2022) |
| 01/14/2022 | 215 | Sealed Document: Portions of Plaintiff's Reply Brief In Support of Its Motion for Reconsideration by Solid 21, Inc. re 207 MOTION to Seal Exhibits 2-5 and 12 of Plaintiff's Motion for Reconsideration, 214 Reply to Response to Motion . (Hecht, David) (Entered: 01/14/2022) |
| 01/24/2022 | 216 | ORDER. For the reasons set forth in the attached, the 206 motion for reconsideration is DENIED.<br>Signed by Judge Michael P. Shea on 1/24/2022. (Wong, Qing Wai) (Entered: 01/24/2022 |

| 01/24/2022 | 217 | ORDER: The motions to preclude the testimony of Ronald Butters, Ph.D. (ECF No. 143 ), Duvall O'Steen (ECF No. 144 ), and Eugene Ericksen (ECF No. 150 ) are DENIED, but without prejudice should this case be remanded for trial. The motions to seal (ECF Nos. 145 , 148 , 160 , and 207 ) are DENIED because they do not meet the strict standard for sealing judicial documents in the Second Circuit. Most of these documents relate to summary judgment or related filings, and some of the motions offer no support other than the fact that the opposing party has designated the materials confidential, which is not a basis for sealing judicial documents from the public. Others seek to seal broad swaths of material and are not narrowly tailored to serve a "higher value" that might weigh against the need for public disclosure. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006)(finding that "a qualified First Amendment right of access extends to documents submitted in connection with summary judgment motions and stating that continued sealing of [such] documents may be justified only with specific, on-the-record findings that sealing is necessary to preserve higher values and only if the sealing order is narrowly tailored to achieve that aim."). If any party believes it will be prejudiced by this order, it may, **within 7 days of this order**, file a statement, not to exceed 7 pages, in which it designates specific material it believes should be sealed under Second Circuit standards and explains why sealing such material would serve "higher values" and why an order to seal such material would be "narrowly tailored." The Clerk is directed to wait 8 days before unsealing the documents that are subject to this order. The Court regards Solid 21's response to its 189 order as adequate and approves the filing of the proposed redacted versions of the summary judgment exhibits as set forth in ECF No. [196-1] and [196-2].<br>Signed by Judge Michael P. Shea on 1/24/2022. (Wong, Qing Wai) (Entered: 01/24/2022) |
| 01/24/2022 | 218 | ORDER. After reviewing the parties' 210 , 213 briefs regarding Solid 21's remaining claims, the Court GRANTS summary judgment to Breitling as to all remaining claims in the case and instruct the Clerk to close this case for the reasons set forth in the attached.<br>Signed by Judge Michael P. Shea on 1/24/2022. (Wong, Qing Wai) (Entered: 01/24/2022) |
| 01/27/2022 | 219 | JUDGMENT entered in favor of Breitling AG, Breitling SA, Breitling USA, Inc against Solid 21, Inc..<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 1/27/22.(Johnson, D.) (Entered: 01/27/2022) |
| 01/27/2022 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: |

| | | |
|---|---|---|
| | | https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Johnson, D.) (Entered: 01/27/2022) |
| 02/10/2022 | 220 | MOTION for Attorney Fees , MOTION for Cost and Fees by Breitling AG, Breitling SA, Breitling USA, Inc.Responses due by 3/3/2022 (Attachments: # 1 Memorandum in Support Memorandum of Law, # 2 Declaration of Michael R. Heimbold, # 3 Exhibit A to Declaration of Michael R. Heimbold, # 4 Declaration of Craig J. Mariam, # 5 Exhibit A to Declaration of Craig J. Mariam, # 6 Exhibit B to Declaration of Craig J. Mariam, # 7 Bill of Costs)(Mariam, Craig) (Entered: 02/10/2022) |
| 02/10/2022 | 221 | BILL OF COSTS by Breitling AG, Breitling SA, Breitling USA, Inc. (Mariam, Craig) (Entered: 02/10/2022) |
| 02/23/2022 | 222 | NOTICE OF APPEAL as to 219 Judgment, by Solid 21, Inc.. Filing fee $ 505, receipt number ACTDC-6842206. (Hecht, David) (Entered: 02/23/2022) |
| 02/24/2022 | 223 | Memorandum in Opposition re 220 MOTION for Attorney Fees MOTION for Cost and Fees filed by Solid 21, Inc.. (Attachments: # 1 Declaration of David L. Hecht, # 2 Exhibit 1 - Excerpts from AIPLA Report of the Economic Survey 2021)(Hecht, David) (Entered: 02/24/2022) |